IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 DEC 21 A 9: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Carl V. Marshall 110574 )
Full name and prison number of )
plaintiff(s) )
 )
          v. )   CIVIL ACTION NO. 2:06-CV-1131-MHT
 )   (To be supplied by the Clerk of the
Commissioner - Richard Allen )    U.S. District Court)
 )
Warden - Charles Hadley )
 )
Captain - Joseph Womble )
American Commissary Supply-US, Inc. )
Inmate Package Program )
P.O. Box )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )   No (X)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

      2.   Court (if federal court, name the district; if state court, name the county)
         _____N/A_____
         _____N/A_____

      3.   Docket No. __N/A__

      4.   Name of Judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. PLACE OF PRESENT CONFINEMENT Red Eagle Honor Farm 1290 Red Eagle Rd. Montgomery, AL. 36110

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Red Eagle Honor Farm 1290 Red Eagle Rd. Montgomery, AL. 36110

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|   | NAME | ADDRESS |
|---|------|---------|
| 1. | Commissioner - Richard Allen | 301 S. Ripley St. Montg., AL. 36104 |
| 2. | Warden - Charles Hadley | 1290 Red Eagle Rd. Montg., AL. 36110 |
| 3. | Captain - Joseph Womble | 1290 Red Eagle Rd. Montg., AL. 36110 |
| 4. | American Commissary Supply-US, Inc. Inmate Package Program | P.O. Box 3076-A Russellville, AR. 72811-3076 |
| 5. |  |  |
| 6. |  |  |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED December 14, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Violation of the, 5TH, 7TH, 9TH, 8TH and the 6TH and 14TH Amendments of the United States Constitution.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
On or about 12/15/06 after purchasing and subsequently recieving a Commissary Package in the amount of approx. $82.00 that was paid for from P.M.O.D. account. This personal property was deprived without due process and/or just compensation (5TH)

GROUND TWO: Value in controversy exceeded twenty dollars and I was denied (6TH) (7TH) access to offer defense

SUPPORTING FACTS: There were lies told on me, to me and about me; was punished and re-punished several times without cause, confrontation of witnesses... (6TH) and (7TH) recieved verbal insults; supply company holding funds and refuseing to refund same after being written.

GROUND THREE: (8TH, 9TH, 14TH) Cruel punishment, disparagement deprived of liberty, property without due process

SUPPORTING FACTS: Was made to be compared to others and subjectivity, caused an ESQ. of blood prusure which resulted in an increase in medication and a tainted record of the institution and name tainted amongs officer, staff, and residents of this facility. Verbaly, and mentaly abused by Capt. Wombly

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Repay the full sum paid to Commissary Company, and a sum determined by the court, for pain and suffering & lost wages order a lateral transfer to work-release or community work center out of the Montgomery area until final judgement, to prevent retailiation

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12/16/06
                    (date)

_____
Signature of plaintiff(s)