AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

MR. CARL V. MARSHALL 110574
Plaintiff

V.

Commissioner - Richard F. Allen
Warden - Charles Hadley
Captain - Joseph Wombly
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

RECEIVED 2006 DEC 21 A 9:32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER: 2:06-CV-1131-MHT

I, Carl V. Marshall 110574 declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Red Eagle Honor Farm, 1290 Red Eagle Rd

   Are you employed at the institution? YES   Do you receive any payment from the institution? YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions. INSTITUTION will NOT MAKE AVAILABLE WITHOUT COURT ORDER; PLEASE PROCESS Sam

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

CURRENTLY WORK FOR ALABAMA CORRECTIONS INDUSTRIES AS SKILLED ELECTRICIAN AT A RATE OF (.25) TWENTY-FIVE CENTS PER HOUR. DO NOT HAVE INFORMATION ON AMOUNT RECIEVED. ALTHOUGH RATE SHOULD BE 12.00 WKLY, HAVE NEVER RECIEVE MAX. IN ATLEAST THE TIME I WAS HELD FROM WORK BECAUSE OF THE CURRENT SITUATION

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE WHILE INCARCERATED

I declare under penalty of perjury that the above information is true and correct.

12/16/06                              /s/ Curt Marshall
_____                        _____
Date                                  Signature of Applicant

DO NOT HAVE, AND INSTITUTION WILL NOT HELP ME ACQUIRE ADDITIONAL APPLICATIONS TO PROCEED WITHOUT PAYMENT/PREPAYMENT FEES; IF MORE ARE REQUIRED PLEASE FORWARD. (THANK YOU)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account. REQUESTED STATEMENTS AND WAS DENIED SAME BY INSTITUTIONAL STAFF MEMBERS.