IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL V. MARSHALL, #110574, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1131-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On January 26, 2007 (Court Doc. No. 5), the plaintiff filed a motion to amend in which he (i) asserts that the confiscation of his commissary packaged occurred due to retaliation for filing complaints, (ii) alleges that he has been denied access to the court due to his race, (iii) challenges the conditions of confinement at the Red Eagle Honor Farm and (iv) lists additional defendants. Upon review of this motion, and for good cause, it is

ORDERED that:

1. The motion to amend be and is hereby GRANTED.

2. The Recommendation entered on January 16, 2007 (Court Doc. No. 4) be and is hereby WITHDRAWN.

Done this 26th day of January, 2007.

                                                /s/ Charles S. Coody
                                     CHARLES S. COODY
                                     CHIEF UNITED STATES MAGISTRATE JUDGE