**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Captain Joseph Womble
   Red Eagle Honor Farm
   1290 Four Spot Road
   Montgomery, AL 36110

   06cv1131 C, AC & OP

2. Article Number
   (Transfer from service label)    7006 2760 0002 8193 0999

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /Mark C. Wells/    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 1/27/07
D. Is delivery address different from item 1?  ☒ Yes  ☐ No
   If YES, enter delivery address below:
   1290 Red Eagle Rd

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Lane
   Red Eagle Honor Farm
   1290 Four Spot Road
   Montgomery, AL 36110

   06cv1131 C, AC & OP

2. Article Number
   (Transfer from service label)    7006 2760 0002 8193 1019

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /Mark C. Wells/    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 1/27/07
D. Is delivery address different from item 1?  ☒ Yes  ☐ No
   If YES, enter delivery address below:
   1290 Red Eagle Rd

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Naile
   Red Eagle Honor Farm
   1290 Four Spot Road
   Montgomery, AL 36110

   06cv1131 C, AC, & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Mark C. Culver* ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                  1/27/07
D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

   1290 Red Eagle Rd

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 8193 1026

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden Charles Hadley
   Red Eagle Honor Farm
   1290 Four Spot Road
   Montgomery, AL 36110

   06cv1131 C, AC & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Mark C. Culver* ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                  1/27/07
D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

   1290 Red Eagle Rd

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 8193 0982

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540