| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tara Shree_ | ☑ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Tara Shree | C. Date of Delivery<br>01/30/07 |
| 1. Article Addressed to:<br><br>Kim Thomas<br>PO Box 301501<br>Montgomery, AL 36130<br><br>06cv1131 C, AC+OP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 8193 1040 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

Case 2:06-cv-01131-MHT-CSC    Document 10    Filed 02/02/2007    Page 1 of 1