IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MARSHALL, CARL, # 110574, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:06-CV-1131-MHT |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME
## TO FILE SPECIAL REPORT

The correction Defendants move this honorable court to grant them an extension to and including March 27, 2007, within which to file their Special Report in the above styled case and as reasons therefore, show the following:

1. Undersigned counsel has been either sick or out of town for the past two weeks, only returning to the office on Monday, March 6, 2007.

2. Several of the numerous named correctional Defendants have been unavailable to provide an affidavit addressing Plaintiff's claims.

3. Plaintiff will not be prejudiced by the granting of an extension.

Respectfully submitted,

/s/ Neal P. Conner
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
Post Office Box 301501
301 South Ripley Street
Montgomery, AL   36130-1501
(334)353-3889

## CERTIFICATE OF SERVICE

I do hereby certify that on the 7th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

    Inmate Carl Marshall, AIS # 110574
    Red Eagle Honor Farm
    1290 Red Eagle Road
    Montgomery, AL 36110

    /s/ Neal P. Conner_____
    NEAL P. CONNER (CONN2024)
    ASSISTANT GENERAL COUNSEL