IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 APR -3 A 10: 54
[illegible]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

06 cv 1131

## NOTICE OF CHANGE OF ADDRESS

COMES NOW THE PLAINTIFF IN THE ABOVE STYLED CAUSE, AND HEREBY NOTIFY THE HONORABLE COURT AND THE ATTORNEY FOR THE DEFENDANT AS PER THE INSTRUCTIONS STATED IN AN ORDER FROM SAME AND RESPECTFULLY REQUEST THAT NOTICE BE TAKEN THAT THE PLANTIFF HAS CHANGED ADDRESSES AS WELL AS INSTITUTIONS: PLESE BE ADVISED THAT THE NEW ADDRESS IS; MR. CARL V. MARSHALL 110574 B-49-A, P.O. DRAWER 160, ALEXANDER-CITY ALABAMA, 35011:

_Carl Marshall_
PLANTIFF

## NOTICE OF SERVICE

I CERTIFY UNDER PENALTY OF PURJURY THAT A COPY OF THIS NOTICE AS ORDERED HAS BEEN MAILED TO THE ATTORNEY OF DEFENDANTS, A.D.O.C. LEGAL DIVISION 301 SOUTH RIPLEY ST. P.O. BOX 301501 MONTG., AL. 36130-1501

_Carl Marshall_
PLANTIFF

C.C. FILE
DEFENDANT

Carl V. Marshall
110574
B-49-A
P.O. Drawer 160
Alexander City, AL.
35011

36101307|1

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

BIRMINGHAM AL 352
02 APR 2007 PM 4 T