IN THE MIDDLE DISTRICT OF THE UNITED STATES
MIDDLE DISTRICT COURT OF ALABAMA
NORTHEASTERN DIVISION

Page 1 of 3

RECEIVED
2007 APR 17 A 9:47

MARSHALL, CARL, #110574
PLAINTIFF

VS.

RICHARD ALLEN, et al.,
DEFENDANTS

CIVIL ACTION
2:06-CV-1131-MHT

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS SPECIAL REPORT AND ANSWER

THE PLAINTIFF MOVE THIS HONORABLE COURT TO GRANT AN EXTENSION WITHIN WHICH TO FILE ANSWER IN THE ABOVE STYLED CASE AND AS REASONS THEREFORE, SHOW THE FOLLOWING:

1.) PLAINTIFF WAS TRANSFERED TO ANOTHER FACILITY ON THE LAST WEEK OF MARCH; THE DEFENDANTS POST MARK WAS DATED THE DAY AFTER SAID TRANSFER.

2.) THE DEFENDANTS WITH ITS VAST NETWORK OF ATTORNEYS, COMPUTERS, AIDS, ASSISTANTS, COMMUNICATIONS, FREEDOM OF MOVEMENTS AND SO-FORTH, DELAYED UNTIL THE VERY LAST DAY, DATE, WEEK AND MINUTE TO FILE ELECTRONICLY TO THE COURTS AS ORDERED.

3.) THE FACILITY THAT PLAINTIFF WAS TRANSFERED TO DOES NOT OFFER FOR SALE OR HAS SALES MADE AVAILABLE TO INMATES ANY STAMPS; THAT PLAINTIFF WAS ONLY ABLE TO OBTAIN ADDIQUIT POSTAGE ON THE DATE POSTMARKED ON COVER.

4.) Plaintiff was prejudiced against by the extension, in that, the transfer of plaintiff coupled with the timed, electronic filing caused an unnessary delay.

Further plaintiff moves this honorable court for an order compelling the Ala. Department of Correction to forward to plaintiff, without delay a copy of said defendants records, that were not available to provide an affidavit addressing plaintiffs claim, to include but not limited to, leaves, comp-time, vacations and off days, in an effort to offer the courts and plaintiff an opportuni to view, and clairfy statements, coupled with a copy of plantiffs medical records, in its entirety, and a copy of of rule and regulation governing conduct of all state employees in regard to inmates, not a part, of rules, but all, including orientation package for applications Defendant(s) make spefic allegations in regard to requested subject matter, that Plaintiff must address, in answer.

Respectfully Submitted

[signature] 110574

Carl Marshall
Plaintiff

3 of 3

THE STATEMENTS CONTAINED IN THIS MOTION ARE TRUE, TO THE BEST OF MY KNOWLEDGE.

_[signature]_
CARL MARSHALL   110574

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 14 DAY OF April 20 07;

_[signature]_
NOTARY
MY COMMISSION EXPIRES APRIL 14, 2007

I DO HEREBY CERTIFY THAT ON THIS DAY, 14 April 2007, I FILED THE FOREGOING WITH THE CLERK OF THE COURT BY U.S. MAIL;
AND I HEREBY CERTIFY THAT I HAVE MAILED A COPY OF THE FOREGOING VIA UNITED STATES MAIL PROPERLY ADDRESSED POSTAGE PAID TO

ALABAMA DEPT. OF CORRECTIONS
LEGAL DIVISION
301 SOUTH RIPLEY ST.
P.O. BOX 301501
MONTGOMERY, AL. 36130-1501

_[signature]_        _[signature]_
NOTARY              CARL MARSHALL   110524
MY COMMISSION EXPIRES APRIL 14, 2007        PLAINTIFF

