IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL V. MARSHALL, #110574, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1131-MHT |
| RICHARD ALLEN, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

In the document filed on April 17, 2007 (Court Doc. No. 19), the plaintiff seeks issuance of a court order requiring the production of various documents. The court therefore construes this document to contain a motion for production of documents. Upon consideration of the motion for production of documents, and as the defendants have submitted affidavits and all evidentiary materials relevant to the claims pending in this cause of action, it is

ORDERED that this motion be and is hereby DENIED.

Done this 18th day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE