## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| CARL V. MARSHALL, <br> AIS#110574 <br><br> Plaintiff, <br> vs. <br><br> RICHARD ALLEN, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 206-CV-1131-MHT <br> ) <br> ) <br> ) <br> ) |

### REQUEST FOR EXTENTION OF TIME TO FILE AMENDED SPECIAL REPORT

1. The Court recently construed Plaintiff's response to Defendant's Special Report as a Motion to Amend his Complaint, and granted the same.

2. The Court then directed the Defendants to investigate the facts surrounding the Amended Complaint, and to file an Amended Special Report.

3. To be able to adequately investigate Plaintiff's complaint, Defendants respectfully request a twenty (20) day extension within which to prepare and file their Amended Special Report.

4. Plaintiff will not be prejudiced by the granting of such extension.

Respectfully submitted,

/s/ Neal P. Conner
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL

1

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
Post Office Box 301501
301 South Ripley Street
Montgomery, AL  36130-1501
(334)353-3889

## CERTIFICATE OF SERVICE

I do hereby certify that on the 18th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

> Carl V. Marshall, AIS # 110574
> Red Eagle Honor Farm
> 1290 Red Eagle Road
> Montgomery, AL  36110

/s/ Neal P. Conner
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL

2