IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL V. MARSHALL, #110574, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1131-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the amended answer and special report filed by the defendants on July 9, 2007 (Court Doc. No. 26), and for good cause, it is

ORDERED that on or before July 25, 2007 the defendants shall file a supplement to their report which contains copies of the plaintiff's medical records relevant to the claim that his hypertension worsened requiring that he be transferred to a different correctional facility for treatment.

Done this 10th day of July, 2007.

                                                 /s/ Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE