**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CARL V. MARSHALL,** | ) | |
| AIS#110574 | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIVIL ACTION NO.** |
| | ) | **206-CV-1131-MHT** |
| | ) | |
| **RICHARD ALLEN, et al. .,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEDICAL RECORDS SUPPLEMENT**
**TO AMENDED ANSWER**
**And**
**SPECIAL REPORT**

Pursuant to this court's Order dated July 10, 2007, Defendants file herewith the entire medical file for petitioner Carl V. Marshall, covering the entire time period in question in petitioners' complaint.

Respectfully submitted,

/s/ Neal P. Conner
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL

1

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
Post Office Box 301501
301 South Ripley Street
Montgomery, AL   36130-1501
(334)353-3889


## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

Carl V. Marshall, AIS # 110574
Red Eagle Honor Farm
1290 Red Eagle Road
Montgomery, AL  36110


/s/ Neal P. Conner
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL

2

# COPY

## MEDICAL TRANSPORTATION

FACILITY:
MONTH:

| TOTAL MAN-HOURS EXPENDED | |
|---|---|
| TOTAL ROUND TRIP MILES | 0.00 |
| Total | 0.00 |

| Date | AIS# | Name | Type of Transportation Out Patient Surgery - Dr. Appt | Destination | Round Trip Miles | Total Man-Hours Expended |
|---|---|---|---|---|---|---|
| 3-7-07 | 229778 | Ford, Steven | Dr | Kilby | 42½ | 2½ |
| '' | 117928 | Griffin, George | Dr | '' | '' | '' |
| '' | 101565 | Bush, Kelly | Lab | '' | '' | '' |
| '' | 105567 | Short, Richard | FU | '' | '' | '' |
| '' | 105174 | Marshall, Earl | Dr | '' | '' | '' |
| 3/6/07 | 108908 | Richard, Chase | TDO | '' | '' | '' |
| 3/6/07 | 142147 | Mabry, Darrin | CRNP | '' | '' | '' |
| '' | 170203 | Hall, Donald | MD | '' | '' | '' |
| 3-9-07 | 224410 | Kiley, Robbie | Dr | '' | '' | '' |
| '' | 208537 | Gentry, Mickey | MD | '' | '' | '' |
| '' | 175922 | Winslow, Roy | Dr. | '' | '' | '' |
| '' | 246102 | Jones, Luke | '' | '' | '' | '' |
| 3-9-07 | 151414 | Morrison, Quillen | emergency sick call | '' | '' | '' |
| 3-10-07 | 112858 | Busby, Herman | Dr. | Kilby | 42½ | 2½ |
| 3-12-07 | 151414 | Robertson, Quillen | '' | '' | 42½ | 2/2 |
| '' | 244333 | Williams, Kadrick | '' | '' | '' | '' |
| '' | 193413 | Adams, Phillip | '' | '' | '' | '' |
| 3-13-07 | 178053 | Hall, Marvin | '' | '' | '' | '' |
| 3-14-07 | 193413 | Adams, Phillip | emergency sick call | Kilby | '' | '' |
| 3-18-07 | 133217 | Adams, William | '' | Kilby | '' | '' |
| '' | 224417 | Pruitt, Ken | FU | Kilby | '' | '' |
| V | 156641 | Scott, Robert | '' | '' | '' | '' |
| V | 116339 | Mathis, Zero | '' | '' | '' | '' |

COPY

MEDICAL TRANSPORTATION

FACILITY:
MONTH:

| | | |
|---|---|---|
| TOTAL MAN-HOURS EXPENDED | | 0.00 |
| TOTAL ROUND TRIP MILES | | 0.00 |

| Date | AIS# | Name | Type of Transportation Out Patient Surgery - Dr. Appt | Destination | Round Trip Miles | Total Man-Hours Expended |
|---|---|---|---|---|---|---|
| 2-14-07 | 167565 | Williams Tera | dental | Kilby | 45 | 2.2 |
| 2-14-07 | 144974 | Norman, Robin | " | " | " | " |
| 2-14-07 | 244520 | Singleton, Joseph | " | " | " | " |
| 2-14-07 | 230524 | Chaney, Sands | Eye Clinic | " | " | " |
| 2-14-07 | 247015 | Chaney, Larry | " | " | " | " |
| 2-14-07 | 201779 | Banks, Benjamin | " | " | " | " |
| 2-14-07 | 224429 | Banks, Benjamin | " | " | " | " |
| 2-14-07 | 126518 | Pitts, Alphonse | " | " | " | " |
| 2-14-07 | 229111 | Sexton, Michael | " | " | " | " |
| 2-14-07 | 139782 | Sexton, Brian | " | " | " | " |
| 2-14-07 | 225451 | Estrem, William | " | " | " | " |
| 2-14-07 | 210253 | Dailey, Timothy | " | " | " | " |
| 2-14-07 | 165594 | Coy, Cecil | " | " | " | " |
| 2-18-07 | 129528 | Dailey, Maurice | " | " | " | " |
| 2-18-07 | 129528 | Caldwell, Anthony | ELV | " | " | " |
| 2-20-07 | 229111 | Sexton, Brian | ELV | " | " | " |
| 2-20-07 | 223421 | Dailey, Timothy | ELV | " | " | " |
| 2-20-07 | 244643 | Lavar, Steven | ELV | " | " | " |
| 2-20-07 | 229110 | Ford, Steven | LAB | " | " | " |
| 2-20-07 | 153526 | Edwards, Norman | " | " | " | " |
| 2-20-07 | 110514 | Marshall, Carl | " | " | " | " |
| 2-20-07 | 213712 | Davis, James | " | " | " | " |
| 2-20-07 | 117998 | Griffin, Byron | " | " | " | " |
| 2-21-07 | 151620 | Sparks, Donald | " | " | " | " |



PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

LT. OSBORNE  RUTLEDGE     BROTHER
MS. DORIS  Johnson     MOTHER

| Name | Relationship |

FIELDCREST  CT.                 281-5669
                                        284-1059

| Street Address | Phone Number |

MonAg., AC.     AC.

| City | State | Zip Code |

_(signature)_     110574   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   04/21/06

| Inmate Signature | AIS# | SS# | Date |

| Witness | | Date |

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Marshall, Carl | 110574 | 8/6/50 | B/m | Kilby |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE SCREENING

| Date: | 4/21/06 | | AIS#: | 110574 |

| Last Name: | Marshall | First: | Carl | Middle: | Vincent |
| Birthplace: | Montgomery AL. | DOB: | 8/6/50 | SS#: | |

| FEMALES: | Pregnancy test: (circle one) | N/A Positive    Negative | B/P 210/126    2/8/120    Temp 98⁰    Pulse 96    Resp 20    Weight 241 |
| | | | FSBS 179    If level > 200, repeat within 48 hours. Above 300 call M.D |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness. What? Where?
7↑    2 Heart Attacks 2 Strokes 98 & 2000    Baptist South    M
1000

Previous Incarcerations (Date & Facility)
Kilby - 97"    NIDM,

| Medications: | ☐ None    yes | | Special Diet (Prescribed)    Diabetic |
| Allergies: | ☐ NKA    Haldol, tetracycline    Clonidine | | Past Positive TB Skin Test (circle one)  YES - (Complete TB Screening Form)  NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL
ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

## CLINICAL OBSERVATIONS

1) Level of Consciousness: ( ) Alert    ( ✓ ) Oriented; time, place, person
   ( ) Lethargic ( ) Stuporous ( ) Comatose
   Describe:

2) General Appearance    ( ✓ ) Normal ( ) Abnormal

3) Signs of Trauma    ( ) Yes    ( ✓ ) No

3) Substance Abuse:    ( ) Yes    ( ✓ ) No    ( ) Suspected
   ( ) Current intoxication/Abuse    ( ) Use    ( ) Withdrawal Symptoms
   ( ) Drugs ( ) Alcohol
   Describe- What kind? Amount/Frequency?
   • If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.
   Last Use: (Time/Date)

4a) Behavior/Conduct: ( ✓ ) Calm    ( ✓ ) Cooperative    ( ) Non-Violent
   ( ) Agitated    ( ) Uncooperative    ( ) Violent
   ( ) Manipulative    ( ) Disorganized
   Describe:

4b) Affect/Mood: ( ✓ ) Normal ( ) Manic    ( ) Depressed
   ( ) Euphoria ( ) Flat    ( ) Emotionally Confused
   Describe:

4c) Perceptions:    ( ) Delusional    ( ) Hallucinations    ( ) Hearing Voices

5a) Is there h/o actual suicide attempt?    ( ) Yes ( ✓ ) No
5c) Is there evidence

5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes    ( ✓ ) No
5d) High risk pt may become assaultive towards staff? ( ) Yes    ( ✓ ) No

IF ANY of the above in #5 are circled, staff MUST describe here, include previous
history and dates:

*Any abnormal observations #4 or 5 require immediate Mental Health
Referral.

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control on
  Close Watch    Y or N

Triggers for Close Watch
- Emotionally distraught and unable
  to regain composure by end of
  intake process
- Actively hallucinating or not
  making any sense    Y or N

| 6a) Communication Difficulties | ( ) Yes    ( ✓ ) No | 6b) Memory Defects | ( ) Yes    ( ✓ ) No |
| 6c) Hearing Impairment | ( ) Yes    ( ✓ ) No | 6d) Speech Difficulties | ( ) Yes    ( ✓ ) No |

7) Physical Aids: ( ) None    ( ✓ ) Glasses    ( ) Contacts    ( ) Hearing Aid    ( ) Dentures    ( ) Cane    ( ) Crutches
   ( ) Walker    ( ) Wheelchair    ( ) Braces    ( ) Artificial Limb    ( ) Other

8) Additional comments, complaints, symptoms:    None. ☐
   S)    " Blured vision "
   O)    Fever Y ( N )    Swollen Glands Y ( N )    Signs of Infection Y ( N )    Skin Intact ( Y ) N
   A)    Vitals as above, CMS x 4, no weakness noted.
   P)    Contact Robbins, MD

If known Diabetic * Call M.D. for order _____    Initial Insulin given: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for
health services to be provided to me by and through PRISON HEALTH SERVICES.

X _____    _____
Inmate's Signature/Date    Health Provider Signature/Date

**INTAKE HEALTH APPRAISAL**

NAME:_____
AIS#:_____
D.O.B.:_____ R/S_____

**HEALTH CLASSIFICATIONS:**
**(Circle One)**

**1 - No Restrictions**

**2 – Temporary Restrictions**
   See Special Needs Form

**3 – Permanent Restrictions**
   See Special Needs Form

**4 – A&I (Aged & Infirmed)**

**5 – Not Determined**
   Recheck_____.

**PLACEMENT:**

| | |
|---|---|
| **General Population** | ( ) |
| **Emergency Department** | ( ) |
| **Isolation** | ( ) |
| **Medical Observation** | ( ) |
| **Other**_____ | |

**REFERRAL:**
**CCC Placement** ( )

 **Clinic(s)**_____
   See MD/Mid-Level flow sheet
   for clinic(s).

| | |
|---|---|
| **Medical** | ( ) |
| **Dental** | ( ) |
| **Mental Health** | ( ) |
| **Other**_____ | |

**When:** ( ) Immediately
      ( ) Next Sick Call

**IMMUNIZATIONS ORDERED:**

_____

_____

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| **General Movement**<br>   Deformity<br>   Pain, Bleeding<br>   Habitus, Hygiene | ✓ | |
| **Neuro**   Mental Status<br>   Intox Withdrawal, Tremor<br>   Neuro-Deficits | | |
| **Skin**   Injury, Bruises, Trauma<br>   Jaundice Diaphoretic<br>   Rash, Lesions, Infestations<br>   Needle Marks<br>   Color, Turgor | | *Tattoos - d*<br>*scoon - ¢* |
| **Head**   Normocaphalic<br>   Atraumatic<br>   Hair, Scalp | ✓ | |
| **Eyes**   Glasses/Vision<br>   Pupils<br>   Sclera, Conjunctiva | ✓ | |
| **Ears**   Appearance<br>   Canals, TMs, Hearing | ✓ | |
| **Nose**   Epistaxis<br>   Sinuses | ✓ | |
| **Throat**   Teeth, Gums, Dentures<br>   Mouth, Tongue, Tonsils<br>   Airway | ✓ | |
| **Neck**   C-Spine, Mobility<br>   Veins, Carotids<br>   Thyroid, Lymph Nodes | ✓ | |
| **Chest**   Config. Ausc/Resp<br>   Cough/Sputum<br>   Breast/Masses | ✓ | |
| **Heart**   Ausc Rate, Rhythm<br>   Murmurs, Ectopy | ✓ | |
| **Abdomen** Bowel Sounds<br>   Palp, G/R/T, Hernia | ✓ | |
| **GU**   Flank Tenderness<br>   Bladder Tenderness/Distention | ✓ | |
| **Back**   ROM, Spasm, Injury | ✓ | |
| **Extremities**   Edema, Pulse | ✓ | |
| **Genitals**   Injuries/Lesions | | *deferred* |
| **Pelvic Pap** | | |
| **Rectal/Guiac**   (required @ 45 and up)<br>Deferred/follow-up: | | |

**Medications Ordered:** _____

_____

Ⓡ 4/27/06

**M.D. or Mid-Level Signature**          **Date/Time**

# INTAKE HEALTH EVALUATION

NAME: *Marshall, Carl*

AIS #: *112574*

D.O.B.: *8-6-50*

**R.N. evaluation within 24 hours.**

Age *56*  Sex *M*  Race *B*  Height *6'2"*  Weight *240*

| Temp: *98.6* | B/P: *180/100* | Pulse: *68* | Resp: *20* |

**\*\* B/P** – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you <u>ever</u> had, or been treated for: *98B5-156*

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis *Hernia* | ✓ | | **HIV/AIDS \*\*\*** | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | ✓ | | **\*\*\*Medications Verified** | | |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | ✓ | | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | | Joint Muscle Problem | | ✓ | | | |
| Strokes | ✓ | | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | ✓ | | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | ✓ | | Drug Abuse | | ✓ | Regularity | | |
| High Blood Pressure | ✓ | | Psychiatric History | | | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts\*\* | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | \*\*Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | | Type: | | |
| Asthma \* | | ✓ | PPD - date given: *4/21/06* | | | | | |
| \*Peak Flow Reading | | | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: *4/24/06* | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: Ø mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | ✓ | | OD    OS | | | | | |
| Hay Fever/Allergies | | ✓ | OU *20/20* RX | | | **EKG** (@ age 35) | | |

*TCN/clonidine*

Immunization History: _____

\*\*\*HIV Medications: _____

Acute or Chronic Problem Noted:  (Y)  N    Refer to Mid-Level or M.D. if yes.

_____    _____4/25/06_____

**RN or Mid-Level, Signature**         **Date/Time**

| AL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MPERATURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ILSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OOD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Y SHIFT - color ink -        EVENING SHIFT - color ink -        NIGHT SHIFT - color ink -

| DATE | TIME GIVEN | MEDICATION & DOSAGE | INJ SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSES SIGNATURE / TITLE |
|---|---|---|---|---|---|---|---|
| 10·06 | AM | NO show | | | | | R. Burkette |

| ITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| RB | R. Burkette | | E. Johnson (LPN)  MO | | |

INSTRUCTIONS:
ITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.
RCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.
DICATE INJECTION SITE WITH APPROPRIATE CODE.
TATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
TATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.

INJECTION SITE CODES:
1. RIGHT DORSAL GLUTEUS    5. RIGHT LATERAL THIGH    9. RIGHT UPPER ARM    13. UPPER BACK LEFT    17. TO RIGHT AND ABOVE LEVEL OF UMBILICUS
2. LEFT DORSAL GLUTEUS    6. LEFT LATERAL THIGH    10. LEFT UPPER ARM    14. UPPER BACK RIGHT    18. TO LEFT AND ABOVE LEVEL OF UMBILICUS
3. RIGHT VENTRAL GLUTEUS    7. RIGHT DELTOID    11. RIGHT ANTERIOR THIGH    15. UPPER CHEST LEFT    19. TO RIGHT AND BELOW LEVEL OF UMBILICUS
4. LEFT VENTRAL GLUTEUS    8. LEFT DELTOID    12. LEFT ANTERIOR THIGH    16. UPPER CHEST RIGHT    20. TO LEFT AND BELOW LEVEL OF UMBILICUS

MONTGOMERY COUNTY JAIL
MARSHALL, CARL
REPORT DATE : 04/06

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIFEDICAL XL 60 MG TABLET | 11/15/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROCARDIA XL 60 MG TABLET — TAKE 1 TABLET ONCE DAILY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATENOLOL 50 MG TABLET | 11/15/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TENORMIN 50 MG TABLET — TAKE 1 TABLET ONCE DAILY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QUINAPRIL HCL 40 MG TABLE | 11/14/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ACCUPRIL 40 MG TABLET — TAKE 1 TABLET ONCE DAILY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN HCL 1,000 MG TA | 01/16/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GLUCOPHAGE 1,000 MG TABLE — TAKE 1 TABLET TWICE DAILY | AM / PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Handwritten entries:* Zantac 150 mg T P B10 x 14   4/10/06 – 4/14/06

*Handwritten entries:* Benadryl 25 mg caps x 14   4/10/06 – 4/14/06

| STARTING FOR | 04/01/06 | THROUGH | 04/30/06 | PAGE | 1 OF | 1 |
|---|---|---|---|---|---|---|

| Physician | NICHOLS, KEN | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | NICHOLS, KEN | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | | Medicare Number | | Approved By Doctor By: *K Williams Pr* | Title: | Date: |
|---|---|---|---|---|---|---|

| RESIDENT | MARSHALL, CARL | D.O.B. 08/06/1953 | Sex M | Room No. 3E | Patient Code MARSCARL | Admission Date 00/00/00 |
|---|---|---|---|---|---|---|



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/8/06

**To:** DOC

**From:** OPC

**Inmate Name:** Marshall, Carl        **ID#:** 110574

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Report To OPC on 5/15/06 +

5/22/06 AT 7:00Am for injection

MEDICAl Hold until 5/23/06

_____

**Date:** 5/8/06  **MD Signature:** UU B. Adams CRNP/      **Time:** _____

Graves, un

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## FINGER STICK BLOOD RECORD FORM

NAME: _Carl Marshall_

INSTITUTION/FACILITY: _____

I.D. # _110275_     D.O.B.: _8/6/50_

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _____

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-----------------------------------|----------|---|------------------------|
| 4/21 | 1500 | | 169 | | | | Recheck - 169 - Ate dinner |
| 4/22 | 0400 | | 81 | | | | |
| 4/22 | 1500 | | 83 | | | | |
| 4/23 | 1500 | | 83 | | | | Recheck - 149 after dinner |
| 4/24 | 0400 | | 179 | | | | |
| 4/24 | 1500 | | 52 | | | | |
| 4/25 | 0400 | | 49 | | | | Re v after breakfast re v after juice |
| 4/26 | 0400 | | 98 | | | | |
| 4/27 | 0400 | | 57 | | 5/4/06 | | |
| 4/27 | 1500 | | 56 | | 80 | | |
| 4/28 | 0400 | | 68 | | | | |
| 4/28 | 1500 | | 69 | | | | |
| 4/29 | 0400 | | 48 | | | | |
| 4/30 | 1500 | | 46 | | | | Recheck - 269 @ 1545 after dinner |
| 5/1 | 0400 | | 68 | | | | |
| 5/2 | 0400 | | 178 | | | | |
| 5/3 | 0400 | | 179 | | | | |
| 5/4 | 0400 | | 296 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Check if results called to physician.*

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

60415



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 4/21/06

To: ADOC

From: WW

Inmate Name: Marshall, CARL       ID#: 110514

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:** Add Sat,²² Sun,²³ Mon²⁴
Blood Pressure √ for 4 wks 2 times
a week tues + Thurs - on WW @ 0500
Blood Sugar √ x 7 daip. on WW @
0300

Date: 4/21/06   MD Signature: V/O Dr Robbins /D Burns LPN   Time: _____

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: _Marshall, Carl_    DATE: _4 / 21 / 06_    TIME: _7:00AM_

DOB: _8-6-50_    OFFICER: _COI Hives_    INSTITUTION:  __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | |
| Is the skin in poor condition or show signs of vermin or rashes? | | |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | |
| Is the inmate making any verbal threats to staff or other inmates? | | |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | |
| Does the inmate have any obvious physical handicaps? | | |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures? ✓

This inmate was    __✓__    a.  Released for normal processing

_____    b.  Referred to health care unit

_____    c.  Immediately sent to the health care unit.

_COI Hives_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

# DIABETES CLINIC
## Q 3-months

Name: Marshall (card)     DOB: 8-6-48     AIS#: 110574     R/S: BM

## PATIENT HISTORY

1) HTN
2) DM

Diagnosis- Type I ☐     Type 2 ☐     Date of Diagnosis: 4-30-06

Current Meds: Glucotrol 10mg QD, Calan SR 240 mg (po)QD, Wzosin 20 mg BD

Diet/Exercise: NO     Occ.     Compliant: Y (N)

Frequency of BG monitoring: once daily

Po: sick ds brittle nails (B) feet w/thick nails

### Risk factors (check all that apply)

__Family History __Smoker ✓HTN ✓Obesity __CAD __Hyperlipidemia __Renal Disease __Tobaco use

T 98.9 SAT 97% BS 165

| VARIABLE | Date 7-10-7 / 350 | | | Date | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|
| BP/Weight/Pulse | 180/100 | 250 | 81 | | | | | | |
| CP/dizziness/Indigestion | ⊘ | ⊘ | ⊘ | | | | | | |
| Exertional Dyspnea | ⊘ | | | | | | | | |
| Urinary frequency | ⊕ | | | | | | | | |
| Fundi exam (annually) | ord 7/10/07 | | | | | | | | |
| Dental exam (annually) | ord 7/10/07 | | | | | | | | |
| Hand and Foot pain | ⊘ ⊘ | | | | | | | | |
| General Appearance | NAD, WD, NN | | | | | | | | |
| Heart | S1S2 no G/R/M c | | | | | | | | |
| JVD/Carotid Bruits | scm 045° | | | | | | | | |
| Periph. Pulses/edema | +2 PP/PT ⊘ed | | | | | | | | |
| Microfilament (annually) | See addl 7/10/07 | | | | | | | | |

Thick/ingr nails but nail beds Ofe?

## LABS

| | Date | | Date | | Date | |
|---|---|---|---|---|---|---|
| Fasting Diagnostic 2/21/07 | creat 1.1 | | | | | |
| Profile II (base line) | TC 186  HDL 36 Trig 213  LDL 108 | | | | | |
| Hgb A1c q 3-6 mos 2/21/07 | 9.4% | | | | | |
| BMP (per MD/NP) | 2/21/07 | | | | | |
| UA Dipstick | ord 7/10/07 | | | | | |
| Microalb (annually) 7/2 | TPE 7/09 8 | | | | | |
| EKG (base line) 4/28/06 | SR, LVH, Abnl, Type | | | | | |
| Disease Control | Good/Fair/Poor Improved/ Worsened | | Good/Fair/Poor Improved/ Worsened | | Good/Fair/Poor Improved/ Worsened | |

4/28/06 CXR Neg.

## PLAN

| | | | |
|---|---|---|---|
| Flu vac (annually) | 2006 | | |
| Pneumovax | ord 7/10/07 | | |
| Patient Edu/Training | DMII, HTN | | |
| Completed Master Problem Sheet | Yes | | |
| Next F/U 2 wk FU Bun | B/fu CCC | | |
| Signature | _(signature)_ | | |

| SHORT TERM GOALS | LONG TERM GOALS |
|---|---|
| 1 Rev DM (lipids, creat, HbA1c | 1 p↓ CAD |
| 2 Rev Urine microalbumin | 2 HbA1c ~ 5.5 - 6.0 |
| 3 TBG's BID x2wks | 3 LDL goal </109 Trig <150 |
| 4 w/rt chol, calan | 4 BP < 130/80 |

o) Ophthalmology 30 days



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MONOFILAMENT TESTING FOR DIABETICS

Fill in the following blanks with a "Y" or "N" to indicate findings

| | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | N | N |
| Is there a history of foot ulcer? | N | N |
| Is there an abnormal shape of the foot? | N | N |
| Is there a toe deformity? | N | N |
| Are the toenails thick or ingrown? | Y | Y |
| Is there callus buildup? | N | N |
| Is there swelling? | N | N |
| Is there elevated skin temperature? | N | N |
| Is there muscle weakness? | N | N |
| Can the inmate see the bottom of feet? | Y | Y |
| Is the inmate wearing improperly fitting shoes? | N | N |
| Does the inmate use footwear appropriate? | Y | Y |
| Pulses?                    DP/PT | +2 DP/PT | +2 DP/PT |

Note the level of sensation in the circles: (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament

RIGHT                                            LEFT

Skin Conditions on the Foot or Between the Toes:

Draw in: Callous ▤, Pre-ulcer ▦, Ulcer ■ (note length and width in cm)
Label with: **R** - Redness, **M** - Maceration, **D** - Dryness, **T** – Tinea

### Risk Category:

_____ 0  No loss of protective sensation.
_____ 1  Loss of protective sensation
_____ 2  Loss of protective sensation with either high pressure (callous/deformity), or poor circulation.
_____ 3  History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation.

Education done about ___Dm foot care___ Education Received ___by pt___

| Name | AIS NO | Date | By |
|---|---|---|---|
| Marshall, Carl | 110574 | 7/6/07 | M, CRNP |

60516-AL

# PHS
## PRISON HEALTH SERVICES
### JULIA TUTWILER PRISON EDUCATION ROSTER

INMATE NAME _Marshall, Carl_     AIS # _110 574_

| TITLE OF EDUCATION GIVEN | DATE | STAFF GIVING EDUCATION | INMATE SIGNATURE |
|---|---|---|---|
| diabetes | 7-10-7 | 2 hrs | _[signature]_ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 3/7/07      Time: _____      Facility: Kilby Correctional Facility

Check all applicable CIC's being evaluated: __Card/HTN__ DM__GI__ID__PUL__SZ __TB

## SUBJECTIVE:

## OBJECTIVE:  BP 80/110 HR 50 RR 18 Temp 99 Wt 247 Peak Flow____
NOTE:  PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications:  DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

1) DM
2) HTN

No. %
Compliance questionable
labs 2/07 ok. Chol <200, A, C 9.4,
⊕ smoking → discussed
Lungs clear. Heart RRR s̄ (m).
⊖ edema, limits.

Glucotrol 5 ʒ p.o. QD
Calan SR 180 mg p.o QD
Lisinopril 20 mg p.o. BID
EC ASA 325 mg p.o QD

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status:  I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | (F) | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | (S) | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN:  1) ↑ Calan           2) ✓ A₁c next visit.
       2) ↑ Glucotrol

F/U:    Routine 90 days: ____✓____Other _____        Problem List Updated:  Yes       No

_____
Physician/NP/PA

| | |
|---|---|
| Marshall Cecil | 110574 |
| **NAME** | **AIS#** |
| male | 8/6/50 |
| **GENDER** | (B)/W       **DOB** |
| | **RACE** |

(Revised 2/28/05)

# DEPARTMENT OF CORRECTIONS
## NURSE'S
## CV/HTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME 3/7/07 @0850 | | | Tetracycline Clonidine |
| O: VS T 99  P 90  R 18  WT 241 | | | HX a treadmill?  Y  (N) |
| BP 180/110    IF BP > 140/90 REFER TO MD/NP/PA | | | Date: |
| Do you smoke? | (Y) | N | HX bypass surgery:  Y  (N) |
| Use salt? | Y | (N) | Date: |
| Family History of CVHTN?  Entire Family | (Y) | N | |
| Obese? | Y | (N) | |
| Stress? | Y | (N) | |
| Blurred vision | Y | N | |
| Headache | Y | N | |
| Fatigue | Y | (N) | |
| Muscle weakness | Y | (N) | |
| Polyuria | Y | N | |
| Epistaxis | Y | (N) | P: LABS REVIEWED |
| S.O.B. | Y | (N) | Labs ordered |
| Compliant with meds | (Y) | N | Last CMP-14  2/20/07 |
| KOP | (Y) | N | Last EKG  4/28/04 |
| Counseled on risk factors Non-Modifiable  Describe: Race ①Age ③Gender ④Heredity  MODifiable ②Smoking cessation  ①Wt. Reduction ③A activity ④Diet NAS | | (Y) | |
| Labs/EKG WNL              NA  CXR if over 50 | | N | |
| Education Done S.O.B. nausea severe HA, dizziness, blurred vision sweating, lightheadedness, weakness, numbness indigestion, tightness of confusion face, arm  Topic: S&S of Stroke vs. heart attack (1 side) | | Y | N |
| Recently admitted to hospital/infirmary | | (N) | CURRENT MEDICATIONS: |

Notes: ↑BP reading addressed
continue c̄ HTN teaching & PRN
& reoccurage compliance c̄ meds
diet & exercise to ↓ risk of stroke
heart attack & findings.

CURRENT MEDICATIONS:
Calan SR 180 mg po. ED
Lisinopril 20 mg p.o. BID
EC ASA 325 mg p.o. OD

Status: (circle)
IMPROVED UNCHANGED WORSENED

Level of Control: (circle)
GOOD  FAIR  (POOR)

CCC WITH NURSE (circle)
1, 2, 3 Months

CCC WITH MD (circle)
1, 2,(3) 4, 5, 6 Months

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE |
|---|---|---|---|---|
| Marshall, Carl | 110574 | 56 | B/M | |

Control  Good---BP < 140/90
Fair-----BP 140-160/90/100
Poor----BP > 160/100

Status:  Improved---BP< previous visit
Unchanged—BP unchanged
Worsened----BP increased,

PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
# NURSE'S
# DIABETIC CHRONIC CARE CLINICS

| S: DAY CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| **DATE/TIME:** 3/1/07 @ 0855 | | | Tetracycline, Clonidine |
| O: VS T 97.9 P 80 R 18 | | | |
| BP 180/110   WT 247 | | | **TYPE I**   **TYPE II** |
| Any reactions: | Y | (N) | |
| Thirst, vomiting, or abdominal pain | Y | (N) | |
| Skin or foot problems: | Y | (N) | |
| Foot exam done: | (Y) | N | |
| Rotation of injection sites | (N/A) Y | N | |
| Changes in eyes | Y | (N) | |
| Dietary compliance: | (Y) | N | **P: LABS** |
| Noncompliant---Education done | Y | N | |
| Medication compliant | Y | N | Last HgbA1C: |
| Noncompliant---Education done | Y | N | Date 2/20/07 Result 9.4 |
| Tremors | Y | (N) | |
| Reviewed canteen list   KEHF | Y | N | |
| Compliant | Y | N | |
| If noncompliant, education done | Y | N | |
| Infirmary or hospital since last CCC visit | Y | (N) | **ORDERS:** |
| If yes, date | | | |
| Review of FLU vaccine | (Y) | N | |
| Review of Pneumovax | Y | (N) | |
| Fundoscopic exam   Referral 4/20/06 | Y | N | |
| Annual Diabetic Checklist updated | (Y) | N | |

**NOTES:**

1h 3mg A1c level we V to a less!
8% + inmate will continue to
be compliant meds diet +
EXERCISE.

**MEDICATION:**

Glucotrol 3 mg
p.o QD

**Status:** (circle)   7.8
Improved, Unchanged,
Worsened ⟶

**Control:** (circle)
Good, Fair, (Poor)

**CCC NURSE** (circle)
EVERY 1, 2, (3) months

**CCC WITH MD** (circle)
1, 2, 3, 4, 5, 6 months

INSPECT FEET QD
For signs of foot prob.
Report: Tingling
- Pain
- infected corns
- ulcers, sores

| Education done ∆ SOCKS QD | | |
|---|---|---|
| TRIM TOE nails straight across | (Y) | N |
| EXERCISE ⟶ circulation | | |
| Topic FOOT CARE | | |

| INMATE NAME | NUMBER | AGE | RACE/SEX |
|---|---|---|---|
| Marshall, Carl | 110574 | 56 | B/M |

SIGNATURE

Control   Good - HgbA1c WNL
Fair - HgbA1c ½ to ¾ above normal
Poor - HgbA1c 2% above normal.

Status   Improved---Decrease in HgbA1c and weight and accompanied by Sx
Unchanged---No change in HgbA1c and weight
Worsened---Increase in HgbA1c and weight

60518-AI

# PRISON HEALTH SERVICES    REHF

## Physician's Chronic Care Clinic

Date: 12/11/06    Time: _____    Facility: Kilby Correctional Facility

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

**SUBJECTIVE:**

**OBJECTIVE:**    BP 180/120 HR 84    RR 18    Temp 98    Wt 247.50    Peak Flow ____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

1) HTN    no c/o. Glucose <150    Glucotrol 5 mg p.o QD
2) DM    not taking BP meds bid (denins)    Glucophase 150 mg p.o bid
         Also recent labs.    Lisinopril 20 mg p.o. BID
         Lungs few (R) rhonchi. Heart    EC ASA 325 mg p.o. QD
         RRR s̄ (m). ⊘ edema, bruits

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.    Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| (G) | F | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | (S) | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: 1) Compliance
      2) Check labs next visit.

F/U:    Routine 90 days: ___✓___ Other _____        Problem List Updated:  Yes    No

_____
Physician/NP/PA

Marshall, Carl
NAME

male
GENDER

(B)/W
RACE

110574
AIS#

8-6-50
DOB

(Revised 2/28/05)


**PRISON HEALTH SERVICES INCORPORATED**

## ...ARTMENT OF CORRECTIONS
## NURSE'S
# DIABETIC CHRONIC CARE CLINICS

S: DAY CHRONIC CARE CLINIC

**DATE/TIME:** 12/11/06 @ 0830

O: VS T 98 P 84 R 18

BP 160/170  WT 247.50 lbs

**ALLERGIES**
Tetracylline
Clonidine

TYPE I          (TYPE II)

| | Y | N | |
|---|---|---|---|
| Any reactions: | Y | Ⓝ | |
| Thirst, vomiting, or abdominal pain | Y | N | |
| Skin or foot problems: | Y | Ⓝ | |
| Foot exam done: | Ⓨ | N | |
| Rotation of injection sites  (N/A) | Y | N | |
| Changes in eyes | Y | Ⓝ | |
| Dietary compliance: | Ⓨ | N | **P: LABS** |
| Noncompliant---Education done | Y | N | |
| Medication compliant | Ⓨ | N | Last HgbA1C: |
| Noncompliant---Education done | Y | N | Date 4/26/06  Result 7.8% |
| Tremors | Y | Ⓝ | |
| Reviewed canteen list        REHF | Y | N | |
| Compliant | Y | N | |
| If noncompliant, education done | Y | N | |
| Infirmary or hospital since last CCC visit | Y | Ⓝ | **ORDERS:** |
| If yes, date | | | |
| Review of FLU vaccine   1/2/06 | Ⓨ | N | |
| Review of Pneumovax | Y | N | |
| Fundoscopic exam   Eye referral 4/25/06 | Ⓨ | N | |
| Annual Diabetic Checklist updated | Ⓨ | N | |

**NOTES:**

Educ material given
In 3mos A1C level will be
< 7% + in math will continue
to be compliant c diet, meds
+ Exercise

**MEDICATION:**
Glucotrol 5 3 po OD
EC ASA 325 3 po OD

**Status:** (circle)
Improved, Unchanged,
Worsened

**Control:** (circle)
Good, Fair, Poor

**CCC NURSE** (circle)
EVERY 1, 2, ③ months

**CCC WITH MD** (circle)
1, 2 ③, 4, 5, 6 months

Education done △ SOCKS QD
EXERCISE nails straight across
Topic FOOT Care  circulation

INSPECT FEET QD
for signs of foot prob.
Report: Tingling
  - Pain
  - Offensive odors
  - CORNS, CALLUS
  - ULCERS, SORES       Ⓨ  N

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE |
|---|---|---|---|---|
| Marshall, Carl | 110574 | 56 | B/M | |

Control    Good    HgbA1C WNL
  Fair  HgbA1C within 2 % of normal
  Poor  HgbA1C ≥ 2% above normal

Status    Improved – Decrease in HgbA1C and/or weight decrease by 5%
  Unchanged – No change in HgbA1C and weigh
  Worsened – Increase in HgbA1C and weight

60518-AL

# NURSE'S
# CV/HTN CHRONIC CARE CLINIC

**S: CHRONIC CARE CLINIC**

**DATE/TIME** 12/11/06 @ 0830

O: VS T 98 P 84   R 18   WT 247.50 lbs

BP 180/120   **IF BP > 140/90 REFER TO MD/NP/PA**

| | | |
|---|---|---|
| Do you smoke? | Y | N |
| Use salt? | Y | N |
| Family History of CVHTN? Entire Family | Y | N |
| Obese? | Y | N |
| Stress? | Y | N |
| Blurred vision | Y | N |
| Headache | Y | N |
| Fatigue | Y | N |
| Muscle weakness | Y | N |
| Polyuria | Y | N |
| Epistaxis | Y | N |
| S.O.B. | Y | N |
| Compliant with meds   N.C. | Y | N |
| KOP | Y | N |

Counseled on risk factors stroke
Describe: blindness heart trouble
Non-modifiable smoking habits poor diet lifestyle
Race- A. Am   Gender- male
Age- 4 greatest elastic   Heredity

Labs/EKG WNL _____ NA __   Y  N
CXR if over 50

Education Done
Topic: S/S of diabetic & Stroke   Y  N

Recently admitted to hospital/infirmary   Y  N

**Notes:**
Educ. material given
MD discussed meds Non-compliance
In 3 mos. Pt. reading will be
@ least 140/90 + inmate
will be compliant c meds, diet
+ Exercise

**ALLERGIES**
Tetracycline
Clonidine

HX a treadmill?   Y   N

Date:

HX bypass surgery:   Y   N

Date:

**P: LABS REVIEWED**
Labs ordered
Last CMP-14 4/26/06
Last EKG 4/28/06

**CURRENT MEDICATIONS:**
Calan SR 180 mg p.o. BID
Lisinopril 20 mg p.o. BID

**Status: (circle)**
IMPROVED   UNCHANGED   WORSENED

**Level of Control: (circle)**
GOOD   FAIR   POOR

**CCC WITH NURSE (circle)**
1, 2, 3 Months

**CCC WITH MD (circle)**
1, 2, 3, 4, 5, 6 Months

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Marshall, Carl | 110574 | 56 | B/M | |

Control   Good----BP < 140/90
Fair-----BP 140-160/90/100
Poor----BP > 160/100

Status   Improved---BP< previous visit
Unchanged—BP unchanged
Worsened---BP increased

60520-AL



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MONOFILAMENT TESTING FOR DIABETICS

| Fill in the following blanks with a "Y" or "N" to indicate findings | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | n | n |
| Is there a history of foot ulcer? | n | n |
| Is there an abnormal shape of the foot? | n | n |
| Is there a toe deformity? | n | n |
| Are the toenails thick or ingrown? | n | n |
| Is there callus buildup? | n | n |
| Is there swelling? | n | n |
| Is there elevated skin temperature? | n | n |
| Is there muscle weakness? | n | n |
| Can the inmate see the bottom of feet? | y | y |
| Is the inmate wearing improperly fitting shoes? | n | n |
| Does the inmate use footwear appropriate? | y | y |
| Pulses?                    DP/PT | +2 | +2 |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament



RIGHT        LEFT

Skin Conditions on the Foot or Between the Toes:

Draw in: Callous ▦ , Pre-ulcer ▦ , Ulcer ■ (note length and width in cm)
Label with:  **R** - Redness, **M** - Maceration, **D** - Dryness, **T** – Tinea

**Risk Category:**

| | | |
|---|---|---|
| ✓ | 0 | No loss of protective sensation. |
| | 1 | Loss of protective sensation |
| | 2 | Loss of protective sensation with either high pressure (callous/deformity), or poor circulation. |
| | 3 | History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about __Foot Care__    Education Received _____

| Name | AIS NO | Date | By |
|---|---|---|---|
| Marshall, Carl | 110574 | 12/11/06 | Joaquin Rn |

60516-AL

C A N T E E N   S A L E S   R E P O R T

```
MARSHALL, CARL V.          110574   B/M   5/04/2006   3:37PM   TRANS NR  88093
------------------------------------------------------------------------------
         ITEM   ISSUE                              UNIT          EXTENDED
   LI    NBR    QTY    DESCRIPTION         UI      COST            COST
------------------------------------------------------------------------------

    1    909     1     JUMBO CHILI CHSE DOG   EA    $2.18          $2.18

    2    953     1     HORMEL M/W CHILI       EA    $1.28          $1.28

    3    904     1     ICE CREAM              EA    $1.30          $1.30

    4    904     1     ICE CREAM              EA    $1.30          $1.30

                **** LAST ITEM ****                         ============

                                            TOTAL PURCHASES      $6.06
```

```
OLD PMOD BALANCE     6.99    TOTAL PURCHASE   6.06    NEW PMOD BALANCE     .9

TOTAL APPLIED TO WEEKLY LIMIT  12.01    POSTED BY: INMATE WORKERS
```

  I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

  _____          _____
  SIGNATURE                          DATE              BED NBR: M  086B



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# FINGER STICK BLOOD RECORD FORM

INSTITUTION/FACILITY: _KILBY_

NAME: _Marshall, Carl_    I.D. # _110378_    D.O.B.: _____

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _BSV BIDx30d_

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-----------------------------------|----------|---|------------------------|
| 5/5 | 0400 | CB | 247 | | | | |
| 5/6 | 0400 | CB | 282 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |

60415

KELBY CORRECTIONAL FACILITY

C A N T E E N   S A L E S   R E C E I P T

MARSHALL, CARL V.         110574   B/M   5/02/2006   3:35PM   TRANS NR  87273

------------------------------------------------------------------------

|    | ITEM | ISSUE |             |    | UNIT  | EXTENDED |
| LI | NBR  | QTY   | DESCRIPTION | UI | COST  | COST     |

------------------------------------------------------------------------

| 1 | 962 | 1 | DR. PEPPER        | EA | $.52 | $.52  |
| 2 | 960 | 1 | COKE              | EA | $.52 | $.52  |
| 3 | 924 | 2 | MICROWAVE POPCORN | EA | $.50 | $1.00 |

                **** LAST ITEM ****                    ===========

                                   TOTAL PURCHASES        $2.04

OLD PMOD BALANCE     54.55   TOTAL PURCHASE   2.04   NEW PMOD BALANCE    52.51

TOTAL APPLIED TO WEEKLY LIMIT    .00    POSTED BY: INMATE WORKERS

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_____          _____
SIGNATURE                              DATE            BED NBR: M  086B

KEEFE CORRECTIONAL FACILITY
CANTEEN SALES RECEIPT

MARSHALL, CARL V.          110574   B/M   5/02/2006   9:57AM   TRANS NR  86956

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|-----|-----------|---------------|
| 1 | 960 | 2 | COKE | EA | $.52 | $1.04 |
| 2 | 912 | 1 | DOUBLE CHEESE BURGER | EA | $1.73 | $1.73 |

**** LAST ITEM ****

TOTAL PURCHASES     $2.77

OLD PMOD BALANCE     57.32   TOTAL PURCHASE   2.77   NEW PMOD BALANCE     54.55

TOTAL APPLIED TO WEEKLY LIMIT    .00    POSTED BY: INMATE WORKERS

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

SIGNATURE                                DATE        BED NBR: M  086B

K Y CORRECTIONAL FACILITY

C A N T E E N   S A L E S   R E C E I P T

MARSHALL, CARL V.          110574    B/M   5/03/2006   9:13AM   TRANS NR  87476

----------------------------------------------------------------------------

| LI | ITEM<br>NBR | ISSUE<br>QTY | DESCRIPTION | UI | UNIT<br>COST | EXTENDED<br>COST |
|----|------|------|----------------------|-----|--------|----------|
| 1 | 140 | 1 | REESE CUPS | EA | $.57 | $.57 |
| 2 | 141 | 1 | SNICKERS | EA | $.57 | $.57 |
| 3 | 173 | 3 | G/F CORN CHIPS | EA | $.48 | $1.44 |
| 4 | 174 | 3 | G/F CHEESE CURLS | EA | $.42 | $1.26 |
| 5 | 183 | 1 | TROPHY MIXED NUTS | EA | $1.05 | $1.05 |

                    **** LAST ITEM ****                    ============

                                        TOTAL PURCHASES     $4.89

OLD PMOD BALANCE     13.44    TOTAL PURCHASE   4.89   NEW PMOD BALANCE     8.55

TOTAL APPLIED TO WEEKLY LIMIT  12.01     POSTED BY: PATTI P VERMILYER

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_____              _____
SIGNATURE                                DATE          BED NBR: M  086B

| Facility Name: | | Month/Year of Charting: 2/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Glucotrol 5mg
P.O. BID X180
days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

A 3/7/07

Start Date: 12/4/06   Prescriber: Dr. Robbins
Stop Date: 6/4/07   RX #:

Calan SR 180mg
P.O. BID X180 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

A 3/7/07

Start Date: 12/4/06   Prescriber: Dr. Robbins
Stop Date: 6/4/07   RX #:

Lisinopril 20mg
P.O. BID X180days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 12/4/06   Prescriber: Dr. Robbins
Stop Date: 6/4/07   RX #:

EC ASA 325mg
P.O. BID X180
days.

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 12/4/07   Prescriber: Dr. Robbins
Stop Date: 6/4/07   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| TCN, Clonidine | | | | | 3. Patient out of facility |
| Housing Unit: | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Patient ID Number: | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Marshall, Carl | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: REHF | | Month/Year of Charting: 3/07 |

**4** Glucofrol to 10mg
P.O. QD X180 Days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 12/7/07    Prescriber: Dr. Robbins
Stop Date: 9/3/17    RX #:

Calan SR 240mg
P.O. QD X180 Days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 12/7/07    Prescriber: Dr. Robbins
Stop Date: 6/7/07    RX #:

Lisinopril 20mg
P.O. BID X180
days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 12/7/07    Prescriber: Dr. Robbins
Stop Date: 6/11/07    RX #:

EC ASA 325mg
P.O. RD X180
days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 12/7/07    Prescriber: Dr. Robbins
Stop Date: 6/11/07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| Tetracycline, Clonidine | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Marshall, Carl L | | | | | 8. Medication Held |
| | | | Date of Birth: 8/6/50 | | 9. No Show |
| | | | | | 10. Other |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Carl Marshall_     Date of Request: _MAY 1, 2006_
ID # _110574_                   Date of Birth: _8/6/50_  Location: _M-86_
Nature of problem or request: _Blood Sugar has Jumped_
_To High From 44 - 296 In Less_
_Than 2 wks_
_____ _Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:**

Su Net

**(O)bjective   (V/S):  T:_____   P:_____   R:_____   BP:_____   WT:_____**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )     No ( )
Was MD/PA on call notified:    Yes ( )     No ( )

_5/4/06_

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

FHS

Nursing Evaluation Tool:

<u>General Sick Call</u>

Facility: KCF

Patient Name: Marshall          Carl

Inmate Number: 110 574          First

Date of Report: 5 , 4 , 06          Date of Birth: 8 , 14 , 50
ACK    DO    YYYY          MM    DD    YYYY

Time Seen: 0640  AM/PM  Circle One

<u>Subjective:</u>  Chief Complaint(s): BS has been going ↑ too high

Onset: _____

Brief History: 53 yo Bm c̄ Hx NIDDM, HTN
(Continue on back if necessary)

<u>Objective:</u>  Vital Signs: (As Indicated) T: 98⁸ P: 79 RR: 24 B/P: 199 , 105  Wgt 243.5  ☐ Check Here if addi signed notes on back

Examination Findings: FSBS @ 7:15A  301
(Continue on back if necessary)

<u>Assessment</u> (Referral Status) Preliminary Determination(s): Alt in comfort R/T  ☐ Check Here if addi signed notes on back
☐ Referral NOT REQUIRED          above statement
☒ Referral REQUIRED due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☒ Other: Uncontrolled BS

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan:</u>  Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)
OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): B Adams CRNP          Date for referral: 5 , 4 , 06
MM    DD    YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (If emergent who was contacted?): _____  Time _____

x  Lorraine Graves          Name: Lorraine Graves
Nurses Signature          Printed



178/194

PHS

Nursing Evaluation Tool:                               General Sickfall

Facility: KCF

Patient Name: Marshall, Carl

Inmate Number: 110574

Date of Report: 9 - 8 - 06                Date of Birth: 8 - 6 - 50

Time Seen: 600   AM / PM   Circle One

Subjective: Chief Complaint(s): _____ an order for my diabetic

Onset: Shoes, feet swells.

Brief History: 58 yo Bm c̄ Hx HTN, NIDDm, sarcodoses

Objective: Vital Signs: (As indicated) T 98.9 P 77  RR: 20  B/P: 170/90

Examination Findings: A&Ox3. Resp. Neg c̄ clear NAD

Assessment (Referral Status) Preliminary Determination(s): Alt in comfort R/T alone statement

☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply)

☐ Recurrent Complaint (more than 2 visits for the same complaint)

☒ Other: Profile for Shoes

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient, or nature of the appropriate care to be given.

Plan: Check All That Apply:

☐ Instructions to return if condition worsens.

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visit)

☐ Other:

OTC Medications given ☒ NO  ☐ YES (If Yes List):

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): B Adams CRNP  Date for referral: 9-8-06

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (If emergent who was contacted?):  Time

x _L Sanders RN_                 Name: Lorraine Graves



DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _____ | Institution: _WCF_ | _Tetrocycline, Clonidine_ |

RECEIVED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
- [ ] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: _WCF_

Date: _5/28/06_ Time: _____ AM/PM

RELEASE FROM:
- [ ] Infirmary
- [x] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [x] DOC
- [ ] Infirmary
- [ ] Mental Health
- [ ] Institution/Work Release Center/Free-World Hospital

ALLERGIES:
_Tetrocycline, Clonidine_

PHYSICAL EXAMINATION

Date of last exam: _4/21/06_

Chest X-Ray Date: _____ Result _BLW_

PPD Reading _4/24/06_

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| _Treatments Completed_ CBC | | | | Wears Glasses/Contacts | [ ] | [ ] |
| Urinalysis | _4/25/06_ | [✓] | | Dental Prosthesis | [ ] | [ ] |
| _RPR_ | _4/25/06_ | | [✓] | Hearing Aide | [ ] | [ ] |
| | | | | Other Prosthesis | [ ] | [ ] |

Recieving Nurse _____

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

HTN, DM

| CURRENT MEDICATION - - DOSAGE AND FREQUENCY | | |
|---|---|---|
| Lisinopril 20mg PO QD | MEDICATIONS | [x] Sent w / inmate  [ ] Not sent w / inmate |
| Glucotrol 5mg PO QD | X-RAY FILM | [ ] Sent w / inmate  [ ] Not sent w / inmate |
| Surfak 240mg PO QD | HEALTH RECORD | [x] Sent w / inmate  [ ] Not sent w / inmate |
| EC ASA 325mg PO QD | Released to: _DUE_ | |
| Metformin 1000mg PO Bid Error | | |

Date: _5-30-6_ Time: _1530_ AM/PM

MEDICATIONS   [ ] Received   [ ] Not Received
X-RAY FILM    [ ] Received   [ ] Not Received
HEALTH RECORD [ ] Received   [ ] Not Received
CHART REVIEWED [ ] YES  28   [ ] NO

SCHEDULE FOR CHRONIC CARE CLINIC

Received by: _____
Signature of Receiving Nurse

DATE: _____ LAST CLINIC: _____

Date: _5-30-6_ Time: _1030_ AM/PM

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| [✓] Medical  [ ] Dental | | | | |
| [ ] Mental Health | | | | |

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | | ✓ |
| Mental Illness | | ✓ |
| Suicide Attempt | | ✓ |
| Chronic Care | ✓ | |

| STATUS | | |
|---|---|---|
| Special Diet | | ✓ |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | |
| Edema | | |
| Warm & Dry | ✓ | |
| Cool & Moist | | |

| CONDITION | | |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | |
| Depressed | | |

INTAKE
Sick Call Procedures Explained    _X_
Height    _6-3½_
Weight    _220_
Blood Pressure    _140/80_
Temperature    _98_
Pulse Resp.    _78/18_
Other _____

Signature of Nurse Completing Assessment (Sending Nurse): _A. Whaley RN_

Date: _5/28/06_

Signature of Intake Screening Nurse (Receiving Nurse): _____

Date: _5-30-6_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| Marshall Carlo V. | 105948 | 8-6-80 | Bm | K/16 |

(White - Medical Jacket; Yellow - Transfer Coordinator)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: MARSHALL, CARL<br>110574   514/06<br>915A<br>noted<br><br>D.O.B.  /  /<br>ALLERGIES:  TCN, Clonidine<br><br>Use Last   Date 514/06 | DIAGNOSIS (If Chg'd) ⑤ Surfak 240 mg p.o. QD x 30d<br>① Clonidine error p.o. now<br>② Re-√ BP in 1 hours<br>③ Increase Lisinopril to 20 mg p.o.<br> BID x 180d<br>④ Decrease Glucotrol to 5mg p.o. QD x 180d<br> Blum CRNP<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Marshall, Carl<br> 110574<br><br>D.O.B. 8/ 6/50<br>ALLERGIES:<br><br>Use Fourth   Date 6/25/06 | DIAGNOSIS (If Chg'd)<br>HgbA1C<br>Calan SR 180 mg po qd x 180 days<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Marshall, Carl<br> 110574<br><br>D.O.B. 8 16 150<br>ALLERGIES: TCN, clonidine<br><br>Use Third   Date 4/25/06 | DIAGNOSIS (If Chg'd)<br>Dilated eye exam = DM<br>Glucotrol 10 mg po qd x 180 days<br>Lisinopril 20 mg po qd x 180 days<br>ECASA 325 mg po qd x 180 days<br>CC 4 wks B/P + BS 7a<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Marshall Carl<br> 110574<br><br>D.O.B. 8 16 150<br>ALLERGIES: TCN, Clonidine<br><br>Use Second   Date 4/25/06 | DIAGNOSIS (If Chg'd)<br>2200 Calorie DM diet = snack<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Marshall, Carl<br> 110574<br><br>D.O.B. 8/6/50<br>ALLERGIES:<br><br>Use First   Date 4/25/6 | DIAGNOSIS<br>CMP, Cho, PSA, HgbA1c, TSH, urine K1008S<br>EKG CxR<br>eye referral<br>BS TID x 30 dys<br>B/P √ 2x wk x 4 wks<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Marshall, ~~Anfer~~ Carl | D.O.B.: / / |
|---|---|---|

5/4/06 — Flu BS √'s . c/o HTN . Requests stool softener .
0850 — BP: 199/105 this A.M.
— BS √'s have been 44 - 296 mg/dL
(HgbA1c : 7.8) — He has 9 documented BS √'s in the 40's
— ∅ Δ in PE

1) HTN
— ~~Clonidine error~~ 0.1 mg now / Re-√ in 7 hours
— Increase Lisinopril to 20 mg BID
— BP √'s
— CCC As sched.

2) NIDDM c̄ episodes of hypoglycemia
— Decrease Glucotrol to 5 mg QD
— BS √'s
— CCC as sched.

3) Acute Constipation (∅ findings on PE)
— ↑ fluids / fiber / exercise
— Surfak x 30d

F: Tx plan

[signature]

5/5/06 — needs Tx for ⊕ RPR
0820 — ∅ Bicillin LA avail. ; Allergic to TTC.
✕ Consulted c̄ Dr. Robbins
— E-mycin 1gm BID x 30d
— medical hold

[signature]



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last     Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth     Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third     Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Marshall, Carl 110574 | DIAGNOSIS (If Chg'd)  4/21/06 |
|---|---|
| D.O.B. 6,6,50 | Zantac 150mg p.o. BID X 5 days |
| ALLERGIES: Addalat, Tetra, clinidine | Benadryl 25mg p.o. qhs X 5 days |
| | Protocol / Robbins / |
| Use Second     Date 4/21/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Marshall, Carl 110574 | DIAGNOSIS |
|---|---|
| 4/21/06 | — Metaformin 100mg 1 p.o. BID X 5 days |
| D.O.B. 8,6,50 | — Nifedical XL 60mg p.o. qd X 5 days |
| ALLERGIES: Adalat, tetracycline, clonidine | — Atenolol 50mg p.o. qd X 5 days |
| | — Quinapril 40mg p.o. qd X 5 days |
| Use First     Date 4/12/06 | Protocol / Robbins / |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Marshall, Carl
REHI 110574
12/11/06 0905

D.O.B. 08/06/50
ALLERGIES: TCN, Clonidine

Use Last    Date 12/11/06

DIAGNOSIS (If Chg'd)
1) Chem + lipid profile + Hgb A1c in 10 wks

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Marshall Clark
110574

D.O.B. 08/06/50
ALLERGIES: TCN, Clonidine

Use Fourth    Date 12/11/06

DIAGNOSIS (If Chg'd)
Renew 1) Glucofrol 5 mg 2.0 SDN 80 dys
2) Calan SR 180 mg PO QD N 50 dys
3) Quinapril 20 mg P.O. BID X 160 dys
4) EC ASA 325 mg P.O. QD X 180 dy
V.O. Dr. Kelly Dzon

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Marshall, Carl
110574

D.O.B. 8/6/50
ALLERGIES: TCN, Clonidine

Use Third    Date 9/8/06

DIAGNOSIS (If Chg'd)
① Pt. may have diabetic shoes
   if approved by ADOC
② CCC - DM, HTN 1 month
③ BS ✓s BID X 30d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Marshall, CARL
110574

D.O.B. 8/6/150
ALLERGIES: TCN, Clonidine

Use Second    Date 5/5/06

DIAGNOSIS (If Chg'd)
Bicillin LA 2.4 mu IM q wk X 3 wks
D/c E-mycin
Medical Hold until cleared

V.O. B Adams CRNP / Graves, LPN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Marshall, Carl
110574

D.O.B.  /  /
ALLERGIES: TCN, Clonidine

Use First    Date 5/4/06 5/5/06

DIAGNOSIS
① E-mycin 1 gm p.o. BID X 30d
② Medical hold @ kilby until
   cleared.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Marshall, Carl | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 08 61 48   110574 | R) Pneumonia vaccine |
| ALLERGIES: Tetracyclin Clonidin MTT | |
| Use Fourth   Date 7 10 07   7-10 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED   Hx CRNP |

| NAME: Marshall, Carl | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 8 16 48   110574 | 6) Urine microalbumin (USDp) |
| ALLERGIES: Tetracyclin Clonidin | 7) 2000 cal ADA diet x 90 dy |
|  | 8) No added salt diet x 90 d |
| Use Third   Date 7 10 07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED   CRNP |

| NAME: Marshall, Carl   110574 | DIAGNOSIS (If Chg'd)   BID x 3 wks. |
|---|---|
| D.O.B. 8 61 48 | 1) lisinopril to 40 mg PO BID x 90 dy |
| ALLERGIES: Tetracyclin, clonidin | 2) ECASA 325 mg PO QD X 90 d |
|  | 3) Coluc 100 PO BID PRN x 90d |
| Use Second   Date 7 10 07 | 4) DP #, HgbA1C |
|  | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED   CRNP |

| NAME: Marshall, Carl   574   3/7/07 0939 | DIAGNOSIS |
|---|---|
| D.O.B. 08 06 150 | 1) ↑ Glucatrol 10 mg po qd x 180 d |
| ALLERGIES: Tetracycline Clonidine   3/7/07 | 2) ↑ Calan SR 240 mg po qd x 180 d |
|  | 3) HgbA1c w 10 wks |
| Use First   Date 3 07 07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| Facility Name: | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Pneumore vaccine

Start Date: 7-10-7    Prescriber: my hood CKup
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

↑ Lisinopril
to 40 mg
ī. PO BID
      X 90

Start Date: 7-10-7    Prescriber: my hood CRNP
Stop Date: 9-10-7    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FeASa 325 mg
ī. PO gd
      X 90

Start Date: 7-10-7    Prescriber: my hood CRNP
Stop Date: 9-10-7    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Colace 100 mg
ī. PO BID
   PRN X 90

Start Date: 7-10-7    Prescriber: my hood CRNP
Stop Date: 9-10-7    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| 110574 | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: _2/26/07_

To: _Staff ADOC_

From: _PHS_

Inmate Name: _Marshall, Carl_    ID#: _110574_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _tray_____ until _see per MMD @ COS @ kilby_

5. Other _____

**Comments:** _____

_____

_Extra food tray if hypoglycemic BS < 50._

Date: _2/26/07_    MD Signature _Stone Robbins /Slanell R_    Time: _7:30 pm_

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  <br> ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  <br> ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  <br> ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  <br> ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: MARshall, Carl <br> 110574 | DIAGNOSIS <br> ① ↑ Glucotrol 10 mg BID <br> ② BS BID. & sliding <br> No CBG Monitor / [sig] <br> ③ Hold Work |
|---|---|
| D.O.B. 8 16 148 <br> ALLERGIES: Cyclines / clonidine | |
| Use First    Date 5/27/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)



ID: #STAT#0604280092115

04/28/2006 9:21:14

D.O.B.: 9/6/50
Meds:
Class:
Dr:
Tech:

| | |
|---|---|
| Vent. Rate: | 71 bpm |
| RR Interval: | 835 ms |
| PR Interval: | 156 ms |
| QRS Duration: | 90 ms |
| QT Interval: | 384 ms |
| QTc Interval: | 403 ms |
| QT Dispersion: | 30 ms |
| P-R-T AXIS: | 53° 13°-159° |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
   Abnormally high SV1 + RV5
LVH WITH SECONDARY REPOLARIZATION ABNORMALITY
   Extensive ST-T changes
THESE CHANGES ARE PROBABLY DUE TO VENTRICULAR HYPERTROPHY

Summary: ABNORMAL ECG

* Unconfirmed Analysis *

L: 10 mm/mV
C: 10 mm/mV

QTc=Hodges

Atr a 3000 int ref#2005D024E0084

Serial #:A3000 007743

25 mm/s
~STABLE 150 Hz



ID:    #STAT#060428092134

D.O.B.: 8/16/50
Meds:
Class:
Dr:
Tech:

04/28/2006  9:21:34

| Vent. Rate: | 72 bpm |
| RR Interval: | 833 ms |
| PR Interval: | 156 ms |
| QRS Duration: | 90 ms |
| QT Interval: | 400 ms |
| QTc Interval: | 421 ms |
| QT Dispersion: | 46 ms |
| P-R-T AXIS: 53° | 13°-169° |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
  Abnormally high SV1 + RV5
LVH WITH SECONDARY REPOLARIZATION ABNORMALITY
  Extensive ST-T changes
THESE CHANGES ARE PROBABLY DUE TO VENTRICULAR HYPERTROPHY

Summary: ABNORMAL ECG        * Unconfirmed Analysis

QTc=Hodges

L: 10 mm/mV
C: 10 mm/mV

25 mm/s
STABLE 150 Hz

SD-22

# DEPARTMENT OF CORRECTION

## TREATMENT REQUEST AND RECORD

| Date of Request 4-25-6 | Requested By PHYSICALS | Patient Status ☐ IP ☐ OP | Rx. Ordered |
|---|---|---|---|
| Clinical Diagnosis EKG | | | Date of Onset |
| | | | Date of Surgery |

### AREA OF TREATMENT (CIRCLE)



**PROGRESS NOTES:**

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name Marshall | First Carl | Middle | Age 55 | R/S B | ID No. 110574 |
|---|---|---|---|---|---|

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _____ KCF (PE)

DOB _____ 8-6-50

Race: B     Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Lassiter | 4-26-6 | | | | |

HISTORY/DIAGNOSIS:

Protocol/Dm/HTN

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| ✓ CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | | |

### REPORT

Carl Marshall

Marshall

Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D: & T: 04-27-06 Thomas J. Payne, III, M.D./jhl Board Certified Radiologist (Signature on file)

_____
X-RAY TECHNOLOGIST'S NAME (PRINT)

_____
X-RAY TECHNOLOGIST'S SIGNATURE

_____
DATE, TIME EXAM PERFORMED

_____
RADIOLOGIST'S NAME (PRINT)

_____
RADIOLOGIST'S SIGNATURE

_____
DATE SIGNED

0030 (REV. 12/93)   WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
|  |  |  |  |  |  |

PHS-MD-70022

# DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

### DENTAL RECORD



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination  4-25-06

Initial Classification

Oral Pathology ...........................................
- Gingivitis
- Vincent's Infection
- Stomatitis
- Other Findings      8 9 —  Loose

Occlusion

Roentgenograms ...................................
- Periapical
- Bitewing
- Other

## Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☑ | ☐ | High Blood Pressure |
| ☑ | ☐ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☑ | ☐ | Other Disease |

## SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 4-25-06 | Fm | | OH I | 8?f | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Marshall, Carl | 110574 | 8·6·50 | M | KCF |

PHS-MD-70015



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## FINGER STICK BLOOD RECORD FORM

INSTITUTION/FACILITY: _ELBA_

NAME: _Marshall, Carl_     I.D. # _110574_     D.O.B.: _8/6/48_

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _____

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-------------------------------------|----------|---|------------------------|
| 6/25 | 10:28 A | | 347 | | | | |
| 6/25 | 4:59 | | 419 | | | | |
| 6/25 | 8:27 | | 292 | | | | |
| 6/26 | 4:40 A | | 422 | | | | |
| 6/26 | 11:58 | | 319 | | | | |
| 6/26 | 9:02 | | 481 | | | | |
| 6/27 | 4:32 A | | 42 | | | | |
| 6/27 | 7:07 A | | 262 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

## ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _Marshall, Carl_ AIS# _110574_

Medication Allergies: _____ _Tetracycline, Clonidine_

Medical: Chronic (Long-Term) Problems
         Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
                    Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 4/25/06 | HTN | | | St |
| 4/25/06 | DM | | | H |
| 4/24/06 | PPD qmm | | | Da |
| 11/2/06 | | | 11/2/06 | CM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL  36057

DATE OF REPORT: 4/25/2006
TIME OF REPORT: 11:01 AM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| NPY8/110574 | CARL MARSHALL | Kilby |

| DATE COLLECTED | TIME COLLECTED |
|---|---|
| 4/25/06 | 8:30 AM |

| DATE RECEIVED | TIME RECEIVED |
|---|---|
| 4/25/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | | R | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NEG | | NEGATIVE (NEG) |
| GLUCOSE | | POS 3+ | NEGATIVE (NEG) |
| KETONES | NEG | | NEGATIVE (NEG) |
| BILIRUBIN | NEG | | NEGATIVE (NEG) |
| BLOOD | NEG | | < 5 RBC/MCL (NEG) |
| NITRITE | NEG | | NEGATIVE (NEG) |
| UROBILINOGEN | NEG | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NEG | | NEGATIVE (NEG) |

* NT = Not Tested

CLIA ID NO.  01D0706289



WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



**LabCorp**  LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 116-205-5622-0 | S | MB | COMPLETE | Page #:  1 |

ADDITIONAL INFORMATION

CLINICAL INFORMATION
CD-41139330308

PE8
  4/25

FASTING: N
DOB: 8/06/1950

| | | PHYSICIAN ID. | PATIENT ID. |
|---|---|---|---|
| | | ROBBINS M | 110574 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MARSHALL,CARL | M | 55 / 8 |

PT. ADD.:

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs             AL  36507-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/26/2006 | 10:32 | 4/26/2006 | 4/27/2006 | 11:23  9836 | ACCOUNT NUMBER:  01306900 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | |
| Chemistries | | | | MB |
| > Glucose, Serum | 128 H | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 6.0 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 18 | | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 18 | | 8 - 27 | |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.9 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 24 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 10.2 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.2 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.8 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.5 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 58 | IU/L | 25 - 150 | MB |
| LDH | 175 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 18 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 27 | IU/L | 0 - 55 | MB |
| GGT | 48 | IU/L | 0 - 65 | MB |
| Iron, Serum | 68 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 154 | mg/dL | 100 - 199 | MB |
| > Triglycerides | 251 H | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 33 L | mg/dL | 40 - 59 | MB |
| > VLDL Cholesterol Cal | 50 H | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 71 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 4.7 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.9 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

Pat Name: MARSHALL,CARL          Pat ID: 110574          Spec #: 116-205-5622-0          Seq #: 9836




Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page





**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000                    Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 116-205-5622-0 | S | MB | COMPLETE | Page #: | 2 |

ADDITIONAL INFORMATION

CLINICAL INFORMATION
CD- 41139330308

PE8
4/25

FASTING: N
DOB  8/06/1950

PHYSICIAN ID.          PATIENT ID.
ROBBINS M                110574

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MARSHALL,CARL | M | 55 / 8 |

PT. ADD.:

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/26/2006 | 10:32 | 4/26/2006 | 4/27/2006 | 11:23  9836 | Mt. Meigs                              AL  36507-0000 |

ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | The CHD Risk is based on the T. Chol/HDL ratio.  Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD. | | | |
| Microalb/Creat Ratio, Randm Ur | | | | |
| Creatinine, Urine | 169.6 | mg/dL | Not Estab. | MB |
| > Microalbum.,U,Random | 499.8H | ug/mL | 0.0 - 17.0 | MB |
| > Microalb/Creat Ratio | 294.7H | ug/mg creat | 0.0 - 30.0 | |
| Hemoglobin A1c | | | | |
| > A1c | 7.8H | % | 4.5 - 5.7 | MB |
| | Current guidelines recommend a treatment goal of <7% for diabetic patients.  A1c may be overestimated in diabetic patients exhibiting poor control and who are also heterozygous or homozygous for HgbS or HgbC.  Total glycohemoglobin is a better indicator of diabetic control in patients with these hemoglobin variants. | | | |
| Prostate-Specific Ag, Serum | | | | |
| Prostate-Specific Ag, Serum | 0.2 | ng/mL | 0.0 - 4.0 | MB |
| Beckman (formerly Hybritech) ICMA methodology | | | | |
| TSH | 1.067 | uIU/mL | 0.350 - 5.500 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000



# Bureau of Clinical Laboratories-Montgomery

PO BOX 244018, MONTGOMERY AL 36124-4018
Phone:(334) 260-3400  FAX:(334) 274-9800

Page:   1

| Provider: | Accession | **4022235** | ID: | **1028940** | Patient:<br>**Marshall,Carl,** |
|---|---|---|---|---|---|
| KILBY CORRECTIONAL FACILITY | Requisition #: | 4022235 | | | D.O.B.:  **8/ 6/1950** |
| P O BOX 150 | Service Area: | | Collected: | 4/25/2006 @ | Sex:  **M  MALE** |
| MT MEIGS, AL, 36057-0000 | CHR #: | | Received: | 4/26/2006 @  8:27 AM | Phone:  **(000) 000-0000** |
| (334) 215-6600, | | | Reported: | 5/ 1/2006 @  3:31 PM | |
| MONTGOMERY CO HD | | | | | Status:  **Final Report** |

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|

### Serology Results

| | | | |
|---|---|---|---|
| ~ | VDRL, STS Quantitative | **Reactive 32 dils.** | A |
| ~ | TP-PA Result | **Reactive** | A |

**Report Summary**

### Abnormal Summary

| | | | |
|---|---|---|---|
| ~ | VDRL, STS Quantitative | **Reactive 32 dils.** | A |
| ~ | TP-PA Result | **Reactive** | A |

*No treatment history/ B  TX finished 5/22/06 ~*

*Needs TX.*
Ⓟ

Lab Director
**William J. Callan,Ph.D.**

# Bureau of Clinical Laboratories-Montgomery

PO BOX 244018, MONTGOMERY AL 36124-4018
Phone:(334) 260-3400  FAX:(334) 274-9800

Page:   1

| Provider: | Accession | **4027103** | ID: | **1039432** | Patient: **Marshall,Carl,** |
|---|---|---|---|---|---|
| KILBY CORRECTIONAL FACILITY | Requisition #: | 4027103 | | | D.O.B.:  **8/ 6/1950** |
| P O BOX 150 | Service Area: | | Collected: | 6/ 2/2006 @ | Sex:  **M   MALE** |
| MT MEIGS, AL, 36057-0000 | CHR #: | | Received: | 6/ 9/2006 @ 10:55 AM | Phone:  **(000) 000-0000** |
| (334) 215-6600, | | | Reported: | 6/13/2006 @  3:17 PM | |
| MONTGOMERY CO HD | | | | | Status:  **Final Report** |

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|
| **Serology Results** | | | | |
| VDRL, STS Quantitative | Reactive 32 dils. | A | | |
| TP-PA Result | Reactive | A | | |

**Report Summary**

| Abnormal Summary | | |
|---|---|---|
| VDRL, STS Quantitative | Reactive 32 dils. | A |
| TP-PA Result | Reactive | A |

Lab Director
William J. Callan,Ph.D.

| Date Printed: | 6/13/2006 | 3:17 PM | >> | PH- Panic High | > | AH - Abnormal High | ~ | A - Abnormal | *** Final Page *** |
|---|---|---|---|---|---|---|---|---|---|
| Completed Between: 6/12/2006 | - | 6/13/2006 | << | PL- Panic Low | < | AL - Abnormal Low | δ | Delta Check Failed | All Results Included |

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| 123/110574 | CARL MARSHALL | REHF |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 6/2/06 | 8:30 AM | | 6/7/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NT | | NEGATIVE (NEG) |
| RPR | | R | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NT | | NEGATIVE (NEG) |
| GLUCOSE | NT | | NEGATIVE (NEG) |
| KETONES | NT | | NEGATIVE (NEG) |
| BILIRUBIN | NT | | NEGATIVE (NEG) |
| BLOOD | NT | | < 5 RBC/MCL (NEG) |
| NITRITE | NT | | NEGATIVE (NEG) |
| UROBILINOGEN | NT | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NT | | NEGATIVE (NEG) |

* NT = Not Tested

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

CLIA ID NO.  01D0706289

**BioReference**
LABORATORIES

| D O C T O R | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL  36507 | BOOK/CASE: |
|---|---|---|
| | (A0110-0)  Bio-Net Print | -FINAL-  Original Report 02/22/2007 |

| NAME MARSHALL, CARL | PATIENT I.D. / ROOM NO. 110574.2959 | | DOCTOR / GROUP NAME ROBBINS, MICHAEL | | |
|---|---|---|---|---|---|
| LAB I.D. NO. 103762211 | DATE COLLECTED 02/20/2007 08:49 AM | DATE RECEIVED 02/21/2007 10:06 | DATE OF REPORT 3/7/2007 08:50 | AGE 56 Y | SEX M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
        \*\*\*\* Male/Female reference range:  >60 mL/min/1.73 m2 \*\*\*\*\*
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

----------------------------\* MISCELLANEOUS \*----------------------------

HGB. A1c(glycohgb)                    9.4 HI        < 6.0%
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
HEMOGLOBIN A1c RANGES(%)          GLUCOSE CONTROL INDEX
        < 6.0%                     Non-Diabetic Level
        < 7.0%                      Diabetic Control
        > 8.0%                 Additional action suggested

                    Final Report                      Page: 2



James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS



**BioReference**
LABORATORIES

| D O C T O R | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL 36507 | BOOK/CASE: |
|---|---|---|
| | (A0110-0)  Bio-Net Print | -FINAL-  Original Report 02/22/2007 |

| NAME<br>MARSHALL, CARL | PATIENT I.D. / ROOM NO.<br>110574.2959 | DOCTOR / GROUP NAME<br>ROBBINS, MICHAEL |
|---|---|---|

| LAB I.D. NO.<br>103762211 | DATE COLLECTED<br>02/20/2007 08:49 AM | DATE RECEIVED<br>02/21/2007 10:06 | DATE OF REPORT<br>3/7/2007 08:50 | AGE<br>56 Y | SEX<br>M |
|---|---|---|---|---|---|

Test Description          Result              Abnormal      Reference Range

Tests Ordered : HEMOGLOBIN A1C, DIAGNOSTIC PROFILE I, ,
-----------------------------* CHEMISTRY *-----------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.6 | | 5.9-8.4 | gm/dl |
| Albumin | 4.1 | | 3.2-5.2 | gm/dl |
| Globulin | 3.5 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.2 | | 1.1-2.9 | |
| Glucose | | 162 HI | 70-109 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 4.3 | | 3.3-5.3 | mmol/L |
| Chloride | 102 | | 96-108 | mmol/L |
| CO2 | 26 | | 21-29 | mmol/L |
| BUN | 17 | | 7-25 | mg/dl |
| * Creatinine | 1.1 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 15.5 | | 10-28 | |
| Calcium | 9.9 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.2 | | 2.4-7.0 | mg/dl |
| Iron | 75 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.2 | | 0.1-1.0 | mg/dl |
| LDH | 162 | | 94-250 | u/l |
| Alk Phos | 91 | | 39-120 | u/l |
| AST (SGOT) | 16 | | < 37 | u/l |
| Phosphorous | 3.3 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 17 | | < 40 | u/L |
| G-GTP | 47 | | 7-51 | u/L |
| Cholesterol | 186 | | < 200 | mg/dl |
| Triglycerides | | 213 HI | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 36 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 19 | | % |
| Chol/HDL Ratio | | 5.17 | | |
| LDL/HDL Ratio | 3 | | 0-3.55 | |
| LDL Cholesterol | | 108 HI | < 100 | mg/dL |

******************************************************************
* GFR, Estimated = 73.44 mL/min/1.73m2

Continued on Next Page                              Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

Facility Name: _FCF_

**Metformin 1000mg**
**+ p.o. BID x 5 days**

Hour: 1 2 3 4 5 6 7 8 9 10 ... 9
0800
1500
Start Date: 4/22/06    Prescriber: Robbins
Stop Date: 4/27/06    RN #:

**Atenolol 50mg**
**p.o. qd x 5days**

Hour: 1 2 3 4 5 6 7 8 9 10 ... 9
0800
Start Date: 4/22/06    Prescriber: Robbins
Stop Date: 4/26/06    RN #:

**Qinapril 40mg**
**+ p.o. qd x 5days**

Hour: 1 2 3 4 5 6 7 8 9 10 ... 77
0800
Start Date: 4/22/06    Prescriber: Robbins
Stop Date: 4/26/06    RN #:

**Nifedical XL 60mg**
**c p.o. qd x 5days**

Hour: 1 2 3 4 5 6 7 8 9 10 ... 77
0800
Start Date: 4/22/06    Prescriber: Robbins
Stop Date: 4/26/06    RN #:

**Has Meds**
**Benadryl 25mg**
**p.o. qhs x 5days**

Hour: 1 2 3 4 5 6 7 8 9 10 ...
2000
Start Date:          Prescriber: Robbins
Stop Date:

**Zantac 150mg**
**p.o. BID x 5days**

Hour: 1 2 3 4 5 6 7 8 9 10 ...
0800
1500
Start Date: 4/22/06    Prescriber: Robbins
Stop Date: 4/26/06    RN #:

Diagnosis

Nurse's Signature / Initial / N Huger...  MD

Allergies    Clonidine
Adalat, Tetracycline,

Housing Unit:
Patient ID Number:
Patient Name:

_Marshall, Carl  110574_          9/6/50

| Facility Name: KCF | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting 4/6

Calan SR 180mg
1 pc. go X 180dg.
Hour 0800 → N/H/H

Start Date: 4/25-6   Prescriber: Lassiter CRNP
Stop Date: 10/26-6   RX #

Glucotrol 10mg 1
po. go X 180d.
Hour 0800 → N/H/H

Start Date: 4/25/6   Prescriber: Lassiter
Stop Date: 10/26/6   RX #

Lisinopril 20mg 1
po. go X 180d.
Hour 0800 → N/H/H

Start Date: 4/25/6   Prescriber: Lassiter
Stop Date: 10/26/6   RX #

ECA 325g 1 po.
go X 180d.
Hour 0800 → N/H/H

Start Date: 4/25/6   Prescriber: Lassiter
Stop Date: 10/26/6   RX #

Start Date:   Prescriber:
Stop Date:   RX #

Start Date:   Prescriber:
Stop Date:   RX #

Diagnosis

Allergies: Tetracycling Christine

Housing Unit:
Patient ID Number: 110574
Patient Name:
Marshall, Carl

Nurse's Signature / Initial:
B. Washington
N. Hughley

| Facility Name: | | Month/Year of Charting: |
|---|---|---|

Facility Name: **LiBy**

**SurFak 240mg po QD x 30d**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5/4/06   Prescriber:
Stop Date: 6/4/06   RX #:

**E-mycin 1gm po BID x 30d**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

D/Cd 5/5/06

Start Date: 5/5/06   Prescriber:
Stop Date: 6/5/06   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|

Allergies: **Tetracycline, Clonidine**

Housing Unit:
Patient ID Number: **110574**
Patient Name: **Marshall, Carl**

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
   Medication Held
9. No Show
0. Other

Facility Name: KCF

MonthYear of Charting: 8/6

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Calon SR 180 mg      0300

Start Date: 4/25/6    Prescriber: Lassiter
Stop Date: 10/26/6    RX #:

Glucotrol 10mg ÷      0300
Po go x 180 d.                    Ad 5/4/06

Start Date: 4/25/6    Prescriber: Lassiter
Stop Date: 10/26/6    RX #:

Lisinopril 20mg ÷      0300
P.O. go X 180d.                    Ad 5/4/06

Start Date: 4/25/6    Prescriber: Lassiter
Stop Date: 10/26/6    RX #:

ECASa 325 mg ÷ po     0300
go x 180d.

Start Date: 4/25/6    Prescriber: Lassiter
Stop Date: 10/26/6    RX #:

Lisinopril 20mg        0900
PO BID X 180d

                       1500
Start Date: 5/4/06    Prescriber:
Stop Date: 11/4/06    RX #:

Glucotrol 5mg po      0300
QD X 180d

Start Date: 5/4/06    Prescriber:
Stop Date: 11/4/06    RX #:

Diagnosis

| Nurse's Signature | Initials | Nurse's Signature | Initials | Documentation ... Codes Continued Order |
|---|---|---|---|---|
| D. Littleton      fw | | Dr. J. Smith      ws | Ad | R: Refused |

Allergies Tetracycline, Clonidine

Housing Unit:
Patient ID Number: 710524
Patient Name:
Marshall, Carl

5/06

| Facility Name: Kilby | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Bicillin LA 2.4 mu    0700

IM q WK x 3WKS

Start Date: 5/8/06     Prescriber: B Adams CRNP

Stop Date: 5/23/06     RX #:

Diagnosis

Allergies: TCN, clonidine

Housing Unit:

Patient ID Number: 110574

Patient Name: Marshall, Carl

Facility Name: Kilby

Month/Year of Charting: 5/06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Calan SR 180 mg**
Hour 0300

Start Date: 4/25/06    Prescriber: Lassiter
Stop Date: 10/26/06    RX #:

**Glucotrol 5 mgm ÷ po qd x 180ᵈ**
Hour 0800

Start Date: 5/4/06    Prescriber: Lassiter
Stop Date: 11/4/06    RX #:

**Lisinopril 20 mg ÷ po Bid x 180ᵈ**
Hour 0300
Hour 1500

Start Date: 5/4/06    Prescriber: Lassiter
Stop Date: 11/4/06    RX #:

**ECIA 325 mg ÷ po qd x 180ᵈ**
Hour 0300

Start Date: 4/25/6    Prescriber: Lassiter
Stop Date: 10/26/00    RX #:

**Sur Fak 240 mg po qd x 30ᵈ**
Hour 0300

Start Date: 5/4/06    Prescriber:
Stop Date: 4/4/06    RX #:

Hour

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies: Tetracycline, Clonidine

Housing Unit:
Patient ID Number:
Patient Name: Marshall, Carl

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| N. Hughey | | A. Smith | |
| | | D. Dexter | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. NPO
11. Class

| Facility Name: Kilby Correctional Facility | | | | | | | | | | | | | Month/Year of Charting: 06/06 | | | | | | | | | | | | | | | | | |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Calan SR 180MG Tab CR    30.00    *0300*

Take 1 tablet(s) by mouth daily

Start Date: 04-27-2006    Prescriber: Lassiter, L.
Stop Date: 10-23-2006    RX #: 251448650

Glucotrol 10MG Tab    30.00

Take 1 tablet(s) by mouth daily

*order D/d*

Start Date: 04-27-2006    Prescriber: Lassiter, L.
Stop Date: 10-23-2006    RX #: 251448653

Lisinopril 20MG Tab    30.00    *0300*

Take 1 tablet(s) by mouth daily

Start Date: 04-27-2006    Prescriber: Lassiter, L.
Stop Date: 10-23-2006    RX #: 251448658

Aspirin EC 325MG EC Tab    30.00    *0300*

Take 1 tablet(s) by mouth daily

Start Date: 04-27-2006    Prescriber: Lassiter, L.
Stop Date: 10-23-2006    RX #: 251448660

*Glucotrol 5mg*
*ī po qd x180d*    *0300*

Start Date: 5-4-06    Prescriber: *LR*
Stop Date: 11-4-06    RX #:

*Surfak 240mg*
*po qd x30d*    *0300*

Start Date: 5-4-06    Prescriber:
Stop Date: 6-4-06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| | | | | | 6. Self Administered |
| Housing Unit: Population | | | | | 7. Medication out of Stock |
| Patient ID Number: 110574 | | | | | 8. Medication Held |
| Patient Name: | | | | | 9. No Show |
| **Marshall, Carl** | Date of Birth: | | | | 10. Other |

K 3Y CORRECTIONAL FACILITY

C A N T E E N   S A L E S   R E C E I P T

IARSHALL, CARL V.        110574    B/M    5/03/2006    9:12AM    TRANS NR  87475

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|-----|-----------|---------------|
| 1 | 808 | 6 | .39 STAMPS | EA | $.39 | $2.34 |
| 2 | 700 | 20 | BOOK MATCHES | EA | $.02 | $.40 |
| 3 | 602 | 3 | DORAL MENTHOL 100 | EA | $4.26 | $12.78 |
| 4 | 607 | 1 | KOOL FILTER KING | EA | $4.65 | $4.65 |
| 5 | 611 | 1 | NEWPORT KING | EA | $4.65 | $4.65 |
| 6 | 623 | 3 | BUGLER TOBACCO | EA | $1.08 | $3.24 |
| 7 | 626 | 3 | TOP MENT CIG TOBACCO | EA | $1.09 | $3.27 |
| 8 | 430 | 1 | COAST SOAP (BATH) | EA | $.92 | $.92 |
| 9 | 806 | 1 | BIC CLEAR BARREL—BLK | EA | $.75 | $.75 |
| 10 | 211 | 1 | MARUCHAN CHICK SOUP | EA | $.47 | $.47 |
| 11 | 212 | 1 | MARUCHAN SHRIMP SOUP | EA | $.47 | $.47 |
| 12 | 119 | 240 | STARDROPS CANDY | EA | $.01 | $2.40 |
| 13 | 131 | 1 | THREE MUSKETEER | EA | $.57 | $.57 |
| 14 | 134 | 1 | HERSHEY PLAIN | EA | $.57 | $.57 |
| 15 | 137 | 1 | MILKY WAY | EA | $.57 | $.57 |

**** LAST ITEM ****                              ============

                                    TOTAL PURCHASES    $38.05


LD PMOD BALANCE    51.49    TOTAL PURCHASE  38.05    NEW PMOD BALANCE    13.44

OTAL APPLIED TO WEEKLY LIMIT    7.12        POSTED BY: PATTI P VERMILYER


I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.


_____        _____
SIGNATURE                                      DATE        BED NBR: M  086B

BIBBY CORRECTIONAL FACILITY
C A N T E E N   S A L E S   R E C E I P T

MARSHALL, CARL V.          110574    B/M    5/01/2006    3:52PM    TRANS NR  86682

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|-----|-----------|---------------|
| 1 | 960 | 3 | COKE | EA | $.52 | $1.56 |
| 2 | 902 | 3 | GOLDEN FLAKE BBQ | EA | $.31 | $.93 |
| 3 | 924 | 2 | MICROWAVE POPCORN | EA | $.50 | $1.00 |
| 4 | 904 | 1 | ICE CREAM | EA | $1.30 | $1.30 |

**** LAST ITEM ****                         ===========

TOTAL PURCHASES    $4.79

OLD PMOD BALANCE    62.11    TOTAL PURCHASE    4.79    NEW PMOD BALANCE    57.32

TOTAL APPLIED TO WEEKLY LIMIT    .00    POSTED BY: INMATE WORKERS

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_____          _____
SIGNATURE                                    DATE        BED NBR: M  086B



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DIABETIC CHECKLIST

Name *Marshall Cecil*    Number *110574*    Period *4/06* to *4/07*

Medications: *Glucotrol 5mg p.o. QD    3/7/07 4 Glucotrol to 10mg p.o. QD*
*EC ASA 325 2 p.o. QD*

Compliance:    (Yes)  No
    If No, follow-up counseling done:   Yes  No    Date _____

Enrolled in Chronic Care:    (Yes)    No
    Monofilament Foot Exams Done:    (Yes)  No
    Foot Disorders Treated:    Yes  No
    Educational Material Given:    (Yes)  No
    Appropriate Diet Ordered:    Yes  No
    Regular Glucose Testing:    Yes  No
    HgbA1C done q 3 months:    Yes  No  Every 6 months if stable
    Seen by dental at least annually:    Yes  No
    Urine tested annually for microalbumin    Yes  No
    Seen by Nurse: *12/11/06  3/7/06* _____
    Seen by MD *12/11/06, 3/07/07* _____

Annual dilated retinal exam _____    By _____
    Referral if necessary _____

Immunization:
    Pneumococcus once and repeated after age 64, if more than 5 yrs.    Yes  No
    Influenza annually *11/2/06*    Yes  No

Annual physical exam by MD/NP    Yes  No    Date _____
Individual treatment plan    Yes  No
    Updated    Yes  No
Appropriate Diet Ordered:    Yes  No
    ADOC notified:    Yes  No

60514-AL



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DIABETIC INTAKE SCREENING
### FOR INTAKES THAT PRESENT WITH DIABETES
### Referral to MD and Seen within 24 hrs of Intake

NAME _Marshall, Ceil_    Number _110574_    Date _4/25/06_

Diagnosed with diabetes?                Yes          No

    If yes, then H & P by licensed health care provider with prescriptive authority.

    If yes, date H & P completed _____ by _____

Random plasma glucose test results _____179_____    Date _4/24/06_

    If level > 200, then second test within 48 hours

        Repeat results _____156_____    Date _4/25/06_

    If level < 200, record flagged for a fasting glucose plasma test upon arrival at first
    assigned institution.

History of fasting Blood Sugar?      (Yes)     No    Results/Date _Not avail_

### History or Frequency of:

| | | | |
|---|---|---|---|
| Ketoacidosis | (Yes) | No | x 4 since df |
| Hypoglycemia | (Yes) | No | "most mornings" |
| Hypoglycemia w/o awareness | (Yes) | No | periodically ī x g ate |
| History of known complications | Yes | (No) | |

### Screening Laboratory Evaluation (at reception)    All diabetic receive:

| Test | Date | Results in MR | Reviewed |
|---|---|---|---|
| HgbA1c upon arrival | | | |
| HDL--Cholesterol * | | | |
| Triglycerides * | | | |
| Total Cholesterol * | | | |
| Urine for microalbumin #140050—24 hr urine | | | |
| UA for protein & ketones (onsite) | | | |
| Serum Creatinine * | | | |
| TSH (when indicated) * | | | |
| EKG (onsite) | 4-25-06 | | |
| Fundoscopic Exam | | | |
| Peripheral Pulses | | | |

\* Diagnostic profile II-(048827)-Includes Chem 7, Ca++, LFT's, Lipid Panel, Fe, Phos, Total Protein, Uric acid, Globulin, Transeptidase, Thyroid
Panel, CBC w/Diff

Determination of Diabetes ----circle one----Type I      Type II

**Initial Treatment Plan by MD…...YES   NO**
**Refer to Chronic Care Clinic within 7 days of**
Diabetic diet…………………….. YES    NO      Informed ADOC ……. YES    NO
Education: Documented in medical record……………..Date _____
Reviewed by _____ Date _____

60515-AL

# Physician's Chronic Care Clinic

**Date:** 4/28/06    **Time:** 1230    **Facility:** Kilby Correctional Facility

**Check all applicable CIC's being evaluated:** ✓ Card/HTN __DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** Dx c DM @ Dx'd    nomeds x 4 days (Aic Am)
Dx c HTN @ 1969. taking meds @ that time. @ (?)CVA x 3, @ MI x 2 (1997)
W&D on

**OBJECTIVE:** BP 180/100  HR 68  RR 20  Temp 98°6  Wt 240  Peak Flow____    7 SBG - 156
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

nom↓, COA
Dx c DM/HTN  Dialysis

c/o HA, Denies SOB, Visual disturbances, CP or other Sx

S₁, S₂ reg s̄ (?), Ø Bruits; ↑ BBS clear Reep c̄ ease. Ø pretibial edema

⊕ cigs

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G F P | G (F) P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | I S W | I S W | I S W | I S W | I S W | I S W |

**PLAN:** Will place on Glucotrol, Calan + Lisinopril, ASA; 4 up p̄ BS/BP
Discussed cigs ↓; WNs;  Redo EKG, Labs, Eyes CXR,

**F/U:** Routine 90 days:____ Other 4w x 5

Problem List Updated: (Yes) No

_____
Physician/NP/PA

Marshall, Carl
_____
NAME

__MALE__        __B/W__        __110574__
GENDER          RACE           AIS#

                              __8/6/50__
                              DOB

(Revised 2/28/05)

# IMMUNIZATION RECORD

Name _Marshall, Carl_ AIS _40574_ D.O.B. _8-6-50_

## Hep A Vaccine

Date _____ By _____

Date _____ By _____

## Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

## Influenza

Date _11/2/06_ By _see prob list_    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

## Pneumococcal

Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

## TB PPD

Date _4/24/06_ Result _0mm_    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____

Tetanus Date _____ By _____
Tetanus Date _____ By _____

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _____    Date _04/23/06_

AIS# _110574_____

Medical Staff _J. Thomas CNA_ Date _4-25-06_

4/13/04

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**RECEPTION MENTAL HEALTH SCREENING EVALUATION**

Institution: _Kilby_     Date/Time Inmate Received: _4/21/06_

Date/Time of Screening: _4/21/06_     Signature/Title of Screener: _Will Readys_

**MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC:**

Yes (No) Psychotropic medication:_____

Yes (No) Medication turned over to ADOC upon arrival?

Yes (No) Mental health follow-up in last 90 days:_____

Yes (No) Suicide/self-harm attempts in last 90 days:_____

**MENTAL HEALTH HISTORY**   Does inmate report a history of the following (if yes, provide details):

Yes (No) Outpatient treatment:_____

Yes (No) Inpatient treatment:_____

Yes (No) Psychotropic medication:_____

Yes (No) Suicidal attempts:_____

Yes (No) Suicidal thoughts:_____

Yes (No) Head injury:_____

Yes (No) Seizures:_____

Yes (No) Violent behavior:_____

(Yes) (No) Substance abuse:_____

Yes (No) Substance abuse treatment:_____

Yes (No) Special education classes:_____

**INMATE SELF-REPORT OF CURRENT STATUS:**

Yes (No) First incarceration (reaction): _3Rd "Okay"_

(Yes) No Reports family support: _Brother, Mother_

Yes (No) Reports significant depression/remorse:_____

Yes (No) Thinking about suicide:_____

Yes (No) Has plan for suicide:_____

Yes (No) Possible to implement suicide plan:_____

Yes (No) Reports hallucinations:_____

**BEHAVIORAL OBSERVATIONS:**

| | | | |
|---|---|---|---|
| Poor eye contact | Poor hygiene | Unable to pay attention | Unresponsive |
| Disoriented | Anxious | Unable to follow directions | Unable to read |
| Crying | Memory deficits | Signs of self-mutilation | Afraid |
| Illogical speech content | Appears to be hearing voices or seeing things | | Paranoid |
| Hostile | Other unusual behavior:_____ | | |

**DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening):**

| | |
|---|---|
| Routine housing | Emergency mental health referral |
| Mental health follow-up but not emergency | Crisis cell placement recommended |
| Current psychotropic meds verified | Interim supply ordered |

Inmate Name: _Marshall, Carl_     AIS #: _110574_

Disposition: Inmate Medical Record

Reference: ADOC AR: 610, 612, 635
ADOC Form MH-011 – November 14, 2005

# ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of the information for my future reference.*

| | | |
|---|---|---|
| Inmate Signature | 110574C | 4/21/06 |
| Marshal, Carl | AIS # | Date Signed |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _7-10-7_

**To:** _DOC_

**From:** _HCU_

**Inmate Name:** _Marshall, Carl_     **ID#:** _110574_

The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_BS ✓ twice ~~wk~~ daily_

_BP✓ twice wk_

_____

_____

**Date:** _7-10-7_   **MD Signature:** _____ CRNP   **Time** /_____

60418

# INMATE REQUEST SLIP

Name _Cecil Marshall_  AIS # _110524_  Quarters _R&R_  Date _8/31/16_

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem
( ) Special Visit         ( ) Time Sheet            ( ) Other _Medical_

Briefly Outline Your Request - Then Drop In Mail Box

REQUEST THAT I SEE THE HEAD
STAFF NURSE, IN AN EFFORT TO
REVIEW MY GH NEEDED SHOES IN
PERSONAL PROPERTY, DUE TO FEET
SWELLING AS A RESULT OF DIABETES
NURSE MUST APPROVE THEM,
AS PER CAP: WOMBLE.
THANKING YOU IN ADVANCE.
                                    [signature]

Do Not Write Below This Line - For Reply Only

Approved _____    Denied _____    Pay Phone _____    Collect Call _____

Request Directed To: (Check One)

( ) Warden                ( ) Deputy Warden        ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary  ( ) Record Office
                               Public



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Carl Marshall_          Date of Request: _9/6/06_

ID # _____          Date of Birth: _____          Location: _____

Nature of problem or request: _NEED Diabetic Shoes, due_
_Swelling of feet & Callous on R +L foot_
_+ blister to R heel. Will not wear special Shoe_
_to work. Will continue boot will take off_

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

(S)ubjective: _My feet Swell & hurt everyday. I got_
_blisters on them._

(O)bjective _Noted Callouses to R & L foot +_
_blister to R heel. Has magnetic socks._

(A)ssessment: _Calloused feet. pt is diabetic_

(P)lan: _Refer to OPC per SL_

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment          Return to Clinic PRN
                                              CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
          If Emergency was PHS supervisor notified:  Yes ( )    No ( )
                    Was MD/PA on call notified:  Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:      INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF 1000 7/95



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/11/06

**To:** REHF - ADOC

**From:** PHS/ADOC

**Inmate Name:** Marshall, Carl     **ID#:** 110574

### The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____
5. Other _____ until _____

**Comments:**

May have diabetic white tennis shoes & ____

**Date:** 9/11/06     **MD Signature:** B. Adams Hp Harell     **Time:** 1:30 PM

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _9/11/06_

**To:** _REHF - ADOC_

**From:** _PHS/ADOC_

**Inmate Name:** _Marshall, Carl_ **ID#:** _110574_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** _May have diabetic white tennis shoes & indef_

**Date:** _9/11/06_  **MD Signature:** _B. Adams MD/Harel_  **Time:** _1:30 PM_

60418

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**FINGER STICK BLOOD RECORD FORM**

INSTITUTION/FACILITY: _Kilby_

NAME: _Marshall, Carl_    I.D. # _110275_    D.O.B.: _____

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _BSV BID x 30dys_

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|---|---|---|---|---|---|---|---|
| 5/5 | 0730 | CA | 219 | | | | |
| 5/8 | 0400 | CA | 304 | | | | |
| 10May06 | 0350 | JFW | 324 | | | | |
| 11May06 | 0330 | JFW | 398 | | | | |
| 13May06 | 0406 | JFW | 178 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

60415



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

REHT

4/21/06

### BLOOD PRESSURE RECORD

INSTRUCTIONS: _BPVS "Sat, Sun, Mon, then Tue & Thurs;_
_22 23 24_

PHYSICIAN: _____

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| 4/24/06 | 180/100 | L | H |
| 4/25/06 | 190/106 | | |
| 4-27-06 | 170/106 | L | PW |
| 4/28/06 | 190/110 | | H |
| 4/29/06 | 180/10 | C | C3 |
| 5/1/06 | 209/110 | LU | C3/MH |
| 5/3/06 | 206/110 | | H |
| 5/8/06 | 224/100 | L | C3 |
| 5/18 | 210/100 | L | PW |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NAME: _Marshall, Carl_
_110574_

LOCATION: _____

60103 (3/98)



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9|8|06

**To:** DOC

**From:** OPC

**Inmate Name:** Marshall, CARl    **ID#:** 110574

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

PATiENt may have diAbetic shoes if

Approved by ADoc

BS vs twice a day for 30 days

_____

**Date:** 9|8|06    **MD Signature:** VO B. Adams CRNP/
Graves, LPN    **Time:** _____

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Second    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: MARshall, Carl <br> 110574 | DIAGNOSIS <br> ① Glucotrol 10 mg BID <br> ② BS BID. & Record <br> S/o CRNP Mayhood [signature] <br> ③ Hold working |
|---|---|
| D.O.B 8 16 148 <br> ALLERGIES: Cyclnia / Clonidine | |
| Use First    Date 5/27/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _2/26/07_

**To:** _PCHF-ADOC_

**From:** _PHS_

**Inmate Name:** _Marshall, Carl_    **ID#:** _110574_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _tray_ _____ until _seen per MD @ coc @ kilby_

5. Other _____

**Comments:** _____

_____

_Extra food tray if hypoglycemic: BS ↓ 50._

_____

**Date:** _2/26/07_    **MD Signature:** _Rosa Robbins / Slandel R_    **Time:** _7:30 pm_

60418

| Facility Name: | | Month/Year of Charting: |
|---|---|---|

**Pneumone vaccine**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 7-10-7    Prescriber: my hood CKup
Stop Date:    RX #:

**↑ Lisinopril**
**to 40 mg**
**∴ PO BID**
**      X90**

Start Date: 7-10-7    Prescriber: my hord CRNP
Stop Date: 9-10-7    RX #:

**FeASa 325mg**
**∴ PO qd**
**      X90**

Start Date: 7-10-7    Prescriber: my hord CRNP
Stop Date: 9-10-7    RX #:

**Colace 100mg**
**∴ PO BID**
**   PRN X90**

Start Date: 7-10-7    Prescriber: my hord CRN
Stop Date: 9-10-7    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| 110579 | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stoc |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |



**PHS**
**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Marshall, Carl | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 8 6 48    110574 | ℞) Pneumonia vaccine |
| ALLERGIES: Tetracyclin Clonidine w/? | |
| Use Fourth  Date 7 10 07    7-10 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    ZYCRNP |

| NAME: Marshall, Carl | DIAGNOSIS (If Chg'd) PT (Ad HTN) |
|---|---|
| D.O.B. 8 16 48    110574 | 6) Urine microalbumin (ud/p) |
| | 7) 2000 cal ADA diet x 90d |
| | 8) No add'l salt diet x 90d |
| ALLERGIES: Tetracyclin Clonidine | 9) And dietal therapic exam w/r |
| Use Third  Date 7 10 07 | 10) Ref dent for exam (PT has Dent) |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    ZYCRNP |

| NAME: Marshall, Carl | DIAGNOSIS (If Chg'd) BID x 2wks. |
|---|---|
| | 110574 |
| D.O.B. 8 6 48 | 1) ↑ Lisinopril to 40 mg PO BID x 90d |
| ALLERGIES: Tetracyclin, clonidine | 2) ECASA 325 mg PO QD x 90d # KOP |
| | 3) Colace 100 ÷ PO BID PRN x 90d |
| Use Second  Date 7 10 07 | 4) DP #, Hgb A1c |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    ZYCRNP |

| NAME: Marshall, Carl | DIAGNOSIS |
|---|---|
| 110574    3/7/07 0939 | 1) ↑ Glucotrol 10 mg po qd x 180d |
| | 2) ↑ Calan SR 240 mg po qd x 180d |
| D.O.B. 08 06 150 | 3) Hgb A1c in 10 wks |
| ALLERGIES: Tetracycline Clonidine | |
| Use First  Date 3 07 07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

# DIABETES CLINIC
## Q 3-months

Name: Marshall, (card)    DOB: 5-6-48    AIS#: 110574    R/S: BM

## PATIENT HISTORY

1) HTN
2) DM

Diagnosis: ~~Type I~~ ☑    ~~Type 2~~ ☑    Date of Diagnosis: 4-26-06

Current Meds: Glucotrol 10 mg QD, Calan SR 240 mg (QD), Wytensin 4 mg BD

Diet/Exercise: NO / dec.    Compliant: Y (N)

Frequency of BG monitoring: once daily

Possible nails (B) feet w/thickd nails    **Risk factors (check all that apply)**

__Family History__ __Smoker__ _HTN_ __Obesity__ __CAD__ __Hyperlipidemia__ __Renal Disease__ __Tobaco use__

T.924 S.AT 926 BS165

| VARIABLE | Date 7-10-7 /350 | Date | Date |
|---|---|---|---|
| BP/Weight/Pulse | 180/100  250  81 | | |
| CP/dizziness/Indigestion | Ⓝ Ⓝ Ⓝ | | |
| Exertional Dyspnea | Ⓝ | | |
| Urinary frequency | ⊕ | | |
| Fundi exam (annually) | ord 7/10/7 | | |
| Dental exam (annually) | ord 7/10/7 | | |
| Hand and Foot pain | Ⓝ Ⓝ | | |
| **General Appearance** | NAD, WD, WN | | |
| Heart | S1S2 Reg C/G/R c̄  S2 Q45 | | |
| JVD/Carotid Bruits | | | |
| Periph. Pulses/edema | +2 PP/ PT Ⓝ | | |
| Microfilament (annually) | See addll 7/10/7 | | |

Thick/ing nails w/ no drainage ⊖ Red

| LABS | Date | Date | Date |
|---|---|---|---|
| Fasting Diagnostic Profile II (base line) | 2/21/07  cred 1.1  TC 186  HDL 36  Trig 213  LDL 108 | | |
| Hgb A1c q 3-6 mos | 2/21/07  9.4% | | |
| BMP (per MD/NP) | 2/21/07 | | |
| UA Dipstick | ord 7/10/7 | | |
| Microalb (annually) | 4/2 TBC TQ09 B | | |
| EKG (base line) | 4/28/06 SR, LVH  Abn Lat T wave 06 | | |
| Disease Control | Good/Fair/Poor Improved/ Worsened | Good/Fair/Poor Improved/ Worsened | Good/Fair/Poor Improved/ Worsened |

4/28/06 CXR Neg.

## PLAN

| | | | |
|---|---|---|---|
| Flu vac (annually) | 2006 | | |
| Pneumovax | ord 7/10/7 | | |
| Patient Edu/Training | DM II, HTN | | |
| Completed Master Problem Sheet | Yes | | |
| Next F/U | 2 wk · Flu Cor 3 · 4 mo CCS | | |
| Signature | | | |

| SHORT TERM GOALS | LONG TERM GOALS |
|---|---|
| 1 Rev LDL Hb lipids, cred, HbA1C | 1 prev CAD |
| 2 Rev Urine microalbumin | 2 HbA1C ~ 5.5-6.0 |
| 3 FBG's B/D x2wks | 3 LDL goal <100 Trig <150 |
| 4) Contin Glucotrol, calan 240 | 4 BP < 130/80 |

6) ☐ monthly /30 days

06/04/2007   23:25   3345149559                    TUTWILER                                    PAGE   01



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MONOFILAMENT TESTING FOR DIABETICS

Fill in the following blanks with a "Y" or "N" to indicate findings

| | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | N | N |
| Is there a history of foot ulcer? | N | N |
| Is there an abnormal shape of the foot? | N | N |
| Is there a toe deformity? | N | N |
| Are the toenails thick or ingrown? | Y | Y |
| Is there callus buildup? | N | N |
| Is there swelling? | N | N |
| Is there elevated skin temperature? | N | N |
| Is there muscle weakness? | N | N |
| Can the inmate see the bottom of feet? | Y | Y |
| Is the inmate wearing improperly fitting shoes? | N | N |
| Does the inmate use footwear appropriate? | Y | Y |
| Pulses?                    DP/PT | +2 DP/PT | +2 DP/PT |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament

RIGHT                                                                LEFT

Skin Conditions on the Foot or Between the Toes:

Draw in: Callous ▤ , Pre-ulcer ▦ , Ulcer ■ (note length and width in cm)
Label with: **R** - Redness, **M** - Maceration, **D** - Dryness, **T** – Tinea

### Risk Category:

| | |
|---|---|
| ✓ 0 | No loss of protective sensation. |
| 1 | Loss of protective sensation |
| 2 | Loss of protective sensation with _either_ high pressure (callous/deformity), or poor circulation. |
| 3 | History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about _Dm foot care_ Education Received _by pts_

| Name | AIS NO | Date | By |
|---|---|---|---|
| Marshall, Carl | 110574 | 7/6/07 | _illegible_, CRNP |

60516-AL

# PHS
## PRISON HEALTH SERVICES
### JULIA TUTWILER PRISON EDUCATION ROSTER

INMATE NAME  *Marshall Carl*           AIS # *110574*

| TITLE OF EDUCATION GIVEN | DATE | STAFF GIVING EDUCATION | INMATE SIGNATURE |
|---|---|---|---|
| *diabetes* | *7-07* | *2hm* | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: _3/7/07_ Time: _____ Facility: _Kilby Correctional Facility_

Check all applicable CIC's being evaluated: __Card/HTN__DM__GI__ID__PUL__SZ__TB

## SUBJECTIVE:

## OBJECTIVE: BP _80/110_ HR _50_ RR _18_ Temp _99_ Wt _247_ Peak Flow_____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

1) DM
2) HTN

_No. 4a._
_Compliance questionable_
_labs 2/07 ok. Chol <200, A₁C 9.4._
_⊕ smoking → discussed_
_Lungs clear. Heart RRR ɪ ⊖._
_⊖ edema, limit._

_Glucofool 5 mg p.o. QD_
_Calan SR 180 mg p.o. QD_
_Lisinopril 20 mg p.o. BID_
_EC ASA 325 mg p.o. QD_

## ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
### Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G (F) P | G (F) P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I (S) W | I (S) W | I S W | I S W | I S W | I S W | I S W |

PLAN: 1) ↑ Calan    2) ✓ A₁c next visit.
2) ↑ G bncatrol

F/U: Routine 90 days: __✓__ Other _____        Problem List Updated: Yes    No

_____
Physician/NP/PA

_Marshall Cecil_
NAME

_male_
GENDER

Ⓑ/W
RACE

_110574_
AIS#

_8/6/50_
DOB

(Revised 2/28/05)

**PHS**
PRISON HEALTH SERVICES INC.

# DEPARTMENT OF CORRECTIONS
## NURSE'S
# CV/HTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME 3/7/07           @0850 | | | Tetracydine Clonidine |
| O: VS T 99  P 80  R 18  WT 247 | | | HX a treadmill? Y (N) |
| BP 180/110    IF BP > 140/90 REFER TO (MD)/NP/PA | | | Date: |
| Do you smoke? | (Y) | N | HX bypass surgery: Y (N) |
| Use salt? | Y | (N) | Date: |
| Family History of CVHTN? Entire Family | (Y) | N | |
| Obese? | (Y) | N | |
| Stress? | Y | (N) | |
| Blurred vision | Y | (N) | |
| Headache | Y | (N) | |
| Fatigue | Y | (N) | |
| Muscle weakness | Y | (N) | |
| Polyuria | Y | N | |
| Epistaxis | Y | (N) | |
| S.O.B. | Y | (N) | P: LABS REVIEWED |
| Compliant with meds | (Y) | N | Labs ordered |
| KOP | (Y) | N | Last CMP-14 2/29/07 |
| Counseled on risk factors Non-Modifiable | (Y) | N | Last EKG 4/28/06 |
| Describe: Race ②Age ③Gender ④Heredity MODifiable ②Smoking cessation ①Wt. Reduction ③↑activity ④Diet ⑤FAT | | | |
| Labs/EKG WNL | NA | | |
| CXR if over 50 | NA | N | |
| Education Done S.O.B. NAUSEA Dizziness, blurred vision Sweating Lightheadedness severe HA, strokeTalk indigestion tightness chest weakness numbness Topic SX of STROKE VS heart attack confusion Face arm (1 side) | | (Y) N | |
| Recently admitted to hospital/infirmary | Y | (N) | CURRENT MEDICATIONS: Calan SR 180 mg po. BID |
| Notes: ↑BP reading addressed | | | Lisinopril 20mg po. BID |
| continue c̄ HTN teaching s Plan | | | EC ASA 325 mg po. QD |
| c̄ encourage compliance c̄ meds | | | |
| diet + exercise to ↓ risk of stroke | | | |
| heart attack + blindness | | | |
| | | | Status: (circle)  1st/100 |
| | | | IMPROVED UNCHANGED WORSENED |
| | | | Level of Control: (circle) GOOD  FAIR  (POOR) |
| | | | CCC WITH NURSE (circle) 1, 2, (3) Months |
| | | | CCC WITH MD (circle) 1, 2,(3) 4, 5, 6 Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE |
|---|---|---|---|---|
| Marshall, Carl | 110574 | 56 | B/M | [signature] |

Control  Good---BP < 140/90
Fair-----BP 140-160/90/100
Poor----BP > 160/100

Status:  Improved—BP< previous visit
Unchanged—BP unchanged
Worsened—BP increased.


PRISON
HEALTH
SERVICES
INCORPORATED

...'ARTMENT OF CORRECTIONS
## NURSE'S
# DIABETIC CHRONIC CARE CLINICS

| S: DAY CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| **DATE/TIME:** 3/7/07 @ 0855 | | | Tetracyline/Clonedine |
| O: VS T 96 P 80 R 18 | | | |
| BP 130/10 WT 247 | | | TYPE I        TYPE II |
| Any reactions: | Y | (N) | |
| Thirst, vomiting, or abdominal pain | Y | (N) | |
| Skin or foot problems: | Y | (N) | |
| Foot exam done: | (Y) | N | |
| Rotation of injection sites          N/A | Y | N | |
| Changes in eyes | Y | (N) | |
| Dietary compliance: | (Y) | N | P: LABS |
|   Noncompliant---Education done | Y | N | |
| Medication compliant | Y | N | |
| Noncompliant---Education done | Y | N | Last HgbA1C: |
| Tremors | Y | (N) | Date 2/20/07 Result 9.4 |
| Reviewed canteen list      KEHF | | | |
| Compliant | Y | N | |
|   If noncompliant, education done | Y | N | |
| Infirmary or hospital since last CCC visit | Y | (N) | ORDERS: |
|   If yes, date | | | |
| Review of FLU vaccine | (Y) | N | |
| Review of Pneumovax | Y | (N) | |
| Fundoscopic exam     Referral 4/25/06 | Y | N | |
| Annual Diabetic Checklist updated | (Y) | N | |

NOTES:

In 3 mg A1C level was ↓ to less
8% + inmate will continue to
be compliant meds diet +
Exercise

| | |
|---|---|
| MEDICATION: | Glucotrol 3mg p.o QD |
| **Status:** (circle)    7-8 | |
| Improved, Unchanged, Worsened > | |
| **Control:** (circle) | |
| Good, Fair, Poor | |
| **CCC NURSE** (circle) | |
| EVERY 1, 2, (3) months | |
| **CCC WITH MD** (circle) | |
| 1, 2, 3, 4, 5, 6 months | |

Inspect feet QD
For signs of foot prob.
Report: Tingling
- Pain
- Offered corns
- Callses
- Ulcers
- Sores

Education done △ SOCKS QD
EXERCISE Nails straight across
Topic FOOT CARE    circulation

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Marshall, Gerald | 110574 | 56 | B/M | |

Control   Good - HgbA1C WNL
          Fair - HgbA1C within 2% of normal
          Poor - HgbA1C % above normal

Status:   Improved---Decrease in HgbA1C and weight (decreased by %)
          Unchanged---No change in HgbA1C and weight
          Worsened---Increase in HgbA1C and weight

60518-AI

# PRISON HEALTH SERVICES

*REHF*

### Physician's Chronic Care Clinic

Date: 12/11/06  Time: _____  Facility: Kilby Correctional Facility

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

## SUBJECTIVE:

## OBJECTIVE: BP 180/120 HR 84 RR 18 Temp 98 Wt 247 Peak Flow ____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

1) HTN  No Lo. chronic <130
2) DM   not taking BP meds bid (dmins)    Glucotrol 5 mg p.o QD
        Also recent labs.                 Glucose SR 180 mg p.o QD
        Lungs few @ rhonchi. Heart        Lisinopril 20 mg p.o BID
        RRR 3 @. @ edema, bruits          EC ASA 325 mg p.o QD

## ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: 1) Compliance
      2) Check labs next visit.

F/U:  Routine 90 days: ✓  Other _____     Problem List Updated: Yes    No

_____
Physician/NP/PA

Marshall, Carl                    110574
NAME                              AIS#

male                    (B)/W     8-6-50
GENDER                  RACE      DOB

(Revised 2/28/05)



DEPARTMENT OF CORRECTIONS
# NURSE'S
# DIABETIC CHRONIC CARE CLINICS

S: DAY CHRONIC CARE CLINIC

**DATE/TIME:** 12/11/06 @ 0530

O: VS T 96  P 84  R 18

BP 160/120  WT 247.50 lbs

ALLERGIES: Tetracycline  Clonidine

TYPE I    (TYPE II)

| | Y | N | |
|---|---|---|---|
| Any reactions: | Y | (N) | |
| Thirst, vomiting, or abdominal pain | Y | (N) | |
| Skin or foot problems: | Y | (N) | |
| Foot exam done: | (Y) | N | |
| Rotation of injection sites  (N/A) | Y | N | |
| Changes in eyes | Y | (N) | |
| Dietary compliance: | | | |
|    Noncompliant---Education done | (Y) | N | P: LABS |
| Medication compliant | Y | N | |
| Noncompliant---Education done | (Y) | N | Last HgbA1C: |
| Tremors | Y | (N) | Date 4/26/07  Result 7.8% |
| Reviewed canteen list  REHF | | | |
| Compliant | Y | N | |
|   If noncompliant, education done | Y | N | |
| Infirmary or hospital since last CCC visit | Y | (N) | ORDERS: |
|   If yes, date | | | |
| Review of FLU vaccine  11/2/06 | | | |
| Review of Pneumovax | (Y) | N | |
| Fundoscopic exam  Eye referral 4/23/06 | (Y) | N | |
| Annual Diabetic Checklist updated | (Y) | N | |

NOTES:

Educ. material given

In 3 mos A1C level will be
< 7% + in will will continue
to be compliant c diet, meds
+ Exercise

MEDICATION:
Glucotrol 5 po (bid)
EC ASA 325 po (bid)

Status: (circle)
Improved, Unchanged,
Worsened

Control: (circle)
Good, Fair, Poor

CCC NURSE  (circle)
EVERY 1, 2, (3) months

CCC WITH MD (circle)
1, 2, (3) 4, 5, 6 months

Education done AGOCKS □D  
EXERCISE  See straight aergs  
Inspect nails  circulation  
Topic FOOT CARE

INSPECT FEET
FOR SIGNS OF FOOT PROB.
REPORT: TINGLING  
- PAIN  
- INFECTED CORNS  
- ULCERS / SORES

(Y)  N

| INMATE NAME | NUMBER | AGE | RACE/SEX |
|---|---|---|---|
| Marshall, Carl | 110574 | 56 | B/M |

SIGNATURE

Control    Good - HgbA1C WNL    Status  Improved - Decrease in HgbA1C and weight decreased by lb, %
  Fair - HgbA1C within 2% of normal    Unchanged - No change in HgbA1C and weight
  Poor - HgbA1C 2% above normal    Worsened - Increase in HgbA1C and weight

60518-AL

DEPARTMENT OF CORRECTIONS
# NURSE'S
# CV/HTN CHRONIC CARE CLINIC

**S: CHRONIC CARE CLINIC**

| | | | ALLERGIES |
|---|---|---|---|
| **DATE/TIME** 12/11/06 @ 0830 | | | Tegretol clue Clonidine |
| O: VS T 98.9  P 84     R 18        WT 247.50 lbs | | | HX a treadmill?  Y (N) |
| BP 180/120        IF BP > 140/90 REFER TO MD/NP/PA | | | Date: |
| Do you smoke? | (Y) | N | HX bypass surgery:  Y (N) |
| Use salt? | Y | (N) | Date: |
| Family History of CVHTN?  Entire Family | (Y) | N | |
| Obese? | (Y) | N | |
| Stress? | Y | (N) | |
| Blurred vision | Y | (N) | |
| Headache | Y | (N) | |
| Fatigue | Y | (N) | |
| Muscle weakness | Y | (N) | |
| Polyuria | Y | (N) | |
| Epistaxis | Y | (N) | |
| S.O.B. | Y | (N) | **P: LABS REVIEWED** |
| Compliant with meds  N.C. | (Y) | (N) | Labs ordered |
| KOP | (Y) | N | Last CMP-14 4/20/06 |
| Counseled on risk factors | (Y) | N | Last EKG 4/28/06 |
| Describe: Non-modifiable | | | |
| Race, Age, Gender, male, Heredity | | | |
| Age-arteries elastic | | | |
| Labs/EKG WNL  NA | (Y) | N | |
| CXR if over 50 | Y | N | |
| Education Done | (Y) | N | |
| Topic: SS of Stroke | | | |
| Recently admitted to hospital/infirmary | Y | (N) | **CURRENT MEDICATIONS:** |

Notes:
Educ. material given
MD discussed med Non-compliance
in 3 mos. Pt reading will be
@ least 140/90 + inmate
will be compliant c meds, quit
and Exercise

Current Medications:
Calan SR 180 mg p.o. QD
Lisinopril 20 mg p.o. BID

| | |
|---|---|
| **Status:** (circle) IMPROVED  UNCHANGED  WORSENED | |
| **Level of Control:** (circle) GOOD  FAIR  POOR | |
| **CCC WITH NURSE** (circle) 1, 2, (3) Months | |
| **CCC WITH MD** (circle) 1, 2, (3) 4, 5, 6 Months | |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE |
|---|---|---|---|---|
| Marshall, Carl | 110574 | 56 | B/M | |

Control  Good---BP < 140/90
Fair----BP 140-160/90/100
Poor----BP > 160/100

Status:  Improved---BP< previous visit
Unchanged---BP unchanged
Worsened----BP increased

60520-AL



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MONOFILAMENT TESTING FOR DIABETICS

| Fill in the following blanks with a "Y" or "N" to indicate findings | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | n | n |
| Is there a history of foot ulcer? | n | n |
| Is there an abnormal shape of the foot? | n | n |
| Is there a toe deformity? | n | n |
| Are the toenails thick or ingrown? | n | n |
| Is there callus buildup? | n | n |
| Is there swelling? | n | n |
| Is there elevated skin temperature? | n | n |
| Is there muscle weakness? | n | n |
| Can the inmate see the bottom of feet? | y | y |
| Is the inmate wearing improperly fitting shoes? | n | n |
| Does the inmate use footwear appropriate? | y | y |
| Pulses?                          DP/PT | +2 | +2 |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament



RIGHT          LEFT

Skin Conditions on the Foot or Between the Toes:

Draw in: Callous ▦ ,  Pre-ulcer ▦ ,  Ulcer ■  (note length and width in cm)
Label with:  **R** - Redness,  **M** - Maceration,  **D** - Dryness,  **T** – Tinea

### Risk Category:

| | 0 | No loss of protective sensation. |
|---|---|---|
| ✓ | | |
| | 1 | Loss of protective sensation. |
| | 2 | Loss of protective sensation with <u>either</u> high pressure (callous/deformity), or poor circulation. |
| | 3 | History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about  Foot Care        Education Received  _____

| Name | AIS NO | Date | By |
|---|---|---|---|
| Marshall, Carl | 110574 | 12/11/06 | Joaquin RN |

60516-AL

Case 2:06-cv-01131-MHT-CSC    Document 28-4    Filed 07/20/2007    Page 15 of 83

C A N T E E N   S A L E S   R E C E I P T

MARSHALL, CARL V.        110574    B/M    5/04/2006    3:37PM    TRANS NR  88093

----------------------------------------------------------------------------

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|-----|-----------|---------------|
| 1 | 909 | 1 | JUMBO CHILI CHSE DOG | EA | $2.18 | $2.18 |
| 2 | 953 | 1 | HORMEL M/W CHILI | EA | $1.28 | $1.28 |
| 3 | 904 | 1 | ICE CREAM | EA | $1.30 | $1.30 |
| 4 | 904 | 1 | ICE CREAM | EA | $1.30 | $1.30 |

**** LAST ITEM ****                              ============

                                   TOTAL PURCHASES     $6.06


OLD PMOD BALANCE      6.99    TOTAL PURCHASE    6.06    NEW PMOD BALANCE     .93

TOTAL APPLIED TO WEEKLY LIMIT  12.01      POSTED BY: INMATE WORKERS


I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_____              _____
SIGNATURE                            DATE            BED NBR: M  086B



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## FINGER STICK BLOOD RECORD FORM

NAME: _Marshall, Carl_

INSTITUTION/FACILITY: _Kilby_

I.D. # _110378_     D.O.B.: _____

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _BSV BID x 30d_

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-----------------------------------|----------|---|------------------------|
| 5/5 | 0400 | CR | 241 | | | | |
| 5/6 | 0400 | CR | 282 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

60415

KILBY CORRECTIONAL FACILITY

C A N T E E N   S A L E S   R E C E I P T

MARSHALL, CARL V.          110574    B/M    5/02/2006    3:35PM    TRANS NR   87273

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|-----|-----------|---------------|
| 1 | 962 | 1 | DR. PEPPER | EA | $.52 | $.52 |
| 2 | 960 | 1 | COKE | EA | $.52 | $.52 |
| 3 | 924 | 2 | MICROWAVE POPCORN | EA | $.50 | $1.00 |

**** LAST ITEM ****

TOTAL PURCHASES          $2.04

OLD PMOD BALANCE    54.55    TOTAL PURCHASE    2.04    NEW PMOD BALANCE    52.51

TOTAL APPLIED TO WEEKLY LIMIT    .00    POSTED BY: INMATE WORKERS

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

SIGNATURE                              DATE          BED NBR: M   086B

KILBY CORRECTIONAL FACILITY

CANTEEN SALES RECEIPT

MARSHALL, CARL V.        110574    B/M    5/02/2006    9:57AM    TRANS NR  86956

--------------------------------------------------------------------------------

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|-----|-----------|---------------|
| 1 | 960 | 2 | COKE | EA | $.52 | $1.04 |
| 2 | 912 | 1 | DOUBLE CHEESE BURGER | EA | $1.73 | $1.73 |

**** LAST ITEM ****                                    ============

TOTAL PURCHASES    $2.77

OLD PMOD BALANCE     57.32    TOTAL PURCHASE    2.77    NEW PMOD BALANCE     54.55

TOTAL APPLIED TO WEEKLY LIMIT    .00    POSTED BY: INMATE WORKERS

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_____                _____

SIGNATURE                                DATE              BED NBR: M  086B

K  BY CORRECTIONAL FACILITY

C A N T E E N   S A L E S   R E C E I P T

MARSHALL, CARL V.        110574   B/M   5/03/2006   9:13AM   TRANS NR  87476

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|----|-----------|----------------|
| 1 | 140 | 1 | REESE CUPS | EA | $.57 | $.57 |
| 2 | 141 | 1 | SNICKERS | EA | $.57 | $.57 |
| 3 | 173 | 3 | G/F CORN CHIPS | EA | $.48 | $1.44 |
| 4 | 174 | 3 | G/F CHEESE CURLS | EA | $.42 | $1.26 |
| 5 | 183 | 1 | TROPHY MIXED NUTS | EA | $1.05 | $1.05 |

**** LAST ITEM ****                    ============

TOTAL PURCHASES    $4.89

OLD PMOD BALANCE    13.44    TOTAL PURCHASE    4.89    NEW PMOD BALANCE    8.55

TOTAL APPLIED TO WEEKLY LIMIT  12.01    POSTED BY: PATTI P VERMILYER

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

SIGNATURE                                DATE        BED NBR: M  086B

KEHF

Facility Name: | | Month/Year of Chart: 12/06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Glucotrol 5mg P.O. BID X 180 days**

↑ 3/7/07

Start Date: 12/11/06     Prescriber: Dr. Robbins
Stop Date: 6/11/07       RX #:

**Calan SR 180mg P.O. BID X 180 days**

↑ 3/7/07

Start Date: 12/11/06     Prescriber: Dr. Robbins
Stop Date: 6/11/07       RX #:

**Lisinopril 20mg P.O. BID X180 days**

Start Date: 12/11/06     Prescriber: Dr. Robbins
Stop Date: 6/11/07       RX #:

**EC ASA 325mg P.O. BID X180 days.**

Start Date: 12/11/07     Prescriber: Dr. Robbins
Stop Date: 6/11/07       RX #:

Start Date:              Prescriber:
Stop Date:               RX #:

Start Date:              Prescriber:
Stop Date:               RX #:

Diagnosis:

Allergies: TCN, Clonidine

Housing Unit:
Patient ID Number:
Patient Name: Marshall, Carl

5/06 (SD)

Documentation Codes:
1. Documented, Order
2. Refused
3A. Patient Out of facility
4. Charted in Error
5. etc.
6. Self Administered
7. Administered Out of Slot
8. Medication on hold
9. No Show

Facility Name: AEHF    Month/Year of Charting: 3/07

| Medication | Hour | Start/Stop | Prescriber |
|---|---|---|---|
| Glucotrol to 10mg p.o. QD X 180 days | | Start Date: 3/7/07  Stop Date: 9/3/17 | Prescriber: Dr. Robbins  RX #: |
| Calan SR 240mg p.o. QD X 180 days | | Start Date: 12/7/07  Stop Date: 6/7/07 | Prescriber: Dr. Robbins  RX #: |
| Lisinopril 20mg p.o. BID X 180 days | | Start Date: 12/7/07  Stop Date: 6/11/07 | Prescriber: Dr. Robbins  RX #: |
| EC ASA 325mg p.o. QD X 180 days | | Start Date: 12/7/02  Stop Date: 6/11/07 | Prescriber: Dr. Robbins  RX #: |

Diagnosis

Allergies
Dr. tranzeline Clonidine

Housing Unit:
Patient ID Number:
Patient Name:
Marshall Cecil

Nurse's Signature    Initial    Nurse's Signature    Initial

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of Facility
4. Pass Day
5. Self-Administered
6. Medication out of Stock
7. Dose Not Held
8. Day Off
9. Other



**PRISON HEALTH SERVICES, INC.**

**SICK CALL REQUEST**

Print Name: _Carl Marshall_   Date of Request: _MAY 1, 2006_

ID # _110574_   Date of Birth: _8/6/50_   Location: _M-86_

Nature of problem or request: _Blood Sugar has Jumped_
_to High from 44 - 296 in less_
_than 2 wks_

_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

Su Net

**(O)bjective  (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

5/4/06

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**FHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: **KCF**

Patient Name: **Marshall**                          First **Carl**

Inmate Number: **110 574**

Date of Report: **5** MM **4** DD **06** YYYY

Date of Birth: **8** MM **16** DD **50** YYYY

Time Seen: **0640** AM/PM Circle One

**Subjective:** Chief Complaint(s): **BS has been going ↑ too high**

Onset: _____

Brief History: **53 yo Bm c̄ Hx NIDDM, HTN**
(Continue on back if necessary)

_____

**Objective:** Vital Signs: (As Indicated) T: **98⁸** P: **79** RR: **20** B/P: **199/100** wgt **243.5**   ☐ Check Here if additional notes on back

Examination Findings: **FSBS @ 7:15A  301**
(Continue on back if necessary)

**Assessment (Referral Status)** Preliminary Determination(s): **alt in comfort R/T**   ☐ Check Here if additional notes on back

☐ Referral **NOT REQUIRED**                 **above statement**

☒ Referral **REQUIRED** due to the following: (Check all that apply)

☐ Recurrent Complaint (More than 2 visits for the same complaint)

☒ Other: **uncontrolled BS**

_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:

☐ Instructions to return if condition worsens.

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____ (Describe)

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): **B Adams CRNP**          Date for referral: **5 4 06** MM DD YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x **Lorraine** Nurses Signature          Name: **Lorraine Graves** Printed

**178/194**

**PHS**

## Nursing Evaluation Tool

<u>General Sickcall</u>

Facility: KCF

Patient Name: Marshall, Carl

Inmate Number: 110574

Date of Report: 9-8-06

Est. Date of Birth: 8 16 50

Time Seen: 600  AM / PM  Circle One

**Subjective:** Chief Complaint(s): _____

Onset: Shoes, feet swells.

Brief History: (Continue on back if necessary) 58 40 Bm c̄ Hx HTN, NIDDm, Sarcodoses

**Objective:** Vital Signs: (As Indicated) T 98.9  P 127  RR: 20   BP: 170.190

Examination Findings: (Continue on back if necessary) A00 x 3. Resp. Reg c̄ ease NAD

**Assessment:** (Referral Status) Preliminary Determination(s): Alt in comfort R/T above statement

☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply)
  ☐ Recurrent Complaint (more than 2 visits for the same complaint)
  ☒ Other: Profile for shoes

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or the nature of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visit)
  ☐ Other: _____

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): B Adams CRNP   Date for referral: 9 18 06

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (If emergent who was contacted?): _____   Time

x L Graves
Nurse Signature

Name: Lorraine Graves
Print

**DEPARTMENT OF CORRECTIONS**
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _____ | Institution: __WCF__ | Tetracycline, Clonidine |
| Date: _____ Time: _____ AM/PM | Date: 5/22/06 Time: _____ AM/PM | PHYSICAL EXAMINATION |
| RECEIVED FROM: Institution/Work Release Center/Free-World Hospital | RELEASE FROM: | Date of last exam: 4/21/06 |
| | ☐ Infirmary  ☐ Segregation | |
| | ☑ Population  ☐ Mental Health | Chest X-Ray Date: _____ Result: SLW |
| RECEIVING MEDICAL STATUS | ☐ Other _____ | PPD Reading 4/24/06 |
| ☐ Population | RELEASE TO: | Classification: _____ |
| ☐ Infirmary | ☑ DOC  ☐ Infirmary  ☐ Mental Health | Limitations: _____ |
| ☐ Isolation | | _____ |
| | Institution/Work Release Center/Free-World Hospital | |

| LAB RESULTS - - LAST REPORT | | | | | YES | NO | |
|---|---|---|---|---|---|---|---|
| Treatments Completed Date | Normal | Abnormal | Wears Glasses/Contacts | | ☐ | ☐ | |
| CBC | | ☑ | ☐ | Dental Prosthesis | | ☐ | ☐ |
| Urinalysis 4/25/06 | | ☑ | ☐ | Hearing Aide | | ☐ | ☐ |
| RPR 4/25/06 | | ☐ | ☑ | Other Prosthesis | | ☐ | ☐ |
| | | | | Recieving Nurse | | | |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

HTN, DM

| CURRENT MEDICATION - - DOSAGE AND FREQUENCY | | | |
|---|---|---|---|
| | MEDICATIONS | ☑ Sent w/ inmate | ☐ Not sent w/ inmate |
| Lisinopril 20mg PO QD | X-RAY FILM | ☐ Sent w/ inmate | ☐ Not sent w/ inmate |
| Glucotrol 5mg PO QD | HEALTH RECORD | ☑ Sent w/ inmate | ☐ Not sent w/ inmate |
| Surfak 240mg PO QD | Released to: __DOC__ | | |
| EC ASA 325mg PO QD | Date: 5-30-6 Time: 1530 AM/PM | | |
| Metformin 1000mg PO Bid Error | MEDICATIONS | ☐ Received | ☐ Not Received |
| SCHEDULE FOR CHRONIC CARE CLINIC | X-RAY FILM | ☐ Received | ☐ Not Received |
| | HEALTH RECORD | ☐ Received | ☐ Not Received |
| DATE: _____ LAST CLINIC: _____ | CHART REVIEWED | ☑ YES | ☐ NO |
| | Received by: _____ | | |
| | Signature of Receiving Nurse | | |
| | Date: 5-30-6 Time: 1530 AM/PM | | |

| FOLLOW UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☑ Medical  ☐ Dental | | | | |
| ☐ Mental Health | | | | |

| | | Yes | No | | | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|---|
| HISTORY | Drug Use | | ☑ | SKIN | Open Sores | | ☑ | Sick Call Procedures Explained | yes |
| | Mental Illness | | ☑ | | Lice | | | Height | 6'3" |
| | Suicide Attempt | | ☑ | | Edema | | | Weight | 220 |
| | Chronic Care | ☑ | | | Warm & Dry | ☑ | | Blood Pressure | 148/0 |
| | | | | | Cool & Moist | | | Temperature | 97 |
| STATUS | Special Diet | | ☑ | CONDITION | Alert | ☑ | | Pulse Resp. | 78/18 |
| | Appearance | | ☑ | | Oriented | | | Other _____ | |
| OTHER PERTINENT NURSING ASSESSMENT | | | | | Uncooperative | | | | |
| | | | | | Depressed | | | | |

Signature of Nurse Completing Assessment (Sending Nurse): A. W. Canley RN     Date: 5/22/06

Signature of Intake Screening Nurse (Receiving Nurse): _____     Date: 5-30-6

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| Marshall Carl V. | 105748 | 6-5-50 | Bm | K'16 |

PHS-MD-70009     (White - Medical Jacket, Yellow - Transfer Coordinator)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PHYSICIANS' ORDERS**

| | |
|---|---|
| NAME: Marshall, Carl<br>110574   5\4\06<br>9\5a<br>noted | DIAGNOSIS (If Chg'd)   ⑤ Surfak 240 mg p.o. QD x 30d<br>① expr. Clonidine error p.o. now<br>② Re-✓ BP in 1 hour<br>③ Increase Lisinopril to 20mg p.o.<br>BID x 180 d |
| D.O.B.  /  /<br>ALLERGIES:  TCN, Clonidine | ④ Decrease Glucotrol to 5mg p.o. QD x 180d |
| Use Last    Date 5\4\06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Blu CRNP |
| NAME: Marshall, Carl<br>110574 | DIAGNOSIS (If Chg'd)<br>HgbA1C<br>Calan SR 180 mg po qd x 180 days |
| D.O.B. 8\ 6\50<br>ALLERGIES: | |
| Use Fourth    Date 4/25/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Shoutucker |
| NAME: Marshall, Carl<br>110574 | DIAGNOSIS (If Chg'd)<br>Dilated eye exam - DM<br>Glucotrol 10m po qd x 180 days<br>Lisinopril 80mg po qd x 180 days |
| D.O.B. 8\16\50<br>ALLERGIES: TCN, clonidine | ECASA 325g po qd x 180 days<br>CC 4 wks B/P & BS 7/a |
| Use Third    Date 4/25/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Shoutucker |
| NAME: Marshall Carl<br>110574 | DIAGNOSIS (If Chg'd)<br>Now Cerlone DM diet & snack |
| D.O.B. 8\16\50<br>ALLERGIES: TCN, Clonidine | |
| Use Second    Date 4/25/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Shoutucker |
| NAME: Marshall, Carl<br>110574 | DIAGNOSIS<br>Cmp, Cho, PSA, HgbA1c, TSH, urine K10285<br>EKG CXR |
| D.O.B. 8\16\50<br>ALLERGIES: | eye referral<br>BS & BId & 3 oc/hs<br>B/P ✓ 2x wk x 4 wks |
| Use First    Date 4/25/ 6 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   Shoutucker |

60110 (4/03)

**MEDICAL RECORDS COPY**



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Marshall, ~~anfer~~ Carl     D.O.B.:    /    / |
|-----------|---------------------------------------------------------------|
| 5/4/06 | F/u   BS ✓'s   . c/o   HTN . Requests stool softener . |
| 0850 | BP : 199 / 105   this   A.M. |
| | BS ✓'s   have   been   44 - 296 mg/dl |
| (HgbA1c · 7.8) | - He   has   9   documented   BS ✓'s   in   the   40's |
| | ⊗  Δ   in   PE |
| | 1)   HTN |
| |   - ~~Clonidine~~ error  ~~0.1   mg   now~~   / Re - ✓ in   7 hours |
| |   - Increase   Lisinopril   to   20 mg   BID |
| |   - BP ✓'s |
| |   - CCC   as   sched. |
| | 2)   NIDDM     c̄   episodes   of   hypoglycemia |
| |   - Decrease   Glucotrol   to   5mg   QD |
| |   - BS ✓'s |
| |   - CCC   as   sched. |
| | 3)   Acute   Constipation     (⊗ findings   on   PE) |
| |   - ↑ fluids / fiber / exercise |
| |   - Surfak   x 3od |
| | E:   TX plan |
| | (signature) |
| | |
| 5/5/06 | needs   tx   for   ⊕   RPR |
| 0820 | ⊗ Bicillin   LA   avail. ;   Allergic   to   TTC. |
| | ∗ Consulted   c̄   Dr.  Robbins |
| | - E- mycin   7gm   BID   x 3od |
| | - medical   hold |

0111 (5/85)          **Complete Both Sides Before Using Another Sheet**          (signature)



**PHS**

**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last        Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth     Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Third      Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Marshall, Carl  110574 | DIAGNOSIS (If Chg'd) 4/21/06 |
|---|---|
| D.O.B. 6,6,50 | Zantac 150mg p.o. BID X5 days |
| ALLERGIES: Adalat, Tetra, clonidine | Benadryl 25 mg p.o. BID X5 days |
| | Protocol / Routines / |
| Use Second     Date 4/21/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Marshall, Carl  110574 | DIAGNOSIS |
|---|---|
| 4/21/06 | — Metaformin 100mg 1 p.o. BID X5 days |
| D.O.B. 8,6,50 | — Nifedical XL 60mg 1 p.o. q.d. X5 days |
| ALLERGIES: Adalat, tetracycline, clonidine | — Atenolol 50mg p.o. q.d. X5 days |
| | — Quinapril 40mg p.o. q.d. X5 days |
| | Protocol / Routines / |
| Use First      Date 4/21/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

---

NAME: Marshall, ~~Carl~~
REHI NO574    carl
12/11/06 0905

D.O.B. 06/06/50
ALLERGIES: TCN, Clonidine

Use Last    Date 12/11/06

**DIAGNOSIS (If Chg'd)**
1) Chem + lipid profile + Hg bA,c in 10 wks

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Marshall, Clark
110574

D.O.B. 06/06/50
ALLERGIES: TCN, Clonidine

Use Fourth    Date 12/11/06

**DIAGNOSIS (If Chg'd)**
Renew: 1) Glucotrol 5mg p.o BID N80dgs
2) Calan SR 180 mg p.o BID N80dgs
3) Lisinopril 20mg p.o BID X 180dgs
4) EC ASA 325 mg p.o. OD X 180 dy
V.O. Dr. Kelly s/name

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Marshall, Carl
110574

D.O.B. 8/6/50
ALLERGIES: TCN, Clonidine

Use Third    Date 9/8/06

**DIAGNOSIS (If Chg'd)**
① Pt. may have diabetic shoes if approved by ADOC
② CCC - DM, HTN ↑ month
③ BS ✓'s BID X 30d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Marshall, Carl
110574

D.O.B. 8/6/50
ALLERGIES: TCN, Clonidine

Use Second    Date 5/5/06

**DIAGNOSIS (If Chg'd)**
Bicillin LA 2.4 mu Im q wk X 3 wks
D/c E-mycin
Medical Hold until Cleared

120 B Adams CRNP / S. Graves, Can

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Marshall, Carl
110574

D.O.B. / /
ALLERGIES: TCN, Clonidine

Use First    Date 5/4/06 error 5/5/06

**DIAGNOSIS**
① E-mycin 1 gm p.o. BID X 30d
② Medical hold @ kilby until cleared.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Marshall, Carl | DIAGNOSIS (If Chg'd) |
|---|---|
| 11057y | 12) Pneumonia vaccine |
| D.O.B. 8 6 48 | |
| ALLERGIES: Tetracyclin Clonidine NKT | |
| Use Fourth    Date 7 10 07  7-1-07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED  J4, CRNP |

| NAME: Marshall, Carl | DIAGNOSIS (If Chg'd) 84 (Aol HTN) |
|---|---|
| 11057y | 6) Urine microalbumin |
| D.O.B. 8 16 48 | 7) 2000 cal ADA diet x 90 df |
| ALLERGIES: Tetracyclin Clonidine | 8) No added salt diet x 90 df |
| | 9) And acid intake pre exam (PM) |
| Use Third    Date 7 1 07 | 10) Not dental for exam (Pt has Denti |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED  CRNP |

| NAME: Marshall, Carl | DIAGNOSIS (If Chg'd) BID x 2mks |
|---|---|
| 11057y | 1) ↑ Lisinopril to 40 mg PO BID x 90 df |
| D.O.B. 8 6 48 | 2) |
| ALLERGIES: Tetracyclin, clonidine | 3) ECASA 325 mg PO QD x 90 df x KOP |
| | 3) Colace 100 PO BID PRN x 90 df |
| Use Second    Date 7 10 07 | 4) DP #, HgbA1C |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED  CRNP |

| NAME: Marshall, Carl | DIAGNOSIS |
|---|---|
| 574    3/7/07 0930 | 1) ↑ Glucotrol 10 mg PO qd x 180 d |
| D.O.B. 08 06 150 | 2) ↑ Calan SR 240 mg PO qd x 180 d |
| ALLERGIES: Tetracycline Clonidine  3/1/07 | 3) HgbA1c in 10 wks |
| Use First    Date 3 07 07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY

| Facility Name: | | Month/Year of Charting: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pneumonic Vaccine | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Start Date: 7-10-7 | Prescriber: myhood CKup | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Stop Date: | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ↑ Lisinopril to 40mg ī PO BID X90 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Start Date: 7-10-7 | Prescriber: myhood CKW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Stop Date: 9-10-7 | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FeASa 325mg ī po qd X90 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Start Date: 7-10-7 | Prescriber: myhood CKW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Stop Date: 9-10-7 | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100mg ī PO BID PRN X90 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Start Date: 7-10-7 | Prescriber: mhood CRW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Stop Date: 9-10-7 | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Start Date: | Prescriber: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Stop Date: | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Start Date: | Prescriber: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Stop Date: | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| 110574 | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of stock |
| Marshall Cook | | | | | 8. Medication Held |
| | | | | | 9. No Show |



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2/26/07

**To:** Reff ADOC

**From:** PHS

**Inmate Name:** Marshall, Carl     **ID#:** 110529

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _tray_ until _seen per MD @ doc_ _clinic_

5. Other _____

**Comments:** _____

Extra food tray if hypoglycemic BS ↓ 50.

**Date:** 2/26/07   **MD Signature:** _RosaRobbins / Slane R_   **Time:** 7:30 pm

60418



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| | |
|---|---|
| **NAME:** | **DIAGNOSIS (If Chg'd)** |
| **D.O.B.** / / | |
| **ALLERGIES:** | |
| Use Last    **Date** / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| **NAME:** | **DIAGNOSIS (If Chg'd)** |
| **D.O.B.** / / | |
| **ALLERGIES:** | |
| Use Fourth    **Date** / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| **NAME:** | **DIAGNOSIS (If Chg'd)** |
| **D.O.B.** / / | |
| **ALLERGIES:** | |
| Use Third    **Date** / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| **NAME:** | **DIAGNOSIS (If Chg'd)** |
| **D.O.B.** / / | |
| **ALLERGIES:** | |
| Use Second    **Date** / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| **NAME:** *MARShall, Carl* 110574 | **DIAGNOSIS** (1) *Glucotrol 10 mg BID* (2) *BS BID & slecan* *Yo CBR Naphod /* *(3) Hold work* |
| **D.O.B.** 8 16 148 | |
| **ALLERGIES:** *Cyclime / clonidine* | |
| Use First    **Date** 6 27 7 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)



04/28/2006 9:21:14

ID: #STAT#06042809211S

D.O.B.: 8/6/58
Meds:
Class:
Dr:
Tech:

| | |
|---|---|
| Vent. Rate: | 71 bpm |
| RR Interval: | 835 ms |
| PR Interval: | 156 ms |
| QRS Duration: | 90 ms |
| QT Interval: | 384 ms |
| QTc Interval: | 403 ms |
| QT Dispersion: | 30 ms |
| P-R-T AXIS: | 53°    13°-159° |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
  Abnormally high SV1 + RV5
LVH WITH SECONDARY REPOLARIZATION ABNORMALITY
  Extensive ST-T changes
THESE CHANGES ARE PROBABLY DUE TO VENTRICULAR HYPERTROPHY

Summary: ABNORMAL ECG                    * Unconfirmed Analysis *

L: 10 mm/mV
C: 10 mm/mV

QTc=Hodges

25 mm/s
~STABLE 150 Hz

ID: #STAT#060428092134

04/28/2006 9:21:34

D.O.B.: 8/6/50
Meds:
Class:
Dr:
Tech:

Carl Marshall 110574
56
6/2 UA230

| | |
|---|---|
| Vent. Rate: | 72 bpm |
| RR Interval: | 833 ms |
| PR Interval: | 156 ms |
| QRS Duration: | 90 ms |
| QT Interval: | 400 ms |
| QTc Interval: | 421 ms |
| QT Dispersion: | 46 ms |
| P-R-T AXIS: 53° | 13°-169° |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
Abnormally high SV1 + RV5
LVH WITH SECONDARY REPOLARIZATION ABNORMALITY
Extensive ST-T changes
THESE CHANGES ARE PROBABLY DUE TO VENTRICULAR HYPERTROPHY

Summary: ABNORMAL ECG

* Unconfirmed Analysis *




Carl Marshall 110574

L: 10 mm/mV
C: 10 mm/mV

QTc=Hodges

Air.a 3000 Int ref#20050202AE(0004)

Serial #:A3000 007743

25 mm/s
~STABLE 150 Hz

50-22

# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 4-25-6 | PHYSICALS | ☐ IP  ☐ OP | |

| Clinical Diagnosis | Date of Onset |
|---|---|
| EKG | |
| | Date of Surgery |

### AREA OF TREATMENT (CIRCLE)



**PROGRESS NOTES:**

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Marshall | Carl | | 55 | B | 110574 |

RADIOLOGY SERVICES REQUEST AND REPORT    (PE)

State ID:                    1105:41

KCF (Marshall)

DOB    8-6-50

INSTITUTION:

Race:    B    Sex:    M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Lassiter | 4-25-6 | | | | |

HISTORY/DIAGNOSIS:

Protocol/DM/HTN

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| ✓ CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Carl Marshall

Marshall

Chest:  The heart is not enlarged.  The lungs are clear.
IMPRESSION:  THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D: & T: 04-27-06 Thomas J. Payne, III, M.D./jhl Board Certified Radiologist (Signature on file)

KM, PE

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED

3070 (REV. 12/93)    WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
|                   |       |        |     |     |        |

PHS-MD-70022

**DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH SERVICES**

# DENTAL RECORD



PRISON
HEALTH
SERVICES
INCORPORATED

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination    4·25·06

Initial Classification

Oral Pathology .................................. Gingivitis
Vincent's Infection
Stomatitis
Other Findings                              8 9 — L....

Occlusion

Roentgenograms ............................... Periapical
Bitewing
Other

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☐ | Heart Disease |
| ☐ | ☑ | Asthma | ☑ | ☐ | High Blood Pressure |
| ☑ | ☐ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☑ | ☐ | Other Disease |

| SERVICES RENDERED | | | | | | |
|---|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | | Initials | Class |
| 4·25·06 | Fm | | OH I | | 8Jr | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Marshall, Carl | 110574 | 8·6·50 | B | KCF |

PHS-MD-70015



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## FINGER STICK BLOOD RECORD FORM

INSTITUTION/FACILITY: _ELBA_

NAME: _Marshall, Carl_    I.D. # _110574_    D.O.B.: _8/6/48_

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _____

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|------------------------------------|----------|---|------------------------|
| 6/25 | 5:28ᴬ | | 347 | | | | |
| 6/25 | 4:59 | | 419 | | | | |
| 6/25 | 8:27 | | 292 | | | | |
| 6/26 | 4:40ᴬ | | 422 | | | | |
| 6/26 | 11:58 | | 319 | | | | |
| 6/26 | 9:02 | | 481 | | | | |
| 6/27 | 4:32ᴬ | | 42 | | | | |
| 6/27 | 7:07ᴬ | | 262 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

## ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _Marshall, Carl_    AIS# 110574

Medication Allergies: _____ Tetracycline, Clonidine

Medical: Chronic (Long-Term) Problems
        Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
        Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 4/25/06 | HTN | | | ff |
| 4/25/06 | DM | | | ff |
| 4/24/06 | PPD 0mm | | | Ro |
| 11/2/06 | | | 11/2/06 | cf |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.**

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

DATE OF REPORT: 4/25/2006
TIME OF REPORT: 11:01 AM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| NPY8/110574 | CARL MARSHALL | Kilby |

| DATE COLLECTED | TIME COLLECTED | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|
| 4/25/06 | 8:30 AM | 4/25/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | | R | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NEG | | NEGATIVE (NEG) |
| GLUCOSE | | POS 3+ | NEGATIVE (NEG) |
| KETONES | NEG | | NEGATIVE (NEG) |
| BILIRUBIN | NEG | | NEGATIVE (NEG) |
| BLOOD | NEG | | < 5 RBC/MCL (NEG) |
| NITRITE | NEG | | NEGATIVE (NEG) |
| UROBILINOGEN | NEG | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NEG | | NEGATIVE (NEG) |

* NT = Not Tested

CLIA ID NO. 01D0706289



WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 116-205-5622-0 | S | MB | COMPLETE | Page #: 1 |

ADDITIONAL INFORMATION

PE8
4/25

FASTING: N
DOB: 8/06/1950

CLINICAL INFORMATION
CD- 41139330308

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MARSHALL,CARL | M | 55 / 8 |

Pt. ADD.:

PHYSICIAN ID.     PATIENT ID.
ROBBINS M       110574

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs     AL   36507-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/26/2006 | 10:32 | 4/26/2006 | 4/27/2006 | 11:23 | 9836 |

ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | |
| Chemistries | | | | MB |
| > Glucose, Serum | 128 H | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 6.0 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 18 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 18 | | 8 - 27 | |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.9 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 24 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 10.2 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.2 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.8 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.5 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 58 | IU/L | 25 - 150 | MB |
| LDH | 175 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 18 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 27 | IU/L | 0 - 55 | MB |
| GGT | 48 | IU/L | 0 - 65 | MB |
| Iron, Serum | 68 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 154 | mg/dL | 100 - 199 | MB |
| > Triglycerides | 251 H | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 33 L | mg/dL | 40 - 59 | MB |
| > VLDL Cholesterol Cal | 50 H | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 71 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 4.7 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.9 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

Pat Name: MARSHALL,CARL     Pat ID: 110574     Spec #: 116-205-5622-0     Seq #: 9836

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page





**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 116-205-5622-0 | S | MB | COMPLETE | Page #:  2 |

ADDITIONAL INFORMATION

PE8
4/25

FASTING: N
DOB: 8/06/1950

CLINICAL INFORMATION
CD- 41139330308

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MARSHALL,CARL | M | 55 / 8 |

PHYSICIAN ID.        PATIENT ID.
ROBBINS M              110574

PT. ADD.:

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs          AL  36507-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/26/2006 | 10:32 | 4/26/2006 | 4/27/2006 | 11:23 | 9836 |

ACCOUNT NUMBER:  01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

Microalb/Creat Ratio, Randm Ur

| | | | | |
|---|---|---|---|---|
| Creatinine, Urine | 169.6 | mg/dL | Not Estab. | MB |
| > Microalbum.,U,Random | 499.8H | ug/mL | 0.0 - 17.0 | MB |
| > Microalb/Creat Ratio | 294.7H | ug/mg creat | 0.0 - 30.0 | |

Hemoglobin A1c

| | | | | |
|---|---|---|---|---|
| > A1c | 7.8H | % | 4.5 - 5.7 | MB |

Current guidelines recommend a treatment goal of <7% for diabetic
patients.  A1c may be overestimated in diabetic patients exhibiting
poor control and who are also heterozygous or homozygous for HgbS or
HgbC.  Total glycohemoglobin is a better indicator of diabetic control
in patients with these hemoglobin variants.

Prostate-Specific Ag, Serum

| | | | | |
|---|---|---|---|---|
| Prostate-Specific Ag, Serum | 0.2 | ng/mL | 0.0 - 4.0 | MB |
| Beckman (formerly Hybritech) ICMA methodology | | | | |
| TSH | 1.067 | uIU/mL | 0.350 - 5.500 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

# Bureau of Clinical Laboratories-Montgomery

PO BOX 244018, MONTGOMERY AL 36124-4018

Phone:(334) 260-3400  FAX:(334) 274-9800

Page:  1

Patient:

| Provider: | | ID: | 1028940 | **Marshall,Carl,** |
|---|---|---|---|---|
| KILBY CORRECTIONAL FACILITY | Accession **4022235** | | | D.O.B.:  8/ 6/1950 |
| P O BOX 150 | Requisition #:  4022235 | | | Sex:  **M  MALE** |
| MT MEIGS, AL, 36057-0000 | Service Area: | Collected:  4/25/2006 @ | | Phone:  (000) 000-0000 |
| (334) 215-6600, | CHR #: | Received:  4/26/2006 @ 8:27 AM | | |
| MONTGOMERY CO HD | | Reported:  5/ 1/2006 @ 3:31 PM | | |

Status: **Final Report**

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|

### Serology Results

| ~ | VDRL, STS Quantitative | **Reactive 32 dils.** | A |
|---|---|---|---|
| ~ | TP-PA Result | **Reactive** | A |

Report Summary

### Abnormal Summary

| ~ | VDRL, STS Quantitative | **Reactive 32 dils.** | A |
|---|---|---|---|
| ~ | TP-PA Result | **Reactive** | A |

*No indication during ID   TX finished 5/22/06 ℈*

*Needs TX.*
Ⓟ

Lab Director
William J. Callan,Ph.D.

# Bureau of Clinical Laboratories-Montgomery

PO BOX 244018, MONTGOMERY AL 36124-4018

Phone:(334) 260-3400  FAX:(334) 274-9800

Page:  1

| Provider: | Accession | 4027103 | ID: | 1039432 | Patient: |
|---|---|---|---|---|---|
| KILBY CORRECTIONAL FACILITY | Requisition #: | 4027103 | | | **Marshall,Carl,** |
| P O BOX 150 | Service Area: | | | | D.O.B.: **8/ 6/1950** |
| MT MEIGS, AL, 36057-0000 | CHR #: | | Collected: | 6/ 2/2006 @ | Sex: **M    MALE** |
| (334) 215-6600, | | | Received: | 6/ 9/2006 @ 10:55 AM | Phone: **(000) 000-0000** |
| MONTGOMERY CO HD | | | Reported: | 6/13/2006 @ 3:17 PM | |

Status: **Final Report**

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|

### Serology Results

| | | | | |
|---|---|---|---|---|
| ~ | VDRL, STS Quantitative | Reactive 32 dils. | A | |
| ~ | TP-PA Result | Reactive | A | |

**Report Summary**

### Abnormal Summary

| | | | | |
|---|---|---|---|---|
| ~ | VDRL, STS Quantitative | Reactive 32 dils. | A | |
| ~ | TP-PA Result | Reactive | A | |

Lab Director
William J. Caltan,Ph.D.

| Date Printed: | 6/13/2006 | 3:17 PM | >> | PH - Panic High | > | AH - Abnormal High | ~ | A - Abnormal | *** Final Page *** |
|---|---|---|---|---|---|---|---|---|---|
| Completed Between: | 6/12/2006 | - 6/13/2006 | << | PL - Panic Low | < | AL - Abnormal Low | δ | Delta Check Failed | All Results Included |

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

DATE OF REPORT: 6/7/2006
TIME OF REPORT: 11:25 AM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| 123/110574 | CARL MARSHALL | REHF |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 6/2/06 | 8:30 AM | | 6/7/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NT | | NEGATIVE (NEG) |
| RPR | | R | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NT | | NEGATIVE (NEG) |
| GLUCOSE | NT | | NEGATIVE (NEG) |
| KETONES | NT | | NEGATIVE (NEG) |
| BILIRUBIN | NT | | NEGATIVE (NEG) |
| BLOOD | NT | | < 5 RBC/MCL (NEG) |
| NITRITE | NT | | NEGATIVE (NEG) |
| UROBILINOGEN | NT | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NT | | NEGATIVE (NEG) |

* NT = Not Tested

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

CLIA ID NO.   01D0706289



**BioReference**
LABORATORIES

| | |
|---|---|
| D O C T O R | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL  36507<br><br>(A0110-0)  Bio-Net Print | BOOK/CASE:<br><br>-FINAL-  Original Report 02/22/2007 |

| NAME<br>MARSHALL, CARL | PATIENT I.D. / ROOM NO.<br>110574.2959 | DOCTOR / GROUP NAME<br>ROBBINS, MICHAEL | |
|---|---|---|---|
| LAB I.D. NO.<br>103762211 | DATE COLLECTED<br>02/20/2007 08:49 AM | DATE RECEIVED<br>02/21/2007 10:06 | DATE OF REPORT<br>3/7/2007 08:50 | AGE<br>56 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
          \*\*\*\* Male/Female reference range:  >60 mL/min/1.73 m2 \*\*\*\*
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

----------------------------\* MISCELLANEOUS \*-----------------------------


HGB. A1c(glycohgb)                          9.4 HI          < 6.0%
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
HEMOGLOBIN A1c RANGES(%)              GLUCOSE CONTROL INDEX
         < 6.0%                         Non-Diabetic Level
         < 7.0%                          Diabetic Control
         > 8.0%                      Additional action suggested

                         Final Report               Page: 2

_James Weisberger, M.D._
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

**BioReference**
L A B O R A T O R I E S

| | | |
|---|---|---|
| **D O C T O R** | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL  36507<br><br>(A0110-0)   Bio-Net Print | **BOOK/CASE:**<br><br><br>-FINAL-   Original Report 02/22/2007 |

| NAME<br>MARSHALL, CARL | PATIENT I.D. / ROOM NO.<br>110574.2959 | DOCTOR / GROUP NAME<br>ROBBINS, MICHAEL | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>103762211 | DATE COLLECTED<br>02/20/2007 08:49 AM | DATE RECEIVED<br>02/21/2007 10:06 | DATE OF REPORT<br>3/7/2007 08:50 | AGE<br>56 Y | SEX<br>M |

---

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : HEMOGLOBIN A1C, DIAGNOSTIC PROFILE I, ,
------------------------------* CHEMISTRY *------------------------------

| | | | | |
|---|---|---|---|---|
| Total Protein | 7.6 | | 5.9-8.4 | gm/dl |
| Albumin | 4.1 | | 3.2-5.2 | gm/dl |
| Globulin | 3.5 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.2 | | 1.1-2.9 | |
| Glucose | | 162 HI | 70-109 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 4.3 | | 3.3-5.3 | mmol/L |
| Chloride | 102 | | 96-108 | mmol/L |
| CO2 | 26 | | 21-29 | mmol/L |
| BUN | 17 | | 7-25 | mg/dl |
| * Creatinine | 1.1 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 15.5 | | 10-28 | |
| Calcium | 9.9 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.2 | | 2.4-7.0 | mg/dl |
| Iron | 75 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.2 | | 0.1-1.0 | mg/dl |
| LDH | 162 | | 94-250 | u/l |
| Alk Phos | 91 | | 39-120 | u/l |
| AST (SGOT) | 16 | | < 37 | u/l |
| Phosphorous | 3.3 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 17 | | < 40 | u/L |
| G-GTP | 47 | | 7-51 | u/L |
| Cholesterol | 186 | | < 200 | mg/dl |
| Triglycerides | | 213 HI | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 36 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 19 | | % |
| Chol/HDL Ratio | | 5.17 | | |
| LDL/HDL Ratio | 3 | | 0-3.55 | |
| LDL Cholesterol | | 108 HI | < 100 | mg/dL |

****************************************************************************
* GFR, Estimated = 73.44 mL/min/1.73m2

<center>Continued on Next Page</center>

<center>Page: 1</center>



James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

Facility Name: JCF

Metformin 1000 mg
+ p.o. BID x 5 days
Start Date 4/21/06   Robbins
Stop Date 4/27/06

Atenolol 50 mg
p.o. qd x 5 days
Start Date 4/22/06   Robbins
Stop Date 4/26/06

Quinapril 40 mg
+ p.o. qd x 5 days
Start Date 4/22/06   Robbins
Stop Date 4/26/06

Nifedical XL 60 mg
+ p.o. qd x 5 days
Start Date 4/22/06   Robbins
Stop Date 4/26/06

Has Meds
Benadryl 25 mg
p.o. qhs x 5 days
   Robbins

Zantac 150 mg
p.o. BID x 5 days
4/22/06   Robbins
4/26/06

Diagnosis

Allergies: clonidine
Adalat, Tetracycline
Housing Unit
Patient ID Number
Patient Name
Marshall, Carl  110374

Facility Name: KCF

4/6

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calan SR 180mg ÷ po qd X 180dg. | 0300 | | | | | | | | | | | | | → | N STAFF |

Start Date: 4/25-6    Prescriber: Lanter Clap
Stop Date: 10/26-6

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Glucotrol 10mg ÷ po. qd X 180d. | 0800 | | | | | | | | | | | | | → | N STAFF |

Start Date: 4/25/6    Prescriber: Lanter
Stop Date: 10/26/6

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lisinopril 20mg ÷ po. qd X 180d. | 0800 | | | | | | | | | | | | | → | N STAFF |

Start Date: 4/25/6    Prescriber: Lanter
Stop Date: 10/26/6

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECA 325mg ÷ po qd X 180d. | 0800 | | | | | | | | | | | | | → | N STAFF |

Start Date: 4/25/6    Prescriber: Lanter
Stop Date: 10/26/6

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:
Stop Date:

Diagnosis

Allergies Tetracycline, Christine

Nurse's Signature / Initial
B. Wright
N. Hughley

Housing Unit:
Patient ID Number: 110574
Patient Name: Marshall, Carl

Please note missing doses of Exagon #C 5/06
indate missing doses of Exagon

| Facility Name | KILBY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SurFak 240mg po QD x 30d**

Hour: 0300
Start Date: 5/4/06  Prescriber:
Stop Date: 6/4/06  RX #:

**E-mycin 1gm po BID x 30d**

Hour: 0800 →
Hour: 1500 →

D/C'd 5/5/06

Start Date: 5/5/06  Prescriber:
Stop Date: 6/5/06  RX #:

Diagnosis: Tetracycline, Clonidine

Patient #: 110374

Marshall, Carl

Dm                    #1
                                                            8/6

| Facility Name: KCF | | | | | | | | | | | | | | | |
|---|---|

**Calan SR 180mg**  —  Hour 030a

Start Date: 4/25/6  Prescriber: *Lassiter*
Stop Date: 10/26/6

**Glucotrol 10mg** per go x 180d.  —  Hour 030a

Dd 5/4/06

Start Date: 4/25/6  Prescriber: *Lassiter*
Stop Date: 10/26/6

**Lisinopril 20mg** P.O. go x 180d.  —  Hour 030a

Dd 5/4/06

Start Date: 4/25/6  Prescriber: *Lassiter*
Stop Date: 10/26/6

**ECASA 325mg** po go x 180d.  —  Hour 030a

Start Date: 4/25/6  Prescriber: *Lassiter*
Stop Date: 10/26/6

**Lisinopril 20mg** PO BID x 180d  —  Hour 0900 / 1500

Start Date: 5/4/06
Stop Date: 11/4/06

**Glucotrol 5mg po** QD x 180d  —  Hour 0300

Start Date: 5/4/06
Stop Date: 11/4/06

Diagnosis

Allergies Tetracycline, Clindin

Housing Unit:
Patient ID Number: 118524
Patient Name:
Marshall, Carl

5/06

| Facility Name: KILBY | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bicillin LA 2.4 mu IM q wk x 3wks | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5/8/06     B.Adams crnp
Stop Date: 5/23/06

Diagnosis

Allergies  TCN, clonidine

Housing Unit:
Patient ID Number: 1-10574
Patient Name  Marshall, Carl

| Facility Name: Kilby | | Month/Year of Charting 5/06 | |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Calan SR 180mg | 0300 | |
| | Start Date: 4/25/06  Prescriber: Lassiter | |
| | Stop Date: 10/26/06  RX #: | |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Glucotrol 5mgm ÷ po qd x 180d | 0300 | |
| | Start Date: 5/4/06  Prescriber: Lassiter | |
| | Stop Date: 11/4/06  RX #: | |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Lisinopril 20mg ÷ po Bid x 180d | 0300 |
| | 1500 | |
| | Start Date: 5/4/06  Prescriber: Lassiter | |
| | Stop Date: 11/4/06  RX #: | |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| ECA 325mg ÷ po qd x 180d | 0300 | |
| | Start Date: 4/25/6  Prescriber: Lassitor | |
| | Stop Date: 10/26/06  RX #: | |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Sur Fak 240mg po qd x 30d | 0300 | |
| | Start Date: 5/4/06  Prescriber: | |
| | Stop Date: 11/4/06  RX #: | |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| | | |
| | Start Date:  Prescriber: | |
| | Stop Date:  RX #: | |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies Tetracytine Clonidine | N. Haughton | | A. Smith | | 1. Discontinued Order 2. Refused 3. Patient out of facility 4. Charted in Error 5. Lock Down 6. Self administered 7. Medication out of Stock 8. No medication used 9. NPO/Surg. 10. Other |
| Housing Unit | | | D. Lillah | | |
| Patient ID Number: | | | | | |
| Patient Name: Marshall, Carl | | | | | |

Facility Name: Kilby Correctional Facility

Month/Year of Charting: 06/06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Calan SR 180MG Tab CR    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 04-27-2006    Prescriber: Lassiter, L.
Stop Date: 10-23-2006    RX #: 251448650

**Glucotrol 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

order d'd

Start Date: 04-27-2006    Prescriber: Lassiter, L.
Stop Date: 10-23-2006    RX #: 251448653

**Lisinopril 20MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 04-27-2006    Prescriber: Lassiter, L.
Stop Date: 10-23-2006    RX #: 251448658

**Aspirin EC 325MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 04-27-2006    Prescriber: Lassiter, L.
Stop Date: 10-23-2006    RX #: 251448660

**Glucotrol 5mg 1 po qd x 180d**

Start Date: 5-4-06    Prescriber: LL
Stop Date: 11-4-06    RX #:

**Surfak 240mg po qd x 30d**

Start Date: 5-4-06    Prescriber:
Stop Date: 6-4-06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 110574 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. No session Held |
| | | | | | 9. Hs Store |
| **Marshall, Carl** | | Date of Birth: | | | 10. Other |

K  3Y CORRECTIONAL FACILITY

C A N T E E N   S A L E S   R E C E I P T

ARSHALL, CARL V.        110574    B/M    5/03/2006    9:12AM    TRANS NR  87475

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|-----|-----------|---------------|
| 1 | 808 | 6 | .39 STAMPS | EA | $.39 | $2.34 |
| 2 | 700 | 20 | BOOK MATCHES | EA | $.02 | $.40 |
| 3 | 602 | 3 | DORAL MENTHOL 100 | EA | $4.26 | $12.78 |
| 4 | 607 | 1 | KOOL FILTER KING | EA | $4.65 | $4.65 |
| 5 | 611 | 1 | NEWPORT KING | EA | $4.65 | $4.65 |
| 6 | 623 | 3 | BUGLER TOBACCO | EA | $1.08 | $3.24 |
| 7 | 626 | 3 | TOP MENT CIG TOBACCO | EA | $1.09 | $3.27 |
| 8 | 430 | 1 | COAST SOAP (BATH) | EA | $.92 | $.92 |
| 9 | 806 | 1 | BIC CLEAR BARREL-BLK | EA | $.75 | $.75 |
| 10 | 211 | 1 | MARUCHAN CHICK SOUP | EA | $.47 | $.47 |
| 11 | 212 | 1 | MARUCHAN SHRIMP SOUP | EA | $.47 | $.47 |
| 12 | 119 | 240 | STARDROPS CANDY | EA | $.01 | $2.40 |
| 13 | 131 | 1 | THREE MUSKETEER | EA | $.57 | $.57 |
| 14 | 134 | 1 | HERSHEY PLAIN | EA | $.57 | $.57 |
| 15 | 137 | 1 | MILKY WAY | EA | $.57 | $.57 |

**** LAST ITEM ****

TOTAL PURCHASES    $38.05

LD PMOD BALANCE    51.49    TOTAL PURCHASE  38.05    NEW PMOD BALANCE    13.44

OTAL APPLIED TO WEEKLY LIMIT  7.12    POSTED BY: PATTI P VERMILYER

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_____          _____
SIGNATURE                            DATE        BED NBR: M  086B

KILBY CORRECTIONAL FACILITY

C A  T E E N   S A L E S   R E  E I P T

MARSHALL, CARL V.        110574   B/M   5/01/2006   3:52PM   TRANS NR  86682

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|-----|-----------|---------------|
| 1 | 960 | 3 | COKE | EA | $.52 | $1.56 |
| 2 | 902 | 3 | GOLDEN FLAKE BBQ | EA | $.31 | $.93 |
| 3 | 924 | 2 | MICROWAVE POPCORN | EA | $.50 | $1.00 |
| 4 | 904 | 1 | ICE CREAM | EA | $1.30 | $1.30 |

**** LAST ITEM ****                              ===========

                                TOTAL PURCHASES      $4.79

OLD PMOD BALANCE    62.11   TOTAL PURCHASE   4.79   NEW PMOD BALANCE    57.32

TOTAL APPLIED TO WEEKLY LIMIT    .00    POSTED BY: INMATE WORKERS

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_____        _____
SIGNATURE                              DATE           BED NBR: M  086B



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DIABETIC CHECKLIST

Name _Marshall Cecil_    Number _11574_    Period _4/06_ to _4/07_

_Glucotrol 5mg p.o. QD    3/07 4 Glucotrol to 10mg p.o. QD_

Medications: _ECASA 325 p.o. QD_

Compliance:    (Yes)  No
      If No, follow-up counseling done:  Yes  No    Date _____

Enrolled in Chronic Care:    (Yes)    No
      Monofilament Foot Exams Done:    (Yes)  No
      Foot Disorders Treated:    Yes  No
      Educational Material Given:    (Yes)  No
      Appropriate Diet Ordered:    Yes  No
      Regular Glucose Testing:    Yes  No
      HgbA1C done q 3 months:    Yes  No    Every 6 months if stable
      Seen by dental at least annually:    Yes  No
      Urine tested annually for microalbumin    Yes  No
      Seen by Nurse: _12/11/06 3/20/00_
      Seen by MD _12/11/06, 3/07/07_

Annual dilated retinal exam_____    By _____
      Referral if necessary _____

Immunization:
      Pneumococcus once and repeated after age 64, if more than 5 yrs.    Yes  No
      Influenza annually _11/2/06_    Yes  No

Annual physical exam by MD/NP    Yes  No    Date _____
Individual treatment plan    Yes  No
      Updated    Yes  No
Appropriate Diet Ordered:    Yes  No
      ADOC notified:    Yes  No

60514-AL



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DIABETIC INTAKE SCREENING
### FOR INTAKES THAT PRESENT WITH DIABETES
### Referral to MD and Seen within 24 hrs of Intake

NAME _Marshall, Carl_     Number _110574_     Date _4/25/06_

Diagnosed with diabetes?          Yes          No
    If yes, then H & P by licensed health care provider with prescriptive authority.
    If yes, date H & P completed _____ by _____
Random plasma glucose test results _179_          Date _4/20/06_
    If level > 200, then second test within 48 hours
        Repeat results _156_          Date _4/25/06_
    If level < 200, record flagged for a fasting glucose plasma test upon arrival at first
    assigned institution.
History of fasting Blood Sugar?     (Yes)     No     Results/Date _Not avail_

### History or Frequency of:

| | | | |
|---|---|---|---|
| Ketoacidosis | (Yes) | No | x 4 Since dx |
| Hypoglycemia | (Yes) | No | "most mornings" |
| Hypoglycemia w/o awareness | (Yes) | No | periodically i x g wk |
| History of known complications | Yes | (No) | |

### Screening Laboratory Evaluation (at reception)     All diabetic receive:

| Test | Date | Results in MR | Reviewed |
|---|---|---|---|
| HgbA1c upon arrival | | | |
| HDL--Cholesterol * | | | |
| Triglycerides * | | | |
| Total Cholesterol * | | | |
| Urine for microalbumin #140050—24 hr urine | | | |
| UA for protein & ketones (onsite) | | | |
| Serum Creatinine * | | | |
| TSH (when indicated) * | | | |
| EKG (onsite) | 4-25-06 | | |
| Fundoscopic Exam | | | |
| Peripheral Pulses | | | |

\* Diagnostic profile II-(048827)-Includes Chem 7, Ca++, LFT's, Lipid Panel, Fe, Phos, Total Protein, Uric acid, Globulin, Transeptidase, Thyroid
Panel, CBC w/Diff

Determination of Diabetes ----circle one----Type I     Type II

**Initial Treatment Plan by MD......YES   NO**
**Refer to Chronic Care Clinic within 7 days of**
Diabetic diet.......................... YES     NO     Informed ADOC ........ YES     NO
Education: Documented in medical record................Date _____
Reviewed by _____     Date _____

60515-AL

# Physician's Chronic Care Clinic

Date: 4/28/06 _____ Time: 1230 _____ Facility: Kilby Correctional Facility

Check all applicable CIC's being evaluated: ✓ Card/HTN __ DM __ GI __ ID __ PUL __ SZ __ TB

**SUBJECTIVE:** Dx c DM c Dgo                  no meds x 4 days (Ts 205 Fm)
Pt c HTN @ 1969. taking meds c that time. (P) (P) CVA x 3, (P) MI x 2 (1997)
was on

**OBJECTIVE:** BP 180/100 HR 68 RR 20 Temp 98⁶ Wt 240 Peak Flow _____   7 SB6-156
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Momⱽ, CVA          Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Dx c DM, HTN. Dialyss      Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

c/o HA,  Denies SOB,  visual disturbance, CP or other Sx

S₁ S₂ reg s (P), ⊘ Bruits, CBBS clear deep c ease.  ⊘ pretibial edema

⊘ CVS

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G F P | G F P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | I S W | I S W | I S W | I S W | I S W | I S W |

**PLAN:** Will place on Glucotrol, Calan + Lisinopril, ASA,  f/u p BS/BP
Decrease Cigs ↓. Wm.   Needs EKG, Labs, Eyes CXR,

**F/U:    Routine 90 days:** _____ Other 4wks    Problem List Updated: (Yes)  No

_____
Physician/NP/PA

Marshall, Carl
_____
NAME

MALE          B/W
_____   _____
GENDER          RACE

110574
_____
AIS#

8/6/50
_____
DOB

(Revised 2/28/05)

# IMMUNIZATION RECORD

Name _Marshall, Carl_ AIS _40574_ D.O.B. _8-6-50_

## Hep A Vaccine

Date _____ By _____

Date _____ By _____

## Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

## Influenza

Date _11/2/06_ By _see prob list_    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

## Pneumococcal

Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

## TB PPD

Date _4/24/06_ Result _0mm_    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____

Tetanus Date _____ By _____
Tetanus Date _____ By _____

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _____    Date _04/23/06_

AIS# _110574_____

Medical Staff _P. Thomas CNA_ Date _4-25-06_

4/13/04

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## RECEPTION MENTAL HEALTH SCREENING EVALUATION

Institution: _Kilby_     Date/Time Inmate Received: _4/21/06_

Date/Time of Screening: _4/21/06_    Signature/Title of Screener: _WM Readge_

**MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC:**

Yes (No)   Psychotropic medication:_____

Yes (No)   Medication turned over to ADOC upon arrival?

Yes (No)   Mental health follow-up in last 90 days:_____

Yes (No)   Suicide/self-harm attempts in last 90 days:_____

**MENTAL HEALTH HISTORY**    Does inmate report a history of the following (if yes, provide details):

Yes (No)   Outpatient treatment:_____

Yes (No)   Inpatient treatment:_____

Yes (No)   Psychotropic medication:_____

Yes (No)   Suicidal attempts:_____

Yes (No)   Suicidal thoughts:_____

Yes (No)   Head injury:_____

Yes (No)   Seizures:_____

Yes (No)   Violent behavior:_____

(Yes) (No)   Substance abuse:_____

Yes (No)   Substance abuse treatment:_____

Yes (No)   Special education classes:_____

**INMATE SELF-REPORT OF CURRENT STATUS:**

Yes (No)   First incarceration (reaction): _3Rd_ "_OKay_"

(Yes) No   Reports family support: _Brother, Mother_

Yes (No)   Reports significant depression/remorse:_____

Yes (No)   Thinking about suicide:_____

Yes (No)   Has plan for suicide:_____

Yes (No)   Possible to implement suicide plan:_____

Yes (No)   Reports hallucinations:_____

**BEHAVIORAL OBSERVATIONS:**

Poor eye contact    Poor hygiene    Unable to pay attention    Unresponsive

Disoriented    Anxious    Unable to follow directions    Unable to read

Crying    Memory deficits    Signs of self-mutilation    Afraid

Illogical speech content    Appears to be hearing voices or seeing things    Paranoid

Hostile    Other unusual behavior:_____

**DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening):**

Routine housing                  Emergency mental health referral

Mental health follow-up but not emergency      Crisis cell placement recommended

Current psychotropic meds verified           Interim supply ordered

Inmate Name: _Marshall, Carl_        AIS #: _110574_

Disposition: Inmate Medical Record          Reference: ADOC AR: 610, 612, 635

ADOC Form MH-011 – November 14, 2005

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of the information for my future reference.*

| | | |
|---|---|---|
| _Inmate Signature_ | _AIS #_ | _Date Signed_ |
| Marshal, Carl | 110574C | 4/21/06 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _7-10-7_

**To:** _DOC_

**From:** _HCU_

**Inmate Name:** _Marshall, Carl_    **ID#:** _110574_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_BS ✓   twice ~~wk~~ daily_

_BP ✓   twice wk_

_____

_____

**Date:** _7-10-7_  **MD Signature:** _____ CRNP    **Time:** _400_

60418

## INMATE REQUEST SLIP

Name _Carl Marshall_    AIS # _110574_    Quarters _ACA_    Date _8/3/06_

( ) Telephone Call          ( ) Custody Change          (✓) Personal Problem
( ) Special Visit           ( ) Time Sheet              ( ) Other _Medical_

**Briefly Outline Your Request - Then Drop In Mail Box**

Request that I see the head
staff nurse, in an effort to
receive much needed shoes in
personal property, due to feet
swelling as a result of diabetes
nurse must approve them.
As per Capt. Womble,
thanking you in advance

_[signature]_

**Do Not Write Below This Line - For Reply Only**

_____

_____

_____

_____

_____

_____

Approved          Denied          Pay Phone          Collect Call

**Request Directed To: (Check One)**

( ) Warden                    ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary     ( ) Record Office
                                  Public

N176



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Curl Marshall_     Date of Request: _9/6/06_

ID # _____ Date of Birth: _____ Location: _____

Nature of problem or request: _NEED Diabetic Shoes due_
_Swelling of feet. & Callous on R & L foot_
_& blister to R heel. Will not wear Special Shoe_
_to work. Will confine but will take off_

_____
Signature

#### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Initials _____ |

**(S)ubjective:** My feet swell & hurt everyday. I got blister on them.

**(O)bjective:** Noted Callouses to R & L foot & blister to R heel. Has magnetic socks.

**(A)ssessment:** Callous feet. pt is diabetic

**(P)lan:** Refer to OPC per SL

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment          Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
         Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# SPECIAL NEEDS COMMUNICATION FORM

**PRISON HEALTH SERVICES INCORPORATED**

Date: _9/11/06_

To: _REHF - ADOC_

From: _PHS/ADOC_

Inmate Name: _Marshall, Carl_  ID#: _110574_

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____
5. Other _____ until _____

Comments:

_May have diabetic white tennis_
_shoes & inlay_

Date: _9/11/06_  MD Signature: _B. Adams/HP Harell S_  Time: _4:30 PM_

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/11/06

**To:** REHF - ADOC

**From:** PHS/ADOC

**Inmate Name:** Marshall, Carl    **ID#:** 110574

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

May have diabetic white tennis shoes & insoles

**Date:** 9/11/06    **MD Signature:** B. Adams MD/Harrell    **Time:** 4:30 pm

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

*REHF*

*110574*

**FINGER STICK BLOOD RECORD FORM**

NAME: Marshall, Carl

INSTITUTION/FACILITY: Kilby

I.D. # 110275     D.O.B.: _____

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: BS✓ BID x 30 dys

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-------------------------------------|----------|---|------------------------|
| 5/7 | 0730 | CA | 219 | | | | |
| 5/8 | 0400 | CA | 304 | | | | |
| 10 May 06 | 0250 | SM | 324 | | | | |
| 11 May 06 | 0530 | SM | 398 | | | | |
| 13 May 06 | 0404 | SA | 178 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |

60415



RE4F

4/21/06

**BLOOD PRESSURE RECORD**

INSTRUCTIONS: _Plus Sat, Sun, Mon, thru Tue & Thurs;_
_22  23  24_

PHYSICIAN: _____

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| 4/24/06 | 180/100 | L | H |
| 4/25/06 | 190/106 | | |
| 4/27-06 | 176/106 | L | PW |
| 4/28/06 | 190/110 | L | H |
| 4/29/06 | 180/10 | L | H |
| 5/1/06 | 209/110 | LA | CB/LH |
| 5/3/06 | 206/110 | | H |
| 5/8/06 | 224/100 | L | H |
| 5/18 | 210/100 | L | PW |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NAME: _Marshall, Carl_
_110574_

LOCATION: _____

60103 (3/98)



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/8/06

**To:** DOC

**From:** OPC

**Inmate Name:** Marshall, CARl    **ID#:** 110574

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

PATiENT may have diabetic shoes if

Approved by ADOc

BS VS twice a day for 30 days

_____

**Date:** 9/8/06    **MD Signature:** VO B. Adams CRNP/    **Time:** _____
                                    Graves, LP

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/8/06

**To:** DOC

**From:** OPC

**Inmate Name:** Marshall, Carl       **ID#:** 110574

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Report to OPC on 5/15/06 +
5/22/06 at 7:00Am for injection
Medical Hold until 5/23/06

_____

**Date:** 5/8/06    **MD Signature:** vo B. Adams CRNP/
Graves, vr    **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

n IDDM

**FINGER STICK BLOOD RECORD FORM**

INSTITUTION/FACILITY: _____

NAME: Earl Marshall       I.D. # 110275       D.O.B.: 8/6/50

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _____

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-------------------------------------|----------|---|------------------------|
| 4/21 | 1500 | | 119 | | | | Recheck - 169 after dinner |
| 4/22 | 0400 | | 94 | | | | |
| 4/22 | 1500 | | 119 | | | | |
| 4/23 | 1500 | | 116 dining | | | | Recheck - 149 after dinner |
| 4/24 | 0410 | | 119 | | | | |
| 4/24 | 1500 | | 52 | | | | |
| 4/25 | 0340 | | 119 | | | | re √ after breakfast -150 @ 0420 re √ after juice & dose breakfast 99 @ |
| 4/26 | 0400 | | 98 | | | | |
| 4/27 | 0410 | | 57 | | 5/4 6 60 | | |
| 4/27 | 1500 | | 56 | | | | |
| 4/28 | 0400 | | 68 | | | | |
| 4/28 | 1500 | | 69 | | | | |
| 4/29 | 0400 | | 98 | | | | |
| 4-30 | 1500 | | 76 | | | | Recheck - 267 @ 1545 after lunch |
| 5/1 | 0400 | | 68 | | | | |
| 5/2 | 0400 | | 178 | | | | |
| 5/3 | 0410 | | 219 | | | | |
| 5/4 | 0400 | | 296 | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

60415



# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4/21/06

**To:** ADOC

**From:** WW

**Inmate Name:** Marshall, CARL          **ID#:** 110514

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____until_____

5.   Other _____

**Comments:** Add Sat 22, Sun 23, Mon 24
Blood Pressure ✓ for 4 wks 2 times
a week tues + Thurs – On WW @ 0500
Blood Sugar ✓ x 3 days, on WW @
0300 —

**Date:** 4/21/06   **MD Signature:** V/O Dr Robbins/D Blins/PN   **Time:** _____

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: _Marshall, Curl_          DATE: _4/21/06_  TIME: _7:00 AM_

DOB: _8-6-50_  OFFICER: _COI Hives_          INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | — |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | — | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | — | |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | — | |
| Is the skin in poor condition or show signs of vermin or rashes? | — | |
| Does the inmate appear to be under the influence of alcohol, or drugs? | — | |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | — | |
| Is the inmate making any verbal threats to staff or other inmates? | — | |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | — | |
| Does the inmate have any obvious physical handicaps? | — | |

#### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was ___✓___  a. Released for normal processing

_____  b. Referred to health care unit

_____  c. Immediately sent to the health care unit.


_COI Hives_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

# MEDICATION ADMINISTRATION RECORD

MONTGOMERY COUNTY JAIL
MARSHALL, CARL
REPORT DATE : 04/06

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIFEDICAL XL 60 MG TABLET | 11/15/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROCARDIA XL 60 MG TABLET TAKE 1 TABLET ONCE DAILY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATENOLOL 50 MG TABLET | 11/15/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TENORMIN 50 MG TABLET TAKE 1 TABLET ONCE DAILY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QUINAPRIL HCL 40 MG TABLE | 11/14/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ACCUPRIL 40 MG TABLET TAKE 1 TABLET ONCE DAILY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METFORMIN HCL 1,000 MG TA | 01/16/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GLUCOPHAGE 1,000 MG TABLE TAKE 1 TABLET TWICE DAILY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Handwritten notes (left margin):*

Zantac 150 mg
+ PO B.I.D x 14
4/10/06 - 4/14/06

Benadryl 25 mg
+ PO QHS x 14
4/10/06 - 4/14/06

| CHARTING FOR | 04/01/06 | THROUGH | 04/30/06 | | PAGE | 1 OF | 1 | |
|---|---|---|---|---|---|---|---|---|
| Physician | NICHOLS, KEN | | | Telephone No. | | | Medical Record No. | |
| Alt. Physician | NICHOLS, KEN | | | Alt. Telephone | | | | |
| Allergies | | | | Rehabilitative Potential | | | | |

| Diagnosis | | | | | | | |
|---|---|---|---|---|---|---|---|
| Medicaid Number | Medicare Number | | Approved By Doctor By: _K. Williams Pr_ | | Title: | | Date: |
| RESIDENT | MARSHALL, CARL | | D.O.B. 08/06/1953 | Sex M | Room 3E | Patient Code MARSCARL | Admission Date 00/00/00 |

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMPERATURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DAY SHIFT color ink -     EVENING SHIFT color ink -     NIGHT SHIFT color ink -

| DATE | TIME GIVEN | MEDICATION & DOSAGE | INJ SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSE'S SIGNATURE / TITLE |
|---|---|---|---|---|---|---|---|
| 4.10.06 | AM | NO show | | | | | R. Birkette |
| | | | | | | | |

| INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE | INITIALS | NURSE'S SIGNATURE |
|---|---|---|---|---|---|
| RB | R. Birkette | | mo | | |
| EJ | E Johnson | | | | |

INSTRUCTIONS:
INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN
CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED
INDICATE INJECTION SITE WITH APPROPRIATE CODE
STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.
STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT

INJECTION SITE CODES:

| | | |
|---|---|---|
| 1 RIGHT DORSAL GLUTEUS | 5 RIGHT LATERAL THIGH | 9 RIGHT UPPER ARM | 13 UPPER BACK LEFT | 17 TO RIGHT AND ABOVE LEVEL OF UMBILICUS |
| 2 LEFT DORSAL GLUTEUS | 6 LEFT LATERAL THIGH | 10 LEFT UPPER ARM | 14 UPPER BACK RIGHT | 18 TO LEFT AND ABOVE LEVEL OF UMBILICUS |
| 3 RIGHT VENTRAL GLUTEUS | 7 RIGHT DELTOID | 11 RIGHT ANTERIOR THIGH | 15 UPPER CHEST LEFT | 19 TO RIGHT AND BELOW LEVEL OF UMBILICUS |
| 4 LEFT VENTRAL GLUTEUS | 8 LEFT DELTOID | 12 LEFT ANTERIOR THIGH | 16 UPPER CHEST RIGHT | 20 TO LEFT AND BELOW LEVEL OF UMBILICUS |

## INTAKE HEALTH EVALUATION

NAME: Marshall, Carl
AIS #: 112574
D.O.B.: 8-6-50

**R.N. evaluation within 24 hours.**

Age: 56   Sex: M   Race: B   Height: 6'2"   Weight: 240

Temp: 98.6   B/P: 180/100   Pulse: 68   Resp: 20

** **B/P** – If greater than 140/90, repeat in 1 hour. Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for: FBS-156

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis (Hernia) | | ✓ | HIV/AIDS *** | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | ✓ | | Liver Problems | | ✓ | Syphilis | | |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | ✓ | | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | ✓ | | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | ✓ | | Drug Abuse | | ✓ | Regularity | | |
| High Blood Pressure | ✓ | | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | | Type: | | |
| Asthma * | | ✓ | PPD - date given: 4/21/6 | | | | | |
| *Peak Flow Reading | | | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: 4/24/06 | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: 0 mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | ✓ | | OD          OS | | | | | |
| Hay Fever/Allergies | ✓ | | OU 20/20 RX | | | EKG (@ age 35) | | |

Immunization History: _____

***HIV Medications: _____

Acute or Chronic Problem Noted: (Y)   N      Refer to Mid-Level or M.D. if yes.

_____ RN or Mid-Level, Signature

4/25/06
Date/Time

60511-AL   (rev 9/05)

**INTAKE HEALTH APPRAISAL**

NAME:_____
AIS#:_____
D.O.B.:_____ R/S_____

**HEALTH CLASSIFICATIONS:**
(Circle One)

1 - **No Restrictions**

2 – **Temporary Restrictions**
        See Special Needs Form
3 – **Permanent Restrictions**
        See Special Needs Form
4 – **A&I (Aged & Infirmed)**

5 – **Not Determined**
        Recheck_____.

**PLACEMENT:**

| | |
|---|---|
| General Population | ( ) |
| Emergency Department | ( ) |
| Isolation | ( ) |
| Medical Observation | ( ) |
| Other_____ | |

**REFERRAL:**
CCC Placement        ( )

Clinic(s)_____
  See MD/Mid-Level flow sheet
        for clinic(s).

| | |
|---|---|
| Medical | ( ) |
| Dental | ( ) |
| Mental Health | ( ) |
| Other_____ | |

When: ( ) Immediately
        ( ) Next Sick Call

**IMMUNIZATIONS ORDERED:**

_____

_____

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| **General Movement** | | |
| Deformity | | |
| Pain, Bleeding | | |
| Habitus, Hygiene | ✓ | |
| **Neuro** Mental Status | | |
| Intox Withdrawal, Tremor | | |
| Neuro-Deficits | ✓ | |
| **Skin** Injury, Bruises, Trauma | | Tattoos - ⊘ |
| Jaundice Diaphoretic | | scars ⊘ |
| Rash, Lesions, Infestations | | |
| Needle Marks | | |
| Color, Turgor | ✓ | |
| **Head** Normocaphalic | | |
| Atraumatic | | |
| Hair, Scalp | ✓ | |
| **Eyes** Glasses/Vision | | |
| Pupils | | |
| Sclera, Conjunctiva | ✓ | |
| **Ears** Appearance | | |
| Canals, TMs, Hearing | ✓ | |
| **Nose** Epistaxis | | |
| Sinuses | ✓ | |
| **Throat** Teeth, Gums, Dentures | | |
| Mouth, Tongue, Tonsils | | |
| Airway | ✓ | |
| **Neck** C-Spine, Mobility | | |
| Veins, Carotids | | |
| Thyroid, Lymph Nodes | ✓ | |
| **Chest** Config. Ausc/Resp | | |
| Cough/Sputum | ✓ | |
| Breast/Masses | | |
| **Heart** Ausc Rate, Rhythm | | |
| Murmurs, Ectopy | ✓ | |
| **Abdomen** Bowel Sounds | ✓ | |
| Palp, G/R/T, Hernia | | |
| **GU** Flank Tenderness | ✓ | |
| Bladder Tenderness/Distention | | |
| **Back** ROM, Spasm, Injury | ✓ | |
| **Extremities** Edema, Pulse | ✓ | |
| **Genitals** Injuries/Lesions | | deferred |
| **Pelvic Pap** | | |
| **Rectal/Gulac** (required @ 45 and up) | | |
| Deferred/follow-up: | | |

Medications Ordered: _____

_____
**M.D. or Mid-Level Signature**                    **Date/Time**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE SCREENING

| Date: | 4/21/06 | AIS#: | 110574 |
|---|---|---|---|

| Last Name: | Marshall | First: | Carl | Middle: | Vincent |
|---|---|---|---|---|---|
| Birthplace: | Montgomery AL | DOB: | 8/6/50 | SS#: | |

| FEMALES: | Pregnancy test: (circle one) | Positive N/A | Negative | B/P 210/126  2 10/120 | Temp 98⁶ | Pulse 96 | Resp 20 | Weight 241 |
|---|---|---|---|---|---|---|---|---|
| | | | | FSBS 79 | If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness. What? Where?
'76 2 Heart Attacks 2 Strokes 98 + 2000 Baptist South  -ll
2000 Previous Incarcerations (Date & Facility)
Kilby 97   NIDM,

| Medications: | ☐ None  Yes | Special Diet (Prescribed) | Diabetic |
|---|---|---|---|
| Allergies: | ☐ NKA  inderal, tetracycline, clindin | Past Positive TB Skin Test (circle one)   YES - (Complete TB Screening Form)   NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

### CLINICAL OBSERVATIONS

1) Level of Consciousness: ( ) Alert  (✓) Oriented; time, place, person
( ) Lethargic ( ) Stuporous ( ) Comatose
Describe:

2) General Appearance  (✓) Normal ( ) Abnormal

3) Signs of Trauma  ( ) Yes  (✓) No

3) Substance Abuse:  ( ) Yes  (✓) No  ( ) Suspected
( ) Current intoxication/Abuse  ( ) Use  ( ) Withdrawal Symptoms
( ) Drugs ( ) Alcohol

Describe- What kind? Amount/Frequency?

• If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.

Last Use: (Time/Date):

4a) Behavior/Conduct: (✓) Calm  (✓) Cooperative  (✓) Non-Violent
( ) Agitated  ( ) Uncooperative  ( ) Violent
( ) Manipulative ( ) Disorganized
Describe:

4b) Affect/Mood: ( ) Normal ( ) Manic  ( ) Depressed
( ) Euphoria  ( ) Flat  ( ) Emotionally Confused
Describe:

4c) Perceptions:  ( ) Delusional  ( ) Hallucinations  ( ) Hearing Voices

| 5a) Is there h/o actual suicide attempt? | ( ) Yes (✓) No | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  ( ) No |
|---|---|---|
| 5c) Is there evidence | | 5d) High risk pt may become assaultive towards staff? ( ) Yes  ( ) No |

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

*Any abnormal observations #4 or 5 require immediate Mental Health Referral.

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control on
  Close Watch    Y or N

Triggers for Close Watch
- Emotionally distraught and unable
  to regain composure by end of
  intake process
- Actively hallucinating or not
  making any sense   Y or N

| 6a) Communication Difficulties | ( ) Yes (✓) No | 6b) Memory Defects | ( ) Yes (✓) No |
|---|---|---|---|
| 6c) Hearing Impairment | ( ) Yes (✓) No | 6d) Speech Difficulties | ( ) Yes (✓) No |

7) Physical Aids: ( ) None  (✓) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches
( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) Additional comments, complaints, symptoms:  None ☐
S) "Bluted vision".
O) Fever  Y (N)  Swollen Glands  Y (N)  Signs of Infection  Y (N)  Skin Intact  (Y) N
A) Vitals as above, 6 A+S x 4, no weakness noted.
P) Contact Robbins, MD

If known Diabetic * Call M.D. for order _____    Initial Insulin given: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

X _____   _____
Inmate's Signature/Date

X _____   _____
Health Provider Signature/Date



PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

LT. OSBORNE   RUTLEDGE         BROTHER
MS. DORIS   Johnson            MOTHER
**Name**                       **Relationship**
                               281-5669
FIELDCREST  CT.                284-1059
**Street Address**             **Phone Number**

Montg, AC.            AC.
**City**             **State**      **Zip Code**

                     10574    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   04/21/06
**Inmate Signature**  **AIS#**  **SS#**      **Date**

_____                      **Date**
**Witness**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Marshall, Carl | 110574 | 8/16/50 | B/m | Kilby |